5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 27 1994

Michael N. Milby, Clerk

JULIO HERRERA-LOA                          *
RAMIRO GRACIA-CANTU
   VS                                      *   C.A. NO. B-94-215

E.M. TROMINSKI, District Director          *
Immigration & Naturalization Service,
et al

# NOTICE

TO:  Lisa Brodyaga & Thelma O Garcia

     Nancy L Masso


TAKE NOTICE that a **hearing on the Motion for Preliminary Injunction** in this case has been set for the place, date, and time set forth below:

      Before U.S. Magistrate Judge Fidencio G. Garza, Jr.
      Federal Courthouse & Post Office Bldg, 3rd Floor Courtroom
      1001 East Elizabeth, Brownsville, Texas  78520


**August 1, 1994, 2 pm**




                              Michael N. Milby, CLERK

                              _L. M. Villarreal_____
                              (By) Deputy Clerk

                              Date:  July 27, 1994

1385