AO 440 (Rev 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/26/94 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail # P 318 343 703
Received 7/22/94

*[Stamp: United States District Court, Southern District of Texas, FILED JUL 28 1994, Michael N. Milby, Clerk]*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/26/94

Signature of Server: Lisa S. Brodyaga

Address of Server: 402 E. Harrison, 2nd Fl.
Harlingen, Tx 78550

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Hon. Janet Reno
US Attorney General, Department of Justice
10th & Constitution
Wash. DC

4a. Article Number
P 318 343 703

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent) Cornelius M. Leonard

PS Form 3811, December 1991  ☆U.S. GPO: 1992—323-402  **DOMESTIC RETURN RECEIPT**

1384