```
COURTROOM MINUTES: Fidencio G. Garza, Jr., Judge Presiding
Courtroom Clerk   :  L M Villarreal
ERO               :  Gabriel Mendieta
Law Clerk         :  Paul G Hajjar
DUSM/CSO          :  Paul Infante

Date              :  Aug 1, 1994, 2:12 to 2:18 pm
```

U.S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED: 8-1-94
Michael N. Milby, Clerk

================================================================

C.A. NO. B-94-215 (FBV)

----------------------------------------------------------------

| | | |
|---|---|---|
| JULIO GRACIA-CANTU | * | Lisa S Brodyaga |
| RAMIRO GRACIA-CANTU | * | " |
| In their own right and name and as representative of others similarly situated | * * * | |
| vs | * | |
| E M TROMINSKI, District Director, INS | * | Nancy L Masso, AUSA, in lieu of Howard Rose, SAUSA |
| JANET RENO, U.S. Attorney General | * | " |
| IMMIGRATION & NATURALIZATION SERVICE | * | " |

----------------------------------------------------------------

### HEARING ON MOTION FOR PRELIMINARY INJUNCTION

Attorneys Brodyaga and Masso appeared and informed the Court that they had reached an agreement but was not in writing yet.

Hearing passed subject to the filing of the agreement.