# United States District Court

**Southern** DISTRICT OF **Texas**

Julio Herrera-Loa
Ramiro Gracia-Cantu

v.

E.M. Trominski,
Hon. Janet Reno +
INS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-94-215**

United States District Court
Southern District of Texas
FILED

AUG 9 1994

Michael N. Milby, Clerk

**TO:** (Name and Address of Defendant)

Hon. Janet Reno   US Attorney General
10th + Constitution   Wash. DC

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga
402 E. Harrison, 2nd Fl.
Harlingen, Tx 78550

an answer to the complaint which is herewith served upon you, within **60** days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

DATE: 7-15-94

Maribel Garza
DEPUTY CLERK

1362

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

AUG 9 1994

Michael N. Milby, Clerk

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 29, 1994 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Alma Diaz | Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Donna Storey
US Attorney's office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/29/94
_Date_

_Alma Diaz_
Signature of Server

7992 Locke Ln #16 Houston Tx 77063
Address of Server

---

1) As to who may serve a summons see r___ ) of the Federal Rules of Civil Procedure.