UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 07 1994

MICHAEL N. MILBY, CLERK

JULIO HERRERA-LOA, ET AL      *

    VS      *   C.A. NO. B-94-215

E M TROMINSKI, District Director of  *
 INS, ET AL

# NOTICE

**TO:** Lisa S Brodyaga

Howard Rose and Nancy L Masso

TAKE NOTICE that a **status conference** in this case has been set for the place, date, and time set forth below: (If an agreed judgment is submitted, the conference will be cancelled.)

Before U.S. Magistrate Judge Fidencio G. Garza, Jr.
Federal Courthouse & Post Office Bldg, 3rd Floor Courtroom
1001 East Elizabeth, Brownsville, Texas 78520

**February 9, 1995, 2 pm**

Michael N. Milby, CLERK

_____
(By) Deputy Clerk
Date: October 7, 1994