UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 20 1994

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| JULIO HERRERA-LOA and RAMIRO GRACIA-CANTU, In Their Own Right and Name and as Representatives of Other Simarly Situated,<br>    Plaintiffs, | \* \* \* \* \* \* \* |
| vs. | \* CIVIL ACTION Nº. B-94-215 |
| E. M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General and IMMIGRATION AND NATURALIZATION SERVICE,<br>    Defendant. | \* \* \* \* \* \* \* \* |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned is substituting as attorney-in-charge for the United States Immigration and Naturalization Service in the above-referenced cause in the stead of Special Assistant United States Attorney Howard Rose.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

_/s/ John J. Carte_
JOHN CARTE
Special Assistant United States Attorney
1036 E. Levee St., 2nd Floor
Brownsville, Texas 78521
(210) 548-2554
State Bar No. 03907500

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel was mailed via First-Class Mail to the following:

Lisa Brodyaga
Attorney for Plaintiffs
402 E. Harrison, 2nd Floor
Harlingen, Texas  78550

Thelma O. Garcia
Attorney for Plaintiffs
301 E. Madison
Harlingen, Texas  78550

on this the 20th day of DECEMBER, 1994.

_____
JOHN CARTE
Special Assistant United States Attorney

1334