13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 20 1994

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| JULIO HERRERA-LOA and RAMIRO GRACIA-CANTU, In Their Own Right and Name and as Representatives of Other Simarly Situated, Plaintiffs, | *<br>*<br>*<br>*<br>*<br>*<br>* |
| vs. | * CIVIL ACTION Nº. B-94-215 |
| E. M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General and IMMIGRATION AND NATURALIZATION SERVICE, Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND CLASS ACTION COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Federal Defendants, by and through the undersigned and Gaynelle Griffin Jones, United States Attorney for the Southern District of Texas, and files this their motion for extension to respond to Plaintiffs' First Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory Judgment and Injunctive Relief. In support of this request for extension, the Federal Defendants respectfully submit the undersigned has resumed negotiations with Plaintiffs' counsel regarding the fundamental issues raised in Plaintiffs' first amended petition for writ of habeas corpus. Furthermore, negotiations as to various matters relating to a potential class necessary for certifying the class are pending.

## **STATEMENT OF CERTIFICATION**

On December 19, 1994, the undersigned contacted Plaintiffs' counsel, Lisa Brodyaga. Ms. Brodyaga indicated she was not opposed to the filing of this motion for extension.

WHEREFORE, PREMISES CONSIDERED, Federal Defendants pray that this Court allow them to respond to Plaintiffs' First Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory Judgment and Injunctive Relief till January 21, 1994.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

JOHN D. CARTE
Special Assistant United States Attorney
1036 E. Levee St., 2nd Floor
Brownsville, Texas 78521
(210) 548-2554
State Bar No. 03907500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Federal Defendants' Unopposed Motion for Extension to Respond to Plaintiffs' First Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory Judgment and Injunctive Relief was mailed to the following:

**VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED**:

Lisa Brodyaga
Attorney for Plaintiffs
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

Thelma O. Garcia
301 E. Madison
Harlingen, Texas 78550

on this the 20th day of DECEMBER, 1994.

_____
JOHN D. CARTE
Special Assistant United States Attorney

1331