14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 17 1995

HERRERA, et al )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
_____)

### SUGGESTION OF DEATH OF PLAINTIFF HERRERA AND PLAINTIFFS' (OPPOSED) MOTION TO FILE SECOND AMENDED COMPLAINT

Come Plaintiffs, and with regret, inform the Court that the lead Plaintiff herein, Julio Herrera-Loa, has been killed. A copy of his death certificate has been requested, and will be submitted as soon as it is received.

Simultaneously, the Parties would inform the Court that settlement negotiations have resumed, and that there exists a reasonable possibility that the Parties will be able to reach a partial agreement herein. The aspect of the case in which it is virtually certain that Court intervention will be required pertains to lawful permanent residents who have been placed under exclusion proceedings, and most particularly, to those who, generally because the purported grounds of exclusion are not sufficiently serious to warrant criminal prosecution, are not promptly paroled into the United States when placed in exclusion proceedings, but are obliged to return to Mexico.

Given the death of Plaintiff Herrera, and in order to ensure that the segment of the putative class under exclusion proceedings is properly represented, Plaintiffs also seek leave to amend their Complaint, to include additional named Plaintiffs, and to reflect more clearly the areas of continued controversy.

Plaintiffs' counsel has conferred with counsel for the Defendant

1326

with respect to the instant motion on several different occasions, most recently, on January 17, 1995. Counsel for Defendant was unable to agree to said motion at this time, and it therefore must be taken as opposed.

It is therefore urged that Plaintiffs' Second Amended Complaint be accepted for filing.

Respectfully Submitted,

Lisa S. Brodyaga  
402 E. Harrison, 2nd Floor  
Harlingen, Texas 78550  
(210) 421-3226

Thelma O. Garcia  
301 E. Madison  
Harlingen, Texas 78550  
(210) 425-3701

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was personally served on John Carte, SAUSA, and Nancy Masso, AUSA, at the Office of the U.S. Attorney, 1036 E. Levee, Brownsville, Texas, 78520, this 17th day of January, 1995.



1327

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HERRERA, et al )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
_____ )

ORDER GRANTING
PLAINTIFFS' (OPPOSED) MOTION TO FILE SECOND AMENDED COMPLAINT

Upon consideration of Plaintiffs' (Opposed) Motion to File Second Amended Complaint, and the response of the Defendants thereto, if any, and good cause appearing therefor, it is hereby ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file Plaintiffs' second amended complaint; and

IT IS FURTHER ORDERED that the Clerk shall send a copy of the instant Order to all counsel of record.

DONE AT BROWNSVILLE, TEXAS
this _____ day of _____, 1995

_____
JUDGE PRESIDING