16

```
COURTROOM MINUTES: Fidencio G. Garza, Jr., Judge Presiding
Courtroom Clerk  :  L M Villarreal
ERO              :  Gabriel Mendieta
Law Clerk        :  Paul G Hajjar
DUSM/CSO         :  Alan Fry
```

United States District Court
Southern District of Texas
FILED

FEB 9, 1995

Michael N. Milby, Clerk of Court

```
Date             :  Feb 9, 1995, 2:04 to 2:13 pm
===============================================================
                     C.A. NO. B-94-215 (FBV)
---------------------------------------------------------------
JULIO HERRERA-LOA                   *   Lisa S Brodyaga

RAMIRO GRACIA-CANTU                 *         "

   In their own right and name     *
   and as representative of        *
   others similarly situated       *

          vs                       *

E M TROMINSKI, District Director, INS*  John Carte

JANET RENO, U.S. Attorney General   *         "
IMMIGRATION & NATURALIZATION SERVICE *        "
---------------------------------------------------------------
```

### STATUS CONFERENCE

Attorneys Brodyaga and Carte appeared.

Attorney Brodyaga made an oral Suggestion of Death as to JULIO HERRERA-LOA. The Government stipulated to HERRERA's death. She presented a Certificate of Death.

The parties informed the Court that they are still negotiating in an attempt to reach an agreed settlement or at least a partial settlement (deportation proceedings/exclusion proceeds).

The parties requested another status conference within 60 days.
**STATUS CONFERENCE set for April 7, 1995, 2 pm.**

1286