17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 9 1995

Michael N. Milby, Clerk

JULIO HERRERA-LOA, ET AL        *

    VS                          *   CIVIL ACTION NO. B-94-215

E. M. TROMINSKI, ET AL          *


# NOTICE

The above-styled and numbered cause of action is set for

__STATUS CONFERENCE__

on ____April 7, 1995, 2 pm_____.

Michael N. Milby, Clerk

_L. M. Villarreal_
(By) Deputy Clerk

DATE: ____Feb 9, 1995____

12-85