UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HERRERA, et al          )
                        )
v.                      )     C.A. No.  B-94-215
                        )
TROMINSKI, et al.       )
_____)

UNOPPOSED REQUEST FOR RESETTING OF STATUS CONFERENCE

Come the Parties herein, and advise the Court that an agreement has been reached to request that the Status Conference in the instant case, currently set for April 7, 1995, at 2:00 p.m., be rescheduled for April 17, 1995.

This request is based on the fact that Defendants will again be substituting counsel, and that the new Attorney for Defendants needs the additional time to familiarize herself with the file, and attempt to finalize the tentative agreements that have been reached herein, so that there will indeed be progress to report to the Court on the date of the rescheduled conference.

It is therefore requested that the Status Conference herein be rescheduled for April 17, 1995.

Respectfully Submitted,

*[signature]*

Lisa S. Brodyaga                    Thelma O. Garcia
402 E. Harrison, 2nd Floor          301 E. Madison
Harlingen, Texas 78550              Harlingen, Texas 78550
(210) 421-3226                      (210) 425-3701

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, to the Office of the United States Attorney, 1036 E. Levee, Brownsville, Texas 78520, and that a copy was sent by FAX, to Regina Byrd, Attorney, Office of Immigration Litigation, at (202) 616-4860, this 20th day of March, 1995.



2

1284

ClibPDF - www.fastio.com