

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAR 29 1995

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, ET. AL., | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO. B-94-215 |
| E. M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General and IMMIGRATION AND NATURALIZATION SERVICE, | * |
| Defendants. | * |

MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendants respectfully move the Court to grant thirty-days to submit their response to Plaintiffs' Second Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory Judgement and Injunctive Relief. Defendants did not respond to Plaintiffs' complaint earlier because settlement negotiations were underway and settlement as to some of the issues seemed likely. However, settlement efforts have failed to date. Additionally, attorneys from the Department of Justice, Office of Immigration Litigation are replacing the United States Attorney Office, Southern District of Texas, as counsel in this case, and will need time to investigate and prepare the defense.

## STATEMENT OF CERTIFICATION

On March 29, 1995, the undersigned contacted Plaintiffs' counsel, Lisa Brodyaga. Ms. Brodyaga indicates that she opposes Defendants' motion for an extension of time.

WHEREFORE, PREMISED CONSIDERED, Defendants pray that this Court will grant their request to respond to Plaintiffs' Second Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory Judgement and Injunctive Relief.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

*/Regina Byrd/*
REGINA BYRD
MARK C. WALTERS
Attorneys
Department of Justice
Office of Immigration Litigation
P. O. Box 878
Washington, D.C. 20044
Telephone: (202)616-4860

1257

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to Answer Complaint and Notice of Substitution of Counsel were mailed to the office of:

Lisa Brodyaga
Attorney for Plaintiffs
402 E. Harrison
Harlingen, TX  78550

Thelma O. Garcia
Attorney for Plaintiffs
301 E. Madison
Harlingen, TX  78550

on this <u>29th</u> day of March, 1995.

Regina Byrd
Attorney
Office of Immigration Litigation

125p