UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 3 1995

MICHAEL N. MILBY, Clerk
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3-30-95
MICHAEL N. MILBY, CLERK

```
HERRERA, et al           )
                         )
v.                       )    C.A. No.  B-94-215
                         )
TROMINSKI, et al.        )
_____)
```

ORDER RESETTING STATUS CONFERENCE

Upon consideration of the joint request by the Parties that the Status Conference herein, currently scheduled for April 7, 1995, be postponed until April 17, 1995, and good cause appearing therefor,

IT IS HEREBY ORDERED that said request be, and the same hereby is, GRANTED:

IT IS FURTHER ORDERED that the instant case be rescheduled for a Status Conference on April 17, 1995, at __2:00 p.__ m., in the Courtroom on the Third Floor of the United States Courthouse, 10th and Elizabeth Streets, Brownsville, Texas; and

IT IS FURTHER ORDERED that a copy of this Order be served on all counsel of record.

DONE at Brownsville, Texas, this __30th__ day of March, 1995.

_____
JUDGE PRESIDING