AO 456 (Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS

JULIO LOA-HERRERA, ET AL

V.

E. M. TROMINSKI, District Director,
I.N.S., ET AL

**NOTICE**

CASE NUMBER: CA-B-94-215

TYPE OF CASE:  ☒ CIVIL   ☐ CRIMINAL

☐ TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

☒ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| U.S. COURTHOUSE 500 E. 10th St. Brownsville, Tx.  78520 | Apr. 17, 1995 @ 2 PM | APRIL 26, 1995 @ 2:00 P.M. |

MICHAEL N. MILBY
~~U.S. MAGISTRATE OR~~ CLERK OF COURT

April 6, 1995
DATE

*Vega* (signature)
(BY) DEPUTY CLERK

To: THELMA O. GARCIA
LISA BRODYAGA
NANCY L. MASSO
JOHN CARTE