24

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION
```

JUANA ASCENCIO-GUZMAN, ET. AL.,         *
                                        *
                                        *
        Plaintiffs,                     *
                                        *
vs.                                     *
                                        *CIVIL ACTION NO. B-94-215
E. M. TROMINSKI, District Director,     *
Immigration and Naturalization          *
Service, HON. JANET RENO,               *
United States Attorney General and      *
IMMIGRATION AND                         *
NATURALIZATION SERVICE,                 *
                                        *
        Defendants.                     *

MAR 29 1995

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Defendants, by and through the United States Department of Justice, Civil Division, Office of Immigration Litigation, and file this Notice of Substitution of Counsel, requesting this Court to substitute Regina Byrd and Mark C. Walters as attorneys of record for the Defendants in the stead of John David Carte.

                            Respectfully submitted,

                            GAYNELLE GRIFFIN JONES
                            UNITED STATES ATTORNEY

                            /s/ Regina Byrd
                            _____
                            REGINA BYRD
                            MARK C. WALTERS
                            Attorneys
                            Department of Justice
                            Office of Immigration Litigation
                            P. O. Box 878
                            Washington, D.C. 20044
                            Telephone: (202)616-4860

1247

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

JUANA ASCENCIO-GUZMAN, ET. AL.,        *
                                        *
                                        *
     Plaintiffs,                        *
                                        *
vs.                                     *
                                        *CIVIL ACTION NO. B-94-215
E. M. TROMINSKI, District Director,     *
Immigration and Naturalization          *
Service, HON. JANET RENO,               *
United States Attorney General and      *
IMMIGRATION AND                         *
NATURALIZATION SERVICE,                 *
                                        *
     Defendants.                        *

## ORDER

On this the ____ day of _____, 1995, came on to be heard the Defendants' Notice of Substitution of Counsel and Motion for Extension of Time to Answer Complaint in the above-entitled and numbered cause of action. The same having been heard and found in all things to be meritorious, it is hereby;

ORDERED, ADJUDGED and DECREED that this Motion for extension of time be granted as prayed for, and that Defendants have until _____ to file their answer to Plaintiffs' Second Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory Judgment and Injunctive Relief.

SIGNED and ENTERED on this ____ day of _____, 1995.


                                    _____
                                    UNITED STATES DISTRICT JUDGE