

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL. * | |
|     Plaintiffs, * | |
|                                 * | CIVIL ACTION NO. B-94-215 |
| vs. * | |
|                                 * | |
| E.M. TROMINSKI, ET AL. * | |
|     Defendants. * | |

## NOTICE OF ADDITIONAL APPEARANCE OF COUNSEL
## FOR THE DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned David L. Guerra, Assistant United States Attorney, is entering an appearance in this case as an additinal attorney for the Defendants. Regina Byrd of the Department of Justice, Office of Immigration Litigation remains, however, as the attorney-in-charge for Defendants.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

*David Guerra* (signature)

DAVID GUERRA
Assistant U. S. Attorney
1701 W. Highway 83, Suite #305
McAllen, Texas 78501
(210) 630-3173
(210) 618-8016 (fax)
State Bar No. 08575200

1236

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Notice of Additional Counsel for the Defendants was mailed via First-Class Mail to the following:

Lisa S. Brodyaga
402 E. Harrison, 2nd Floor
Harlingen, TX  78550

and

Thelma O. Garcia
301 E. Madison
Harlingen, TX  78550

on this the 13th day of April, 1995.

*[signature: David Guerra]*

DAVID GUERRA
Assistant U. S. Attorney

1237