29

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 24 1995

Michael N. Milby, Clerk

HERRERA, et al            )
                          )
v.                        )      C.A. No.  B-94-215
                          )
TROMINSKI, et al.         )
_____)

PLAINTIFFS' OBJECTION TO DECLARATIONS FILED BY DEFENDANTS

Come Plaintiffs, by and through their undersigned counsel, and respectfully file the instant Objections to the Declarations of Howard Rose, Esq., and John Carte, Esq., filed in support of "Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion For Extension of Time To Answer Complaint and Plaintiffs' Response to Defendants' Opposition to Plaintiffs' Response to Defendants' Opposition to Plaintiffs' (Opposed) Motion For Default Judgment."

Plaintiffs would object to said Declarations on the grounds that they are not only hearsay, but are incomplete and therefore misleading in material aspects. In the absence of an opportunity for cross-examination of their makers, they are fundamentally unfair, and should be stricken from the record. In essence, they constitute an attempt to put Defendants' one-sided version of events before the Court, at the very last minute, and in a manner which leaves them immune from cross-examination.

If Defendants consider that prior counsel have information which should be before the Court, they should come in person, and testify. There is no showing that either of the Declarants is unavailable, or that any other exception to the hearsay rule applies. See, generally, Rules 802 and 803, Federal Rules of Evidence, regarding the inadmissibility of hearsay.

Respectfully Submitted,

Lisa S. Brodyaga  
402 E. Harrison, 2nd Floor  
Harlingen, Texas 78550  
(210) 421-3226

Thelma O. Garcia  
301 E. Madison  
Harlingen, Texas 78550  
(210) 425-3701

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 1995, copies of the foregoing were mailed, first-class postage prepaid, addressed to the following:

1. Regina Byrd, and Mark C. Walters, Attorneys, OIL, U.S. Department of Justice, Civil Division, Box 878, Ben Franklin Station, Washington, D.C. 20044;

2. David Guerra, AUSA, Office of the U.S. Attorney, 1701 W. Highway 83, #305, McAllen, Texas 78502; and

3. John Carte, Attorney, INS, 2102 Teege, Harlingen, Texas 78550.

I further certify that a copy was hand-delivered to the Office of Nancy Masso, AUSA, Office of the U.S. Attorney, 1036 E. Levee, Brownsville, Texas, 78520, this same date.

