```
COURTROOM MINUTES: Fidencio G. Garza, Jr., Judge Presiding
Courtroom Clerk   :   L M Villarreal
ERO               :   Gabriel Mendieta
Law Clerk         :   Paul G Hajjar
DUSM/CSO          :   Alan Fry
```
United States District Court
Southern District of Texas
FILED

April 26, 1995

Michael N. Milby, Clerk of Court

```
Date              :   April 26, 1995, 2:25 to 3:26 pm
```
===============================================================
                    C.A. NO. B-94-215 (FBV)
---------------------------------------------------------------
JULIO HERRERA-LOA                    *  Lisa S Brodyaga & Thelma O Garcia
  (died on 12/29/94)
RAMIRO GRACIA-CANTU                  *             "

  In their own right and name        *
  and as representative of           *
  others similarly situated          *

        vs                           *

E M TROMINSKI, District Director, INS*  Regina Byrd & Ken Muir

JANET RENO, U.S. Attorney General    *             "
IMMIGRATION & NATURALIZATION SERVICE *             "
---------------------------------------------------------------

                       STATUS CONFERENCE

Attorneys Brodyaga, Garcia, Byrd and Muir appeared.

The parties advised the Court that settlement negotiations had reached a dead end. With the substitution of the government's counsel, the previously agreed upon issues are no longer settled.

Arguments over good-faith of the government's counsel in negotiations held. The Court finds that no fact issues exist in this cause of action and that cross-motions for summary judgments would resolve this controversy.

Two individual cases (Ms. Ascencio & Mr. Pacheco) cannot await the resolution of this cause of action. The government's counsel agrees to expedite one of the individual cases. The other, Petitioners' counsel will file a proposed temporary restraining order.

Motions for summary judgment shall be filed within 45 days and response is due 30 days thereafter.