31

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 1995

Michael N. Milby, Clerk

| | |
|---|---|
| ASCENCIO, et al )<br>)<br>v. )<br>)<br>TROMINSKI, et al. )<br>_____) | C.A. No. B-94-215 |

PLAINTIFFS' (OPPOSED) MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Come Plaintiffs, pursuant to Rule 37(a), Federal Rules of Civil Procedure, and seek an Order, compelling Defendants to comply with Plaintiffs' First Set of Requests For Production of Documents, a copy of which is attached hereto, and incorporated by reference herein as Plaintiffs' Exhibit "R".

Said Request was served on Defendants on or about December 5, 1994, and to date, none of the documents requested have been produced, no objections have been made to any of the requests, and no motion for protective order has been filed by Defendants.

CERTIFICATE OF CONSULTATION, AND
ATTEMPTS TO OBTAIN VOLUNTARY PRODUCTION

Prior to the change in counsel, certain agreements had been made regarding this discovery request, which agreements were disavowed by current counsel, in a telephone conversation which occurred on May 3, 1995, during which Plaintiffs reiterated their request for voluntary compliance with said discovery request.

With respect to Request No. One, Defendants offered to make the files available of the named Plaintiffs, and the named Plaintiffs only, and then, if and only if Plaintiffs furnished a consent form signed by said individuals. Plaintiffs demurred, on the grounds, inter alia, that the request was not directed at the files of the

1204

named Plaintiffs, but, rather, at the files of those members of the putative class which had been identified by <u>Defendants</u>. Defendants now refuse to provide access to these files.

Defendants indicated that compliance would be forthcoming with respect to most, if not all, of the material covered in Request Number 2, but declined to provide any documents in response to Request Number Three, notwithstanding a prior, oral agreement, with previous counsel. Although current counsel for Defendants stated that a letter would follow, specifying the extent to which voluntary compliance would occur, no such letter has been received.

WHEREFORE, it is urged that an Order issue, compelling Defendants to comply fully with Plaintiffs' First Set of Requests For Production of Documents.

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga
Attorney at Law

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, with attachment, were mailed to Regina Byrd, Attorney, OIL, U.S. Department of Justice, Civil Division, Box 878, Ben Franklin Station, Washington, D.C. 20044, David Guerra, AUSA, 1701 W. Highway 83, #305, McAllen, Texas 78501, and Ken Muir, General Attorney, INS, 2102 Teege, Harlingen, Texas 78550, this 10th day of May, 1995.

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga
Attorney at Law

2

1205

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO, et al            )
                           )
                           )
v.                         )      C.A. No.  B-94-215
                           )
                           )
TROMINSKI, et al.          )
_____)


PLAINTIFFS EXHIBIT "R" IN SUPPORT OF

MOTION TO COMPEL PRODUCTION OF DOCUMENTS

1206

```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION
```

JULIO HERRERA-LOA, et al,          )
                                   )
                                   )
v.                                 )       C.A. No. B-215
                                   )
                                   )
E.M. TROMINSKI, et al.             )
_____)


PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Come Plaintiffs, by and through the undersigned, and, pursuant to Rule 34, F.R.Civ.P., present their first set of requests for production of documents, and request that within thirty (30) days of service of same, Defendants be permitted to inspect and copy, or that copies be made available to them of, the following documents:

1. The Immigration A-files of all persons whom Defendants have identified as possible members of the putative class herein;

2. All memoranda, instructions, correspondence, and other written records which describe or discuss actions which are contemplated, which are to be taken, or which have been taken, by Defendants, or any agent or agents of Defendants, as a result of the instant action; and the A-files of any individuals affected thereby; and

3. The A-files of all individuals to whom G-56 notices were sent for reasons related to the instant action.

Respectfully Submitted,

[signature]

1207

Lisa S. Brodyaga                    Thelma O. Garcia
402 E. Harrison, 2nd Floor          301 E. Madison
Harlingen, Texas 78550              Harlingen, Texas 78550
(210) 421-3226                      (210) 425-3701

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to Nancy Masso, Esq., AUSA, 1036 E. Levee, Brownsville, Texas 78520; Howard Rose, SAUSA, Office of the U.S. Attorney, Civil Division, 910 Travis, #1500, Houston, Texas 77002, and Bill Peterson, General Attorney, INS, 2102 Teege, Harlingen, Texas 78550, this 5th day of December, 1994.


_____

2

1208

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO, et al            )
                           )
                           )
v.                         )    C.A. No.  B-94-215
                           )
TROMINSKI, et al.          )
_____)

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS

Upon consideration of Plaintiffs' (Opposed) Motion to Compel Production of Documents, the response, if any, of the Government, and good cause appearing therefor, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED, that, on or before _____, 1995, Defendants shall make available to counsel for Plaintiffs, for their inspection and copying, the following documents:

1. The Immigration A-files of all persons whom Defendants have identified as possible members of the putative class herein;

2. All memoranda, instructions, correspondence, and other written records which describe or discuss actions which are contemplated, which are to be taken, or which have been taken, by Defendants, or any agent or agents of Defendants, as a result of the instant action; and the A-files of any individuals affected thereby; and

3. The A-files of all individuals to whom G-56 notices were sent for reasons related to the instant action.

AND IT IS FURTHER ORDERED, that the Clerk shall serve copies of the

1209

2

instant Order on all counsel of record.

DONE at Brownsville, Texas,
this _____ day of _____, 1995.

_____
**JUDGE PRESIDING**

1210