UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District ~
Southern District of T~
FILED

MAY 1 0 1995

Michael N. Milby, Cl~

ASCENCIO, et al            )
                           )
v.                         )    C.A. No.  B-94-215
                           )
TROMINSKI, et al.          )
_____)

PLAINTIFFS' EXHIBIT "Q" AND

CERTIFICATE OF SERVICE

I hereby certify that copies of the attached Exhibit were mailed to Regina Byrd, Attorney, OIL, U.S. Department of Justice, Civil Division, Box 878, Ben Franklin Station, Washington, D.C. 20044, David Guerra, AUSA, 1701 W. Highway 83, #305,
McAllen, Texas 78501, and Ken Muir, General Attorney, INS, 2102 Teege, Harlingen, Texas 78550, this 10th day of May, 1995.

_____
Lisa S. Brodyaga
Attorney at Law



U.S. DEP  TMENT OF JUSTICE

Immigration and Naturalization Service

2102 Teege Avenue
Harlingen, Texas  78550-4667

May 2, 1995

Law Offices of Refugio Del Rio Grande
402 E. Harrison, 2nd Floor
Harlingen, Texas  78550

RE:  Ascencio-Guzman, Juana
     A90 775 805

     Medrino, Efrain
     A91 495 976

Dear Ms Brodyaga:

This is in response to your request for parole of the above subjects due to humanitarian grounds.  Persons who have been ordered excluded and deported are not normally granted permission to depart the United States and return while their cases are pending a final determination by the Board of Immigration Appeals.

This case has been considered for approval due to the humanitarian grounds shown in this case.  After consideration of the humanitarians grounds, the request for parole upon return from Mexico will be granted as a matter of discretion.

Please advise this office prior to your client's departure of the return date and at which port of entry they will apply for parole upon their return.  This will allow this office to notify the supervisor at that location of the arrival of your clients to prevent delays on their return from Mexico.

Sincerely,

Larry P. Doyle
Assistant District Director for Examinations
Harlingen, Texas

1203