```
                                        United States District Court
                                        Southern District of Texas
                                                FILED
        UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF TEXAS    APR 26 1995
             BROWNSVILLE DIVISION
                                            Michael N. Milby
JULIO HERRERA-LOA, et al.,   §               Clerk of Court
     Plaintiffs,             §
                             §
v.                           §    Civil Action No. B-93-215
                             §
E. M. TROMINSKI,             §
                             §
     Defendants.             §
                             §
```

DECLARATION OF HOWARD E. ROSE

1. My name is Howard E. Rose. I am employed by the Immigration and Naturalization Service (INS) as a Special Assistant United States Attorney (SAUSA) in the Office of the United States Attorney for the Southern District of Texas. I have held this position since April 1987. Prior to that, I was the District Counsel for the INS Miami District, Miami, Florida.

2. In the latter half of July 1994, I was assigned to be counsel of record for the above action until INS General Attorney Bill Peterson's application to be designated a SAUSA was approved. It was agreed that I would review and sign the pleadings which were to be drafted by Mr. Peterson. When he was sworn in as a SAUSA, I was to turn the case over to him and sit second chair.

3. I was immediately confronted with a motion for preliminary injunction. In response, I quickly completed a factual investigation by telephone conversations with Mr. Peterson and others in the INS Harlingen District Office and completed the necessary legal research. I obtained a laptop computer from the INS and drafted a response to the motion one night at my home.

4. Prior to filing the response to the motion, I contacted plaintiffs' attorney Lisa Brodyaga upon the suggestion of AUSA Nancy Masso. When I explained the position I would take at the motion hearing, Ms. Brodyaga felt that a settlement of the case was a distinct possibility. Almost immediately, my emphasis in this action went from litigation to settlement negotiations.

5. Ms. Brodyaga and I reached an understanding that it was not necessary for me to respond to plaintiffs pleadings including the Request for Admissions while these settlement negotiations proceeded. I felt that this could eliminate needless expenditure of government resources and the accumulation of attorney fees for the plaintiffs' which they might seek to recover under the Equal Access to Justice Act.

6. One of my initial concerns was the Request for Admissions which seemed to have been filed by plaintiffs with the complaint. It is my recollection that this discovery request was included in the understanding.

7. The settlement negotiations proceeded during the fall of 1994. Almost all my contacts with the Harlingen District were through Mr. Peterson. Through him, the INS attempted to identify the potential class members and provide them with notice that they could obtain substitute documents containing the agreed language.

8. Around October 21, 1994, Ms Brodyaga informed me that there were difficulties with this document replacement process. At this time, Mr. Peterson's designation as a SAUSA was approved. I then advised Ms. Brodyaga that it would be more expeditious to negotiate directly with Mr. Peterson.

1175

9. Later, I learned that Mr. Peterson was sent on detail to California. However, another SAUSA, Mr. John Carte, who had handled civil cases before, had been designated to cover for Mr. Peterson. The case file was officially transferred to Mr. Carte in December 1994. I was never contacted by Mr. Carte or anyone in the Harlingen District about this case until March 1995, when I was called by attorney Regina Byrd of the Justice Department Office of Immigration Litigation (OIL).

I declare under penalty of perjury that the foregoing is true and correct.

_____
HOWARD E. ROSE

1176



U.S. DEPARTMENT OF JUSTICE

Immigration and Naturalization Service
*2102 Teege Ave.*
*Harlingen, Texas 78550*

Harlingen District Office

Mr. Michael N. Milby
Clerk
United States District Court
Southern District of Texas
500 E. 10th
Brownsville, Texas 78520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

APR 26 1995

MICHAEL N. MILBY, CLERK

April 26, 1995

Dear Mr. Milby:

Please accept the enclosed original declaration of Howard Rose for purposes of substitution for the faxed copy which was attached to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Extension of Time, which was filed with the court on April 21, 1995. Thank you very much for your consideration.

Very Truly Yours,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

*Regina Byrd*
REGINA BYRD
MARK C. WALTERS
Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

Of Counsel:
KENNETH M. MUIR
General Attorney
Immigration and Natz. Service
U.S. Department of Justice
P.O. Box 1711
Harlingen, TX 78551

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing letter was hand-delivered to counsel for Plaintiffs:

Lisa S. Brodyaga, Esq.
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

Thelma O. Garcia, Esq.
301 E. Madison
Harlingen, Texas 78550

Served on this the 26th day of April, 1995.

_____
Regina Byrd
Attorney for Defendants

1178