IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO HERRERA LOA, JUANA ASCENCIO-GUZMAN, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> E.M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General, and IMMIGRATION AND NATURALIZATION SERVICE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. B-94-215 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Defendants, by and through the United States Department of Justice, Civil Division, Office of Immigration Litigation, and file this Notice of Appearance of Counsel, to advise the Court that Nelda C. Reyna has been added as counsel in the above captioned case, and request the Court to reflect the same in its records.

Respectfully submitted,
GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

*/Regina Byrd/*

REGINA BYRD
MARK C. WALTERS
Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878,
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

Of Counsel: KENNETH M. MUIR,
General Attorney, INS Harlingen, TX
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 1995, a copy of Defendants' Notice of Appearance of Counsel was served on Plaintiffs, by placing it in a Department of Justice mail room for same day mailing.

        Lisa S. Brodyaga, Esq.
        402 E. Harrison, 2nd Floor
        Harlingen, Texas  78550

        Thelma O. Garcia, Esq.
        301 E. Madison
        Harlingen, Texas  78550

Served on this the <u>13th</u> day of June, 1995.

_____
Regina Byrd
Attorney for Defendants

941