IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO HERRERA LOA, JUANA ASCENCIO-GUZMAN, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   C.A. No. B-94-215<br>) |
| E.M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General, and IMMIGRATION AND NATURALIZATION SERVICE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' (UNOPPOSED) MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On April 24, 1995, this Court granted plaintiffs forty five (45) days in which to file their dispositive pleadings in the above captioned case. Defendants were provided thirty (30) days to respond to plaintiffs' pleadings. On June 12, 1995, plaintiffs filed a motion for partial summary judgment with the Court. Defendants motion is therefore due on July 12, 1995.

Without opposition from plaintiffs, defendants now request to extend the filing date of their response to July 26, 1995. This request is made to provide defendants sufficient time to respond to plaintiffs' motion. Plaintiffs' motion was filed with the Court on June 12, 1995. In light of the length of plaintiffs' motion, and lead counsel's involvement in other

district and appellate court cases (e.g., class actions suit <u>Kattola, et al. v. Reno, et at.</u>, No. 94-4859 Kn(JGx) (C.D.Cal.), additional time is needed to respond.

## CONCLUSION

Based on the foregoing facts the defendants pray that the Court will grant this motion.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

REGINA BYRD
MARK C. WALTERS
Assistant Deputy Director
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, DC  20044
(202) 616-4860

Of Counsel:
KENNETH M. MUIR
General Attorney
District Counsel's Office
U.S. Department of Justice
Immigration and Naturalization Service
P.O. Box 1711
Harlingen, TX  78551

Attorneys for Defendants

Dated: June 22, 1995

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for an Extension of Time was mailed via first certified mail, return receipt requested, and postage prepaid to attorneys for plaintiffs at:

>Lisa S. Brodyaga, Esq.
>402 E. Harrison, 2nd Floor
>Harlingen, Texas  78550

>Thelma O. Garcia, Esq.
>301 E. Madison
>Harlingen, Texas  78550

Served on this the __22nd__ day of June, 1995.

_____
For  Regina Byrd
Attorney for the Defendants

939