*48*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 1995

Michael N. Milby, Clerk

ASCENCIO, et al                    )
                                   )
v.                                 )        C.A. No.   B-94-215
                                   )
TROMINSKI, et al.                  )
_____)


PETITIONERS' EXHIBIT "Z"
IN SUPPORT OF MOTION FOR TEMPORARY RELIEF TO
JESUS GARZA-PACHECO

864

CutePDF - www.fasoo.com