Case 1:94-cv-00215   Document 50   Filed in TXSD on 07/12/1995   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUL 17 1995
MICHAEL N. MILBY, Clerk
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 12 1995
Michael N. Milby, Clerk of Court

JULIO HERRERA LOA, JUANA )
ASCENCIO-GUZMAN, et. al., )
   )
   Plaintiffs, )
   )
v. ) C.A. No. B-94-215
   )
E.M. TROMINSKI, District )
Director, Immigration and )
Naturalization Service, HON. )
JANET RENO, United States )
Attorney General, and )
IMMIGRATION AND NATURALIZATION )
SERVICE, )
   )
   Defendants. )
_____)

**ORDER GRANTING DEFENDANTS' (UNOPPOSED) MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the Unopposed Motion filed by Defendants for an Extension of Time to File a Response to Plaintiffs' Motion for Partial Summary Judgment, it is:

ORDERED, that Defendants' response to Plaintiffs' Motion for Partial Summary Judgment shall be extended for a period of two weeks thereby moving the date of submission for Defendants' response from July 12, 1995 to July 26, 1995. Thus, the extension requested by Defendants' is hereby GRANTED.

Done at Brownsville, Texas, this 12th day of July, 1995.

_____
JUDGE PRESIDING