```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

JULIO HERRERA LOA, JUANA )
ASCENCIO-GUZMAN, et al., )
 )
        Plaintiffs, )
 )
v. )   C.A. No. B-94-215
 )
E.M. TROMINSKI, District )
Director, Immigration and )
Naturalization Service, HON. )
JANET RENO, United States )
Attorney General, and )
IMMIGRATION AND NATURALIZATION )
SERVICE, )
 )
        Defendants. )
_____)

**DEFENDANTS' SECOND (UNOPPOSED) MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Defendants move this Court, without opposition from plaintiffs, to extend the filing date of their response to plaintiffs' Motion for Partial Summary Judgement to August 7, 1995. This request is made to provide defendants sufficient time to prepare their response to plaintiffs' motion.

    Although defendants' have worked diligently to comply with the filing dates designated by the Court, they have been unsuccessful in completing their response within the time required. In addition to preparing the defendants' response in this case, defendants' lead counsel has had to respond to motions filed in various appellate court cases, and perform other appellate court responsibilities. Moreover, after defendants filed their June 22, 1995, unopposed motion for an extension of time, defendants' lead counsel responded to a petition for a Writ of Habeas Corpus wherein the District Court

for the Northern District of Georgia provided the District Director, Immigration and Naturalization Service, Atlanta Division, with twenty days to show cause why the relief requested by the alien should not be granted. Consequently, defendants' counsel must now pray that this Court will grant the time requested.

## CONCLUSION

Based on the foregoing facts the defendants pray that the Court will grant this motion.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

MARK C. WALTERS
Assistant Director

For: REGINA BYRD  w/ permission
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, DC  20044
(202) 616-4860

Of Counsel:
KENNETH M. MUIR
General Attorney
District Counsel's Office
U.S. Department of Justice
Immigration and Naturalization Service
P.O. Box 1711
Harlingen, TX  78551

Attorneys for Defendants

Dated: July 18, 1995

837

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for an Extension of Time was mailed via first certified mail, return receipt requested, and postage prepaid to attorneys for plaintiffs at:

>Lisa S. Brodyaga, Esq.
>402 E. Harrison, 2nd Floor
>Harlingen, Texas  78550

>Thelma O. Garcia, Esq.
>301 E. Madison
>Harlingen, Texas  78550

Served on this the  18th  day of July, 1995.

_____
For: Regina Byrd
Attorney for the Defendants

3

838

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO HERRERA LOA, JUANA ASCENCIO-GUZMAN, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. B-94-215 |
| E.M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General, and IMMIGRATION AND NATURALIZATION SERVICE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING DEFENDANTS' (UNOPPOSED) MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the Unopposed Motion filed by Defendants for an Extension of Time to File a Response to Plaintiffs' Motion for Partial Summary Judgment, it is:

ORDERED, that Defendants' response to Plaintiffs' Motion for Partial Summary Judgment shall be extended for a period of twelve days thereby moving the date of submission for Defendants' response from July 26, 1995 to August 7, 1995. Thus, the extension requested by the Defendants is hereby GRANTED. Done at Brownsville, Texas, this _____ day of _____, 1995.

_____
JUDGE PRESIDING

839