IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG  7 1995

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN, <u>et</u> <u>al</u>.,       )
                                         )
                    Plaintiffs,          )
                                         )
v.                                       )        C.A. No. B-94-215
                                         )
E.M. TROMINSKI, District                 )
Director, Immigration and                )
Naturalization Service, HON.             )
JANET RENO, United States                )
Attorney General, and                    )
IMMIGRATION AND NATURALIZATION           )
SERVICE,                                 )
                                         )
                    Defendants.          )
_____

**DEFENDANTS' THIRD (UNOPPOSED) MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Defendants move this Court, with the consent of Plaintiffs, to extend the filing date of their response to Plaintiffs' Motion for Partial Summary Judgment to August 24, 1995.  This request is made to provide the Defendants time to complete their response to Plaintiffs' motion.  Upon the request of Plaintiffs, the Defendants further move the Court to extend, and designate, September 7, 1995, as the submission date of Plaintiffs' response.

833

## STATEMENT OF CERTIFICATION

On July 25, 1995, the undersigned contacted Plaintiffs' counsel, Lisa Brodyaga.  Ms. Brodyaga indicates that she does not oppose Defendants' motion for an extension of time.

WHEREFORE, PREMISED CONSIDERED, Defendants pray that this Court will grant their request for a further extension of time to respond to Plaintiffs' Motion for Partial Summary Judgment.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

REGINA BYRD
MARK C. WALTERS
Attorneys
Department of Justice
Office of Immigration Litigation
P. O. Box 878
Washington, D.C. 20044
Telephone: (202)616-4860

834

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for an Extension of Time was mailed via certified mail, return receipt requested, and postage prepaid to attorneys for Plaintiffs at the addresses listed below:

Lisa S. Brodyaga, Esq.,
402 E. Harrison, 2nd Floor
Harlingen, Texas  78550

Thelma O. Garcia, Esq.
301 E. Madison
Harlingen, Texas  78550

Served on this the  7th  day of August, 1995.

For: Regina Byrd
Attorney for the Defendants

835