IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. B-94-215 |
| E.M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General, and IMMIGRATION AND NATURALIZATION SERVICE, | ) |
| Defendants. | ) |

United States District Court
Southern District of Texas
FILED

AUG 28 1995

Michael N. Milby
Clerk of Court

## DEFENDANTS' UNOPPOSED MOTION TO FILE INSTANTER

Defendants respectfully request the Court to accept their Opposition to Plaintiffs' Motion for Partial Summary Judgment and Defendants' Counter Motion for Summary Judgment for late filing with the Court. This opposition and motion was due on August 24, 1995. However, defendants were unable to meet the filing deadline because of insurmountable difficulties that were encountered with the electronic mail system through which they forwarded their motion to the United States Attorney's Office, Brownsville, Texas. Defendants' opposition and motion was electronically mailed to the United States Attorney Office in Brownsville, Texas, at approximately 3:00 p.m. central standard time. The document was not received until three hours later.

Upon discovering the difficulties with the electronic mail system, defendants attempted to transmit the motion by facsimile.

However, technical problems with defendants' printers prevented them from obtaining the document from the computer data base.

The document had been simultaneously electronically mailed to the Immigration and Naturalization Service ("INS"), Harlingen, Texas, office. The INS Harlingen Office received the opposition and motion approximately ten minutes after it was transmitted. It was hand delivered to plaintiffs' counsel that same day, so there has been no prejudice to plaintiffs.

To avoid the difficulties encountered on August 24, 1995, defendants' opposition and motion was Federal Expressed to the United States Attorney's Office on August 25th, with the required copies for the Court and opposing counsel. Therefore, defendants' opposition and motion is presented this 28th day of August 1995, for filing with the Court. Plaintiffs have stated that they do not oppose this motion to file instanter. For the

2

826

foregoing reasons, counsel respectfully requests this Court to accept the defendants' opposition and motion for filing.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY
Southern District of Texas

MARK C. WALTERS
Assistant Director

*(signature)* w/permission

REGINA BYRD
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

August 28, 1995

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. B-94-215 |
| E.M. TROMINSKI, District Director, Immigration and Naturalization Service, HON. JANET RENO, United States Attorney General, and IMMIGRATION AND NATURALIZATION SERVICE, | ) |
| Defendants. | ) |

### DECLARATION OF REGINA BYRD

I, Regina Byrd, do hereby declare as follows:

1. I am an attorney with the Office of Immigration Litigation in the Department of Justice, Civil Division. I have been assigned as lead counsel in the above-captioned case.

2. Although defendants' opposition and motion in the above-named case was due on August 24, 1995, defendants encountered insurmountable technical difficulties in attempting to meet this deadline.

3. There being several complex legal issues to address in this case, defendants' opposition and motion consists of seventy-three pages.

4. I simultaneously electronically mailed the opposition and motion to the United States Attorney's Office, Southern District of Texas, Brownsville and the Immigration and Naturalization

Service ("INS"), Harlingen, Texas office on August 24, 1995, at approximately 3:00 p.m. central standard time.

5. The INS, Harlingen office received the motion in approximately fifteen minutes while the United States Attorney's Office did not receive it until three hours later.

6. About 3:20 p.m. central standard time, I learned that the United States Attorney's Office had not received the document. I immediately forwarded the document again by electronic mail. Soon thereafter, an Assistant United States Attorney asked me to send the motion by facsimile.

7. Two of the printers located in my office suite were inoperable. I was unable to get the document to print from the third printer. By the time I located a operable printer there was only fifteen minutes remaining to print the document and fax all seventy-three pages to the United States Attorney's Office. Consequently, I was unable to file this motion timely.

8. To avoid the difficulties encountered on August 24, 1995, on August 25th, 1995, I Federal Expressed the defendants' opposition and motion, with the appropriate copies for the Court and opposing counsel, to the United States Attorney's Office.

2

9. At about 3:50 p.m. central standard time, I telephoned the Court to inform the Court of the matter. I was advised to file this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August, 1995.

                                        _Regina Byrd_
                                        Regina Byrd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to File Instanter was mailed to counsel for Plaintiffs, certified mail, return receipt requested, at:

Lisa S. Brodyaga, Esq.
402 E. Harrison, 2nd Floor
Harlingen, Texas  78550

Thelma O. Garcia, Esq.
301 E. Madison
Harlingen, Texas  78550

Served on this the  28th  day of August, 1995.

*For.*  Regina Byrd
Attorney for Defendants

4

931