56

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN, et al., ) | File Number C.A. No. B-94-215 |
| Plaintiffs, ) | |
| v. ) | Notice of Appeal |
| E.M. TROMINSKI, District ) Director, Immigration and ) Naturalization Service, HON. ) JANET RENO, United States ) Attorney General, and ) IMMIGRATION AND NATURALIZATION ) SERVICE ) Defendants. ) | United States District Court Southern District of Texas FILED SEP 07 1995 Michael N. Milby Clerk of Court |

Notice is hereby given that E.M. Trominski, District Director of the Immigration and Naturalization Service, Janet Reno, United States Attorney General, and the Immigration and Naturalization Service, defendants in the above captioned-case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order, entered on the 10th day of July, 1995, that granted preliminary injunctive relief, in the form of work authorization, to Jesus Garza-Pacheco.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
United States Attorney
Southern District of Texas

MARK C. WALTERS
Assistant Director

Regina Byrd

REGINA BYRD
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860
Attorneys for Appellants

Dated: September 6, 1995

655

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was mailed to counsel for Plaintiffs, certified mail, return receipt requested, at:

    Lisa S. Brodyaga, Esq.
    402 E. Harrison, 2nd Floor
    Harlingen, Texas  78550

    Thelma O. Garcia, Esq.
    301 E. Madison
    Harlingen, Texas  78550

Served on this the  6th  day of September, 1995.

*Regina Byrd*
Regina Byrd
Attorney for Defendants
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4860

656