UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO, et al )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
_____)


PLAINTIFFS' OPPOSITION TO DEFENDANTS' OPPOSED MOTION FOR LEAVE TO SUBMIT EXHIBITS.


Come Plaintiffs, by and through the undersigned, and respectfully file the instant Opposition to Defendants' Motion for Leave to Submit Exhibits. Defendants give no justification for the instant motion, other than to claim that they "inadvertently failed to attached [sic] their answers" to their Statement of Material Facts. They have also failed to comply with Local Rule 6 A. 2., in that they do not provide any authority for their motion.

For these reasons, and for the reasons set forth in Plaintiffs' pending motion to strike the Answers in question, and all references thereto, (which motion is herein incorporated by reference), it is urged that Defendants' Motion for Leave to Submit Exhibits be denied.


Respectfully Submitted,


Lisa S. Brodyaga                                    Thelma O. Garcia