IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 18 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JULIO HERRERA LOA, ET. AL. | * | |
|     Petitioner, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-94-215 |
| | * | |
| E.M. TROMINSKI, | * | |
|     District Director, | * | |
|     Immigration and | * | |
|     Naturalization Service, | * | |
| | * | |
| and, | * | |
| | * | |
| IMMIGRATION AND NATURALIZATION | * | |
| SERVICE, | * | |
|     Respondents. | * | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned is substituting as co-counsel for Respondents in the above-referenced cause in the stead of Assistant United States Attorney David Guerra. Regina Byrd of the Office of Immigration Litigation will remain as Attorney-in-Charge for Respondents in this case.

Respectfully Submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

_____
KENNETH M. MUIR
Special Assistant United States Attorney
P.O. Box 1711
Harlingen, TX 78511
(210) 427-8941
State Bar No. 14630479

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was mailed via First-Class Mail to the following:

Lisa Brodyaga, Esq.
402 E. Harrison, 2d Floor
Harlingen, TX  78550

Thelma O. Garcia, Esq.
301 E. Madison Street
Harlingen, TX  78550

on this the 13th day of October, 1995.

_____
KENNETH M. MUIR
Special Assistant United States Attorney

502