UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 1995

Michael N. Milby, Clerk

```
ASCENCIO, et al              )
                             )
v.                           )      C.A. No.  B-94-215
                             )
TROMINSKI, et al.            )
_____)
```

PLAINTIFFS' EXHIBIT "CC"

FILED IN SUPPORT OF PLAINTIFFS'

SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' (OPPOSED) MOTION TO STRIKE FROM THE RECORD DEFENDANTS' ANSWERS TO PLAINTIFFS' FIRST AND SECOND SETS OF REQUESTS FOR ADMISSION, AND ALL REFERENCES THERETO, AND

OPPOSITION TO DEFENDANTS' ALTERNATIVE MOTION TO WITHDRAW MATTERS PREVIOUSLY DEEMED ADMITTED BY DEFAULT, AND REQUEST FOR EVIDENTIARY HEARING, IF THE COURT DEEMS IT NECESSARY TO RESOLVE ANY FACTUAL QUESTIONS RAISED BY THE DECLARATIONS OF DEFENDANTS' PRIOR COUNSEL.

**LAW OFFICES OF REFUGIO DEL RIO GRANDE**
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226
March 17, 1995

Nancy Masso, AUSA
Office of the United States Attorney
1036 E. Levee
Brownsville, Texas 78520

By FAX: (210) 548-2711

Re: <u>Herrera et al v. Trominski et al</u>
C.A. No. B-94-215

Dear Nancy:

I am very concerned about the recent developments regarding the removal of the SAUSA who has been working on the instant case. As he informed you, I agreed to extend the imminent deadlines for outstanding pleadings for "a few days" when the difficulties first erupted. I have since been informed that he has been removed from his duties as SAUSA. In order that there be no question as to where we stand, I have prepared the accompanying document. In the hopes that matters can still be resolved, I will not file it with the Court at this time.

Please advise me as soon as there has been a re-assignment of the case. As I recall, John Carte substituted in for Howard Rose, but I do not know whether you were ever officially in, (or out of), the case, or to whom to direct questions, etc.. For this reason, the accompanying document is simply served on your office, so that it may be forwarded to whomever is now in charge of the matter.

What can I say. It is Friday. Have a nice week-end.

Sincerely,

/S/

Lisa S. Brodyaga
Attorney at Law

474