IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO HERRERA-LOA, et al., )<br>    Plaintiffs, )<br>)<br>JESUS GARZA-PACHECO, )<br>    Appellee, )<br>)<br>  v. )<br>)<br>E.M. Trominski, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>HON. JANET RENO, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>    Appellants. )<br>_____) | United States District Court<br>Southern District of Texas<br>FILED<br><br>OCT 26 1995<br><br>Michael N. Milby<br>Clerk of Court<br><br>No. C.A. No. B-94-215 |

## STATEMENT OF THE ISSUES

Pursuant to Rule 10(b)(3) of the Federal Rules of Appellate Procedure, appellants hereby give notice that they intend to raise the following issues.

1. The District Court lacked jurisdiction to order defendants to provide work authorization to appellee, an alien who is not a named plaintiff and the facts of whose case are not in any way similar to those facts plaintiffs alleged are common to the putative class.

2. The District Court lacked jurisdiction to grant preliminary injunctive relief to appellee even if he were a member of the putative class because the class has not been certified.

3. The District Court erred in granting preliminary injunctive relief in the form of work authorization to appellee,

470

an alien unlawfully present in the United States who does not qualify for obtaining such authorization.

4. The District Court erred in holding that defendants denial of employment authorization to appellee constituted a violation of the Equal Protection Clause of the fourteenth amendment, as applied through the Due Process Clause of the 5th Amendment of the United States Constitution.

                        Respectfully submitted,

                        GAYNELLE GRIFFIN JONES
                        United States Attorney
                        Southern District of Texas

                        DAVID J. KLINE
                        Assistant Director

                        _/s/ Regina Byrd_____
                        REGINA BYRD
                        NELDA C. REYNA
                        Attorneys
                        Office of Immigration Litigation
                        Civil Division
                        U.S. Department of Justice
                        Post Office Box 878
                        Ben Franklin Station
                        Washington, D.C. 20044
                        Telephone: (202) 616-4860

                        KENNETH M. MUIR, SAUSA
                        P.O. Box 1711
                        Harlingen, TX 78551

October 24, 1995         Attorneys for Defendants/Appellants

471

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 1995, a copy of the Statement of the Issues and Transcript Order From (DKT-13) were mailed to counsel for Plaintiffs, by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

Lisa S. Brodyaga, Esq.
402 E. Harrison, 2nd Floor
Harlingen, Texas  78550

Thelma O. Garcia, Esq.
301 E. Madison
Harlingen, Texas  78550

Served on this the 24th day of October, 1995.

_____
Regina Byrd
Attorney for Defendants

472