```
                                              United States District Court
                                                Southern District of Texas
                                                         FILED
         UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS         NOV 1 3 1995
              BROWNSVILLE DIVISION
                                                Michael N. Milby, Clerk
```

ASCENCIO, et al           )
                          )
v.                        )    C.A. No. B-94-215
                          )
TROMINSKI, et al.         )
_____)

### PLAINTIFFS' REQUEST FOR HEARINGS, AND/OR RULINGS, ON PENDING MOTIONS

Come Plaintiffs, by and through their undersigned counsel, and respectfully request that the Court conduct hearings, and/or issue rulings, on those pending motions ripe for disposition.

In particular, some resolution of the controversy regarding Plaintiffs' First and Second Sets of Requests for Admission is urgently needed, as other aspects of the case, including Plaintiffs' reply to the Government's cross motion for summary judgment, are at a standstill, awaiting the Court's ruling.

It is therefore respectfully urged that the Court rule on all motions which are ripe for disposition, and if the Court considers that evidentiary hearings are required with respect to any pending motions, that such hearings be scheduled as soon as is practicable.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga                    Thelma O. Garcia
402 E. Harrison, 2nd Floor          301 E. Madison
Harlingen, Texas 78550              Harlingen, Texas 78550
(210) 421-3226                      (210) 425-3701

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I certify that copies of the foregoing were mailed to Regina Byrd, Attorney, OIL, U.S. Dpt. of Justice, Civil Division, Box 878, Ben Franklin Station, Wash., D.C. 20044, and Ken Muir, SAUSA, Box 1711, Harlingen, Texas 78551, this 13th day of November, 1995. [1]



_____

---

[1] David Guerra, AUSA, no longer appears on Defendants' pleadings as counsel of record. After consultation with Mr. Guerra, it was agreed that it was no longer necessary to serve him with copies of pleadings in the instant action.

2

458