Case 1:94-cv-00215 Document 71 Filed in TXSD on 11/16/1995 Page 1 of 1

United States District Court
Southern District of Texas
FILED
NOV 16 1995
Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JULIO LOA-HERRERA, ET AL** | § | **CASE NO. CA B-94-215** |
| | § | |
| **VERSUS** | § | **BROWNSVILLE, TEXAS** |
| | § | **APRIL 26, 1995** |
| **E.M. TROMINSKI, ET AL** | § | **2:20 TO 3:22 O'CLOCK P.M.** |

## STATUS CONFERENCE

**BEFORE THE HON. FIDENCIO G. GARZA, JR., U. S. MAGISTRATE JUDGE**

**APPEARANCES:**

**For the Plaintiff:** ELISABETH S. BRODYAGA
THELMA GARCIA
P.O. Box 901
Harlingen, Texas 78550

**For the Defendant:** KENNETH M. MUIR
REGINA BYRD
1813 Evergreen St.
Harlingen, Texas 78550

**Court Recorder:** Gabriel Mendieta

**PREPARED BY:**

**JUDICIAL TRANSCRIBERS OF TEXAS, INC.**
7035 West Tidwell
Building J, Suite 109
Houston, Texas 77092
(713) 462-6434

**Proceedings recorded by electronic sound recording, transcript produced by transcription service.**

ClibPDF - www.fastio.com

