United States District C──
Southern District of T──
FILED

NOV 22 1995

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

JULIO HERRERA- LOA, ET AL        *

    VS                               *    C.A. B-94-215

E.M. TROMINSKI, District Director    *
of INS, et al

# N O T I C E

TO:   Lisa S Brodyaga

     Regina Byrd and Kenneth M Muir

TAKE NOTICE that a **status conference** in this case has been set for the place, date, and time set forth below:

     Before U.S. Magistrate Judge Fidencio G. Garza, Jr.
     Federal Courthouse & Post Office Bldg, 3rd Floor Courtroom
     1001 East Elizabeth, Brownsville, Texas  78520

**December 12, 1995, 9:30 am**

                                        Michael N. Milby, CLERK

                                        _L.M. Villarreal_____
                                        (By) Deputy Clerk

                                        Date:  November 22, 1995