```
                    -----------------
                     No. 95-40726
                    -----------------
```

JULIO LOA-HERREA, ET AL

       Plaintiffs

JESUS GARZA-PACHECO

       Appellee

  v.

E M TROMINSKI, District Director,
Immigration and Naturalization Service, ET AL

       Defendants - Appellants

United States District Court
Southern District of Texas
FILED

DEC 08 1995

Michael N. Milby, Clerk of Court

### ENTRY OF DISMISSAL

Pursuant to the foregoing motion of appellant, Rule 42, FRAP, and Rule 42.1 of this court, the above referenced appeal was duly entered dismissed this 30th day of November, 1995.

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
    Michael R. Brown, Deputy Clerk

FOR THE COURT - BY DIRECTION

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____ Deputy
                                DEC 4 1995

New Orleans, Louisiana

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| JULIO HERRERA-LOA, et al., ) | | U.S. COURT OF APPEALS |
| including ) | | **FILED** |
| JUANA ASCENCIO-GUZMAN; and ) JESUS GARZA-PACHECO, ) | | NOV 17 1995 |
| Plaintiffs/Appellees, ) | No. 95-40726 | CHARLES R. FULBRUGE III |
| v. ) | Amended | CLERK |
| ) | Motion To Dismiss | |
| E.M. TROMINSKI, District ) Director, Immigration and ) Naturalization Service, HON. ) JANET RENO, United States ) Attorney General, and ) IMMIGRATION AND NATURALIZATION ) SERVICE ) | | |
| Defendants/Appellants. ) | | |

Defendants/Appellants, by and through their undersigned counsel, hereby move to dismiss the appeal.

Defendants/Appellants appealed an order entered on the 10th day of July, 1995, which granted preliminary injunctive relief only to Mr. Jesus Garza-Pacheco. No other appeals have been filed in this case. Accordingly, should the Court grant this motion, the entire appeal will be dismissed.

This motion is submitted because the Solicitor General has decided not to authorize pursuit of the appeal.

## CONCLUSION

Defendants'/Appellants' motion to dismiss should be granted.

446

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General

*/s/ David J. Kline*
DAVID J. KLINE
Assistant Director

*/s/ Brenda E. Ellison*
BRENDA E. ELLISON
REGINA BYRD
Attorneys
Office of Immigration Litigation
Civil Division
U. S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C.  20044
(202) 616-4868

ATTORNEYS FOR DEFENDANTS/
    APPELLANTS

Dated:  November 16, 1995.

447

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 1995, two copies of Defendants'/Appellants' Amended Motion To Dismiss Appeal were served upon plaintiffs/appellees by placing them in a Department of Justice mail room in time for same day mailing, one copy addressed to each counsel at the following addresses:

>Lisa S. Brodyaga, Esq.
>402 E. Harrison, 2nd Floor
>Harlingen, Texas 78550

>Thelma O. Garcia, Esq.
>301 E. Madison
>Harlingen, Texas  78550

*Brenda E. Ellison*
BRENDA E. ELLISON, Attorney
Office of Immigration Litigation
Civil Division
Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044

448