AO 45 (Rev. 5/85) Notice

# United States District Court

SOUTHERN ——— DISTRICT OF   TEXAS

United States District Court
Southern District of Texas
FILED

DEC 0 8 1995

Michael N. Milby, Clerk

JULIO HERRERA-LOA, ET AL

V.

E. M. TROMINSKI, District Director
IMMIGRATION & NATURALIZATION SERVICE, ET AL

**NOTICE**

CASE NUMBER:   CA-B-94-215

---

TYPE OF CASE:      ☒ CIVIL         ☐ CRIMINAL

---

☐   TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

---

☒   TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| U.S. Courthouse 500 E. 10th St. Brownsville, Tx. 78520 | December 12, 1995 at 9:30 A.M. | January 18, 1996 @ 9:30 A.M. |

MICHAEL N. MILBY

~~MAGISTRATE~~ CLERK OF COURT

S Vega

(BY) DEPUTY CLERK

December 8, 1995

DATE

To:      Thelma Garcia
         Elizabeth S. Brodyaga
         Regina Byrd