UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
FEB 23 1996
MICHAEL N. MILBY, Clerk
By Deputy Clerk Maurine Garza

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
2-13-96
MICHAEL N. MILBY, CLERK

75

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO HERRERA-LOA, ET AL * | |
| * | |
| VS. * | CIVIL ACTION |
| * | NO. B-94-215 |
| E. M. TROMINSKI, District Director * | |
| Immigration & Naturalization * | |
| Service, ET AL * | |

MINUTE ENTRY

The Status Conference originally scheduled for January 18, 1996, and was then, orally and by agreement of the parties, continued to February 16, 1996, is hereby cancelled by agreement of the parties. Non-dispositive motions will be ruled on by this Court within 2 weeks. Dispositive cross-motions for Summary Judgment are to be ruled on by Judge Vela.

DONE at Brownsville, Texas, this 13th day of February, 1996.

Fidencio G. Garza, Jr.
United States Magistrate Judge

443

ClibPDF - www.fastio.com

Case 1:94-cv-00215   Document 75   Filed in TXSD on 02/13/1996   Page 5 of 11

ClibPDF - www.fastio.com

ClibPDF - www.fastio.com

ClibPDF - www.fastio.com

Case 1:94-cv-00215   Document 75   Filed in TXSD on 02/13/1996   Page 8 of 11

ClibPDF - www.fastio.com

ClibPDF - www.fastio.com

ClibPDF - www.fastio.com