UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 1 9 1996

MICHAEL N. MILBY, Clerk
By Deputy Clerk Marlene Garza

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D

JUL 1 6 1996

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JULIO LOA-HERRERA, ET AL    *

VS.                         *    CIVIL ACTION
                                 NO. B-94-215
E. M. TROMINSKI, DISTRICT   *
DIRECTOR, IMMIGRATION AND
NATURALIZATION SERVICE, ET AL *

O R D E R

    Before this Court are several non-dispositive pretrial motions. The Honorable Filemon B. Vela, U.S. District Judge, having jurisdiction over the above-styled and numbered proceedings has referred this matter to the undersigned magistrate judge pursuant to 28 U.S.C. 636.

    This Court has read the parties' pleadings and considered the their arguments and is of the opinion that:

1. Plaintiffs' motion for class certification should be Granted.

2. Plaintiffs' Motion for Default Judgment should be Denied.

3. This Court should not attempt to resolve the factual dispute of what agreement, if any, was entered between the parties' counsel regarding (a) discovery, (b) responses for requests of admissions or denials, and (c) agreed extensions of deadlines to respond to pleadings. Therefore, the Government should be allowed to amend its answers.

426

4. A hearing regarding dispositive cross-motions for summary judgment should be held before the District Judge.

IT IS SO ORDERED.

Done at Brownsville, Texas, this 16th day of July, 1996.

*Fidencio G. Garza*
Fidencio G. Garza, Jr.
United States Magistrate Judge