UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
JUANA ASCENCIO-GUZMAN,            )
EFRAIN MERINO,                    )
ARTURO LOPEZ-LOZANO,              )
ALEJANDRA GUTIERREZ,              )
JUAN SANCHEZ-SALINAS,             )
ADELITA CANTU de CABRERA,         )
and                               )
RAMIRO GRACIA-CANTU,              )
  In their own right and name     )
  and as representatives of       )
  others similarly situated,      )
                                  )
        PLAINTIFFS,                )
                                  )
v.                                )
                                  )
E. M. TROMINSKI,                  )
  District Director,              )
  Immigration and                 )
  Naturalization Service,         )
HON. JANET RENO,                  )
  U.S. Attorney General,          )
and                               )
IMMIGRATION AND                   )
  NATURALIZATION SERVICE,         )
                                  )
        DEFENDANTS.                )
_____)
```

C.A. No. B-94-215

FILED
JUL 1 6 1996
Michael N. Milby, Clerk

ENTERED
JUL 1 9 1996
MICHAEL N. MILBY, Clerk
By Deputy Clerk

## ORDER GRANTING CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for Class Certification, filed December 6, 1994, and Defendants having filed no opposition thereto, which, under Local Rule 6(E), constitutes a representation that Defendants have no opposition to said motion, and upon review of all the pleadings and Exhibits on file, it is the conclusion of this Court that said motion should be, and the same hereby is, GRANTED, and the Court therefore makes the following Findings of Fact, Conclusions of Law, and enters the following Order.

## I. FINDINGS OF FACT

1. In Paragraph 38 of Plaintiffs' Second Amended Petition for Writ of habeas Corpus and Class Action Complaint for Declaratory Judgment and Injunctive Relief, Plaintiffs seek to represent the following class:

> All those lawful permanent residents who are under deportation or exclusion proceedings, in whose cases no final order of deportation or exclusion has been entered, who are not presently held in detention, whose I-151 or I-551 cards have been confiscated by Defendants, and are being retained by or under the authority of the Harlingen Office of the Immigration and Naturalization Service.

2. Said class is so numerous that joinder of all members is impracticable;

3. There are questions of law or fact common to the class;

4. The claims of the representative parties are typical of the claims of the class;

5. The representative parties will fairly and adequately protect the interests of the class; and

6. The parties opposing the class, i.e., the United States Attorney General and her delegates, the Immigration and Naturalization Service, including E.M. Trominski, District Director of the Harlingen District of the Immigration and Naturalization Service, have acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole.

## II. CONCLUSIONS OF LAW

The instant action is appropriate for class action treatment under Rule 23(b)(2), Federal Rules of Civil Procedure.

2

424

## III. ORDER

IT IS HEREBY ORDERED that Plaintiffs' (unopposed) Motion for Class Certification be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the following Class, consisting of two Subclasses, be, and the same hereby is, CERTIFIED:

1. All those permanent residents who are under deportation proceedings, in which proceedings no final order of deportation has been entered, who are not being held in detention, and whose I-151 or I-551 cards have been confiscated by Defendants, and are being retained by or under the authority of the Harlingen District of the Immigration and Naturalization Service; and

2. All those permanent residents who are under exclusion proceedings, in which proceedings no final order of exclusion and deportation has been entered, who are not being held in detention, and whose I-151 or I-551 cards have been confiscated by Defendants, and are being retained by or under the authority of the Harlingen district of the Immigration and Naturalization Service.

IT IS FURTHER ORDERED that Plaintiffs herein shall represent the above described Class, and

IT IS FURTHER ORDERED that the Clerk of Court shall send certified copies of the instant Order Granting Class Certification to all counsel of record.

DONE at Brownsville, Texas, this 16th day of July, 1996.

Fidencio G. Garza, Jr.
United States Magistrate Judge

3