UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 16 1996

Michael N. Milby
Clerk of Court

JULIO HERRERA-LOA, ET AL          *

    VS                              *   C.A. NO. B-94-215

E.M. TROMINSKI, District Director  *
IMMIGRATION & NATURALIZATION SERVICE,
ET AL

# N O T I C E

TO: **Elizabeth S Brodyaga**

    **Regina Byrd**

TAKE NOTICE that a **hearing for Cross-Motions for Summary Judgment** in this case has been set for the place, date, and time set forth below:

    Before U.S. District Judge Filemon B. Vela
    Federal Courthouse & Post Office Bldg, 2nd Floor Courtroom
    1001 East Elizabeth, Brownsville, Texas  78520

**July 31, 1996, 8:30 am**

                    Michael N. Milby, CLERK

                    _L. M. Villarreal_
                    (By) Deputy Clerk

                    Date: July 16, 1996



422