IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. B-94-215 |
| E.M. TROMINSKI, District Director, Immigration and Naturalization Service; HON. JANET RENO, United States Attorney General; and IMMIGRATION AND NATURALIZATION SERVICE, | ) |
| Defendants. | ) |

---

**DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE HEARING
ON CROSS-MOTIONS FOR SUMMARY JUDGEMENT**

---

In a notice dated July 16, 1996, the Court advised the parties that, on July 31, 1996, it will hold a hearing on the parties cross-motions for summary judgment. Defendants received the Court's notice on July 22, 1996. Consequently, defendants' counsel has nine days to prepare for the hearing.

Defendants request the Court to move the hearing date from July 31, 1996, to September 5, 1996. This request is made so as to allow defendants' counsel time to meet the deadlines set by the courts in cases that were assigned to her before receiving notice of this Court's July 31, 1996 hearing. Specifically, defendants' counsel has a motion due for filing in the Ninth Circuit Court of Appeals on July 30, 1996, and an appellate brief due in the Fifth Circuit Court of Appeals on August 5, 1996. Because those deadlines are close at hand, defendants' counsel

will be unable to meet them and also appear for the hearing set in this case.

September 5, 1996, is also requested because in addition to the reasons set forth above, defendants' counsel has a brief due in the Ninth Circuit Court of Appeals on August 18, 1996 and will need sufficient time to prepare it.  Also, plaintiffs' counsel, who is otherwise available, will not be available during the third and fourth weeks of August 1996 and has stated that she will be available September 5, 1996.  As both parities will be available on September 5,1996, defendants' counsel, with the consent of plaintiffs' counsel, request the Court to reschedule the hearing on the parties cross-motions for September 5, 1996.

In the event the Court is unable to reschedule the hearing for September 5, 1996, defendants request, without opposition from plaintiffs's counsel, that the Court schedule the hearing for August 12, 1996.  However, as stated above, if the hearing is schedule for any date prior to August 18, 1996, defendants' counsel will not be ale to complete the brief due to the Ninth Circuit Court of Appeals before traveling from Washington, D.C. to Brownsville, Texas.  Moreover, defendants' counsel will have no time to prepare for the hearing to be held before this Court.

Consequently, defendants request the Court to schedule the hearing for September 5, 1996.

                Respectfully submitted,

                GAYNELLE GRIFFIN JONES
                UNITED STATES ATTORNEY

                PHILEMINA McNEILL JONES
                Assistant Director

                REGINA BYRD
                Attorney
                Office of Immigration Litigation
                Civil Division
                U.S. Department of Justice
                Post Office Box 878
                Ben Franklin Station
                Washington, D.C.  20044
                Telephone:  (202) 616-4860

                Kenneth M. Muir, SAUSA
                P.O. Box 1711
                Harlingen, TX  78551

July 30, 1996            Attorneys for Defendants

3

420

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Unopposed Motion To Reschedule Hearing On Cross-Motions For Summary Judgement was mailed to counsel for Plaintiffs, certified mail, return receipt requested, at:

> Lisa S. Brodyaga, Esq.
> 402 E. Harrison, 2nd Floor
> Harlingen, Texas  78550
>
> Thelma O. Garcia, Esq.
> 301 E. Madison
> Harlingen, Texas  78550

Served on this the 30th day of July, 1996.

_[signature]_, AUSA,
FOR: Regina Byrd
Attorney for Defendants

4

421