# COURTROOM MINUTES

HONORABLE <u>FILEMON B. VELA</u> JUDGE PRESIDING

COURTROOM CLERK <u>Ed Leandro</u>

COURT REPORTER/ERO <u>Bill Holloway</u>

LAW CLERK <u>Paul Hajjar</u>

U.S. MARSHAL <u>Lilly Medina</u>

INTERPRETER <u>F. Kowalski</u>

DATE: <u>July 31, 1996</u>   TIME: <u>8:30 A.M.</u>

United States District Court
Southern District of Texas
FILED
JUL 31 1996

*************************************************************

CIVIL ACTION NO. <u>B-94-215</u>

JULIO HERRERA-LOA, ET AL                LISA BRODYAGA
                                        THELMA GARCIA

VS.

E.M. TROMINSKI, DISTRICT DIRECTOR       KEN MUIR
IMMIGRATION & NATURALIZATION SERVICE,   REGINA BYRD
ET AL

*************************************************************

HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Parties present for hearing. Court hears arguments from counsel. Motions taken under advisement pending further briefs by counsel. Court orders briefs be filed within 15 days and responsive briefs within 5 days thereafter.