UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN, et al )
)
v. ) No. B-94-215
)
E.M. TROMINSKI, et al. )
_____ )

## UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Come Petitioners, by and through their undersigned counsel, and file the instant, unopposed motion to extend the briefing schedule set by the Court, and in support of same, respectfully shows as follows:

At the time of the Court hearing, counsel for Petitioners did not recall that her scheduled trip out of the country during the second half of August, (scheduled for approximately August 15, 1996 until approximately August 28, 1996), would commence on approximately the date the initial pleadings were due, so that she would not be able to file a reply brief under the schedule agreed to at that time.

Counsel therefore asked Defendants whether they would be agreeable to either moving the schedule forward by a few days, or back by a little over a week, and was told that counsel for Defendants would agree to the latter option, but given their previous commitments, they could not agree to the former.

It is therefore requested that the briefing schedule set by the Court be enlarged, so that the initial briefs are due on or before August 23, 1996, and that the reply briefs are due on or before August 30, 1996.

Respectfully Submitted,



Lisa S. Brodyaga
Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, first-class postage prepaid, on Regina Byrd, Attorney, OIL, Box 878, Ben Franklin Sta, Washington, D.C. 20044, and Ken Muir, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, this 1st day of August, 1996.