UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al ) | |
| ) | |
| v. ) | No. B-94-215 |
| ) | |
| E.M. TROMINSKI, et al. ) | |

ORDER EXTENDING BRIEFING SCHEDULE

Upon consideration of Plaintiffs' unopposed motion to extend the briefing schedule set by the Court herein, and good cause appearing therefore, it is hereby ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the briefing schedule set by the Court be enlarged, so that the initial briefs are due on or before August 23, 1996, and the reply briefs are due on or before August 30, 1996.

DONE AT BROWNSVILLE, TEXAS,
this ___8th___ day of August, 1996

HON. FILEMON B. VELA
JUDGE PRESIDING