IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN, et al., )
    Plaintiffs, )
v. ) C.A. No. B-94-215
)
E.M. TROMINSKI, District )
Director, Immigration and )
Naturalization Service; HON. )
JANET RENO, United States )
Attorney General; and )
IMMIGRATION AND NATURALIZATION )
SERVICE, )
    Defendants. )
_____)

**DEFENDANTS' MEMORANDUM AND PROPOSED ORDER SETTING FORTH THE COURT'S ORAL DECISION OF JULY 16, 1996, REGARDING PETITIONERS' MOTION FOR PARTIAL SUMMARY JUDGMENT; AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, by its undersigned counsel, respectfully submit the enclosed order for the Court's signature. The enclosed order is submitted as directed orally by the Court during the morning session of the July 16, 1996 status conference and oral argument wherein the Court heard plaintiffs' argument regarding their Motion For Partial Summary Judgment and defendant's argument on their Opposition To Plaintiffs' Motion For Partial Summary Judgment And Defendants' Motion For Summary Judgment. The Court directed the parties, during the morning session of the July 16, 1996 status conference and oral argument, to collaborate in the preparation of an order to be submitted to it during the afternoon session of the July 16, 1996 status conference and oral argument. Defendants understood the Court to have directed the parties to prepare an order which set forth the Court's decision

on the issues of whether defendants may continue their practice of confiscating the Form I-551 (commonly referred to as the "green card") -- from lawful permanent resident aliens who are placed in deportation proceedings -- and issuing in its place the Form I-94 so as to ensure the aliens' appearance at the deportation hearing or for other justifiable reasons. Defendants' further understood the Court as having ordered the parties to include language in the order which set forth the Court's finding that defendants may continue to note on the Form I-94 that the bearer is a lawful permanent resident alien of the United States to whom employment authorization has been granted and that the Form I-94 is "Renewable."

Defendants and plaintiffs have not been able to agree on the precise wording of the order. Consequently, defendants are submitting the enclosed order. Defendants are prepared to issue a memorandum to its field offices that implements the terms set

2

256

forth in the enclosed order upon signature of the Court.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
United States Attorney
Southern District of Texas

PHILEMINA McNEILL JONES
Assistant Director

*/s/ Regina Byrd*
REGINA BYRD
Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

KENNETH M. MUIR, SAUSA
P.O. Box 1711
Harlingen, TX 78551

October 4, 1996                 Attorneys for Defendants

3

257

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 1996, a copy of DEFENDANTS' MEMORANDUM AND PROPOSED ORDER SETTING FORTH THE COURT'S ORAL DECISION OF JULY 16, 1996, was mailed to counsel for plaintiffs, by placing them in a Department of Justice mail room for same day mailing, addressed as follows:

>Lisa S. Brodyaga, Esq.
>402 E. Harrison, 2nd Floor
>Harlingen, Texas  78550
>
>Thelma O. Garcia, Esq.
>301 E. Madison
>Harlingen, Texas  78550

*Regina Byrd*
Regina Byrd
Attorney for Defendants

258

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
ASCENCIO-GUZMAN, et. al.,          )
                                   )
      Plaintiffs,                  )
                                   )
v.                                 )     C.A. No. B-94-215
                                   )
E.M. TROMINSKI, District           )
Director, Immigration and          )
Naturalization Service, HON.       )
JANET RENO, United States          )
Attorney General, and              )
IMMIGRATION AND NATURALIZATION     )
SERVICE,                           )
                                   )
      Defendants.                  )
_____)
```

## ORDER

Upon consideration of Plaintiffs' Motion For Partial Summary Judgment and Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment And Defendants' Counter Motion For Summary Judgment and upon having heard on July 31, 1996, the parties oral argument in support of their respective motions,

**IT IS HEREBY ORDERED** that:

  1. Defendants may continue their practice of confiscating the green card (Form I-551) issued to lawful permanent resident aliens who are placed in deportation proceedings;

  2. Defendants may continue to issue the Form I-94 as temporary evidence of the aliens' lawful permanent resident status when defendants place such aliens in deportation proceedings and confiscate the green card issued to such aliens;

  3. Defendants shall continue to note on such Form I-94 that the bearer is a lawful permanent resident alien of the United States and that the bearer is authorized to be employed; and

259

4. Defendants shall also note on such Form I-94 that such temporary document is renewable.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send certified copies of the instant Order to all counsel of record.

DONE AT BROWNSVILLE, TEXAS, this \_\_\_\_\_ day of _____, 1996.

_____
HON. FILEMON B. VELA
JUDGE PRESIDING

260