UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO, et al    )
                   )
v.                 )    C.A. No. B-94-215
                   )
TROMINSKI, et al.  )

PLAINTIFFS' ADVISAL OF INTENT TO REPLY TO MEMORANDUM TO
SUPPLEMENT DEFENDANTS' BRIEF IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

Come Plaintiffs, by and through the undersigned, and respectfully advise this Honorable Court of their intention to reply to the Memorandum filed by Defendants on or about February 4, 1997, in support of their counter motion for summary judgment.

As a result of the legal developments mentioned therein, and others, Plaintiffs' counsel have been unusually busy this past month, and have not yet completed their reply. It is anticipated that it will be finished in the near future. The Court's patience and indulgence is greatly appreciated.

Respectfully Submitted,



Lisa S. Brodyaga, Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(210) 421-3226

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, first class postage prepaid, on Ken Muir, SAUSA, on March 3, 1997.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum To Supplement Defendants' Supplemental Brief In Support Of Defendants' Counter Motion For Summary Judgment was mailed to counsel for plaintiffs, by placing it in the Department of Justice mail room for same day mailing, addressed to:

> Lisa S. Brodyaga, Esq.
> 402 E. Harrison, 2nd Floor
> Harlingen, Texas  78550

> Thelma O. Garcia, Esq.
> 301 E. Madison
> Harlingen, Texas  78550

Served on this the  4th  day of February, 1997.

_____
Regina Byrd
Attorney for Defendants

254