UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO LOA-HERRERA, ET AL | * | |
| VS | * | C.A. NO. B94 215 |
| E. M. TROMINSKI, ET AL | * | |

## O R D E R

All pending motions filed on or before April 14, 1998, are hereby **DENIED without prejudice**. Any party may re-urge any of these motions should the need arise. For purposes of timeliness and waiver, the initial date of the filing shall be controlling.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this ___21st___ day of May, 1998.

Filemon B. Vela
United States District Judge