UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 21 1998

Michael N. Milby, Clerk of Court

ASCENCIO-GUZMAN et al,         )
                               )
v.                             )   C.A. No. B-94-215
                               )
TROMINSKI, et al.              )
                               )
_____)

PLAINTIFFS' ~~REPLY~~ Response TO
DEFENDANTS' MOTION TO ALTER AND SET ASIDE
THE COURT'S ORDER OF SEPTEMBER 30, 1998

Come Plaintiffs, through the undersigned, and respectfully file the instant reply to Defendants' Motion To Alter and Set Aside the Court's Order of September 30, 1998, (herein cited as (INS:__)).

First, since the Court's Memorandum and Order was entered prior to the expiration of the twenty days granted by the local rules for response to motions, and INS filed responsive pleadings on the twentieth day, (Defendants' Response to Petitioners' Memorandum and Order), Plaintiffs previously filed a response, construing said pleadings as a Motion to Alter or Amend Judgment, under Rule 59(e), F.R.Civ.Procedure. Since the Order could have been considered to have been prematurely entered, Plaintiffs joined in said motion, and urged that the Court vacate its prior Memorandum and Order.

Defendants' current motion in fact argues that the Order was entered prematurely, since it was not an "unopposed" motion.[1] It requests that the Memorandum and Order of September 30, 1998, be set aside, and that the entry of judgment be held in abeyance so

---

[1] INS also asserts that the motion should have been denied because it did not contain a certificate of consultation, as required by Local Rule 6(A)(4). This overlooks the fact that consultation is not required with respect to motions under F.R.Civ.P. 56, motions for summary judgment, which is the motion that was, in essence, being re-urged therein.

that defendants may have an opportunity to be heard with respect to their prior motions. (INS:8).

As previously stated, Plaintiffs concur, and repeat their prior suggestion that the Court set aside its Order of September 30, 1998, and, following review of the record as a whole, grant the relief herein requested by Plaintiffs, as set forth in their pleadings of October 19, 1998.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga, Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(956) 421-3226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, first class postage prepaid, on Regina Byrd, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044, on October 21, 1998.

*[signature]*

2