103

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN, et al )
)
v. ) No. B-94-215
)
E.M. TROMINSKI, et al. )
)

United States District Court
Southern District of Texas
ENTERED
NOV 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ORDER MODIFYING ORDER GRANTING CLASS CERTIFICATION

Upon consideration of the objections expressed by Defendants, (Defendants' Response to Petitioners' memorandum and Order, at page 7, n.6), that the class which has been certified herein includes only aliens in exclusion and deportation proceedings, the Plaintiffs response to said objections, and the fact that these proceedings have been renamed, and are now called "removal" or "expulsion" proceedings, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Court's Order Granting Class Certification, entered July 16, 1996, is hereby amended to include all those permanent residents of the United States who have been or will be placed by Defendants under expulsion proceedings, including deportation, exclusion, or removal proceedings, who are not held in detention, in whose cases no administratively final order has been issued, and whose I-151 or I-551 cards have been confiscated by Defendants, and are being retained by or under the authority of the Harlingen District of the Immigration and Naturalization Service.

IT IS FURTHER ORDERED that the Clerk of Court shall send certified copies of the instant Order to all counsel of record.

DONE AT BROWNSVILLE, TEXAS
this ___ day of _____, 1998.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE