UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 15 1998

Michael N. Milby, Clerk of Court

ASCENCIO-GUZMAN et al, )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
)
_____)

### PLAINTIFFS' APPLICATION FOR ATTORNEY'S FEES

Come Plaintiffs, and, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), respectfully file the instant application for attorney's fees, in the amount of $43,625.00. This represents 436.25 hours, at the rate of $100 per hour, for work done on certain aspects of the instant case, in which the Court has entered an Order in favor of Plaintiffs.

In order to avoid arguments as to whether the Government's position was "substantially justified" with respect to issues other than those covered by the McNary Memorandum,[1] and to the extent that they can be separated from other matters, attorneys fees are not being requested for time spent on issues such as the "summary exclusion" and parole of lawful permanent residents stopped at the port of entry, and returned to Mexico to await proceedings, the right of a lawful permanent resident in whose case a deportation order is on appeal to make "Fleuti" type departures, INS' refusal to provide employment authorization to Mr. Garza-Pacheco, and INS' appeal from the order that he be provided with such authorization. Furthermore, because of the lack of contemporaneous time sheets, this application does not reflect time spent by other attorneys.

It is hereby affirmatively alleged that the Government's position

---

[1] *See also, Etuk v. Slattery,* 936 F.2d 1433 (2nd Cir. 1991).

with respect to the issues for which attorneys fees are requested, i.e., those covered by the McNary Memorandum, was not substantially justified. This includes issues arising from the fact that certain departments of the Harlingen Office of INS, (most notably, the Investigations branch), routinely confiscated the "green cards" of lawful permanent residents placed under proceedings, and that, when such cards were confiscated, INS did not always provide substitute documentation which complied with the McNary Memorandum.

On the basis of the McNary Memo, and the decision of the Second Circuit in *Etuk v. Slattery, supra,* these issues were settled early in the litigation, and the agreement had even been announced, in open court, to the United States Magistrate Judge. Unfortunately, that agreement was later disavowed by new counsel for INS. The great majority of the time reflected herein was spent litigating the issues covered by this aborted settlement agreement.

Although there are no other attorneys in the Rio Grande Valley who would have been willing and/or able to pursue the instant litigation, the undersigned is requesting only $100/hour, which is substantially less than the national norm for attorneys experienced in complex federal immigration litigation. In part, this is again to avoid controversy over the value of the services provided. In part, it is also designed to reflect the fact that it is impossible to completely separate the time spent on different issues in the case. For example, at the hearing on July 31, 1996, both sets of issues were covered, but there is no reasonable means of calculating how much time was spent on each. Similarly, attorneys fees are requested for time spent on certain pleadings which include other issues, since the time spent on each cannot be authoritatively isolated.

Respectfully Submitted,

*[signature]*

2

80

Lisa S. Brodyaga, Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(956) 421-3226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with attached Time Sheet and Proposed Order, was served, first class postage prepaid, on Regina Byrd, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044, on December 15, 1998.

_____

ASCENCIO et al v. TROMINSKI et al, C.A. B-94-215

```
                          TIME SHEET

JUNE 1994  ........................     13.75

22nd  discuss confiscation with Jose Reyna, Roy Sutton,
      Mike Ochoa, Nancy Masso, John Carte, research Etuk v.
      Slattery, begin to research, draft pleadings  .....  6.5 hrs.
23rd  discuss issues with John Carte, Nancy Masso, TOG,
      Dona Justus, Cecilio Ruiz, Dan Kesselbrenner,
      continue research, drafting pleadings ............   3.25
24th  Continue drafting pleadings .......................  4.0


JULY 1994  ........................     47.50

11th  discuss Herrera's docs with personnel at PISPC ...   .25
12th  attempt to get card back, pick up I-94 ...........   1.5
13th  discuss new developments John Carte, Nancy Masso,
      client, TOG, continue with pleadings ............    6.0
14th  discuss with Nancy Masso, client, other attorneys,
      finish pleadings ................................    4.5
15th  file and serve suit ..............................   3.25
      travel ...........................................   1.0
19th  discuss with Benigno Pena, client ................   .25
20th  calls to client, Bro, trying to get hearing ......   .25
21st  research, draft, serve & file suppl. P&A,
      verification, proposed order ....................    3.5
      travel ...........................................   1.0
      talk to JC, Ficarrota, draft letter re I-94,
      begin class certification motion, Requests
      for admission ...................................    3.5
22nd  deliver I-94 letter, talk to INS, client,
      go to INS for new I-94, work on req. for adm.
      talk to Nancy Masso re whom to serve ............    5.0
23rd  finish and serve Requests for Admission .........    4.25
26th  discuss problems at border with Herrera, start
      new Request for Admission .......................    .75
27th  Receive call from Clerk, call clients, other
      attorneys, potential witnesses ..................    .75
28th  Prepare, serve and file first amended complaint .. 5.5
      talk to clients, witnesses ......................    1.25
      travel ..........................................    1.0
29th  Talk to Howard Rose, Nancy Masso, call clients,
      witnesses .......................................    1.75
      Begin letter re atty's fees .....................    .5
30th  Finish letter re atty's fees, research Castillo .. 1.75
```

82

```
AUGUST 1994 ........................   4.50

1st    Hearing, Brownsville .............................   .5
       Travel ...........................................   1.0
7th    Begin drafting settlement order ..................   2.75
8th    Consult, Howard Rose .............................   .25

OCTOBER 1994 .......................   4.75

18th   Re notices sent out:  calls to Bill Peterson,
       Howard Rose, .....................................   3.00
21st   letter to Howard Rose ............................   1.75

NOVEMBER 1994 ......................   8.50

       Re:  fact that notices are being sent to non-members
       investigation, calls to Howard Rose (no return call),
       Bill Peterson ................................... 8.50

DECEMBER 1994 ......................   10.75

2nd    Review FOIA materials for persons who responded to
       November letter, strategize ......................   .50
4th    Draft and serve Request for production ...........   .75
5th    Draft Motion for Class Certification .............   2.25
6th    Finish Motion, call Howard Rose, go to Bro
       to serve and file Motion .........................   4.00
12th   Discussions with Howard Rose, John Carte .........   2.00
19th   Discussion with John Carte .......................   .25
20th   Discussion with John Carte .......................   .25
22nd   Discussion with Mike Ochoa, John Carte ...........   .75

JANUARY 1995 .......................   18.25

9th    Discussions with J.C. ............................   .50
10th   Discussions with J. C. ...........................   1.00
11th   Meetings with J.C., Mike Ochoa, etc. .............   4.50
16th   Draft 2nd Amended complaint ......................   7.50
17th   Consult with J.C., TOG, finish drafting,
       serve, and file 2nd Amended Complaint ............   4.75

FEBRUARY 1995 ......................   18.25

7th    Discussions with JC, start settlement &
       outstanding issues document ......................   5.00
8th    Finish settlement & outstanding issues doc,
       prepare for hearing ..............................   4.75
9th    Travel ...........................................   1.00
       Hearing, further discussions with JC .............   1.50
14th   Discussions with JC, TOG, begin planning motion
       for partial summary judgment .....................   2.25
15th   Work on 2nd set of requests of admission .........   2.00
16th   Finish 2nd set of requests for admission .........   1.75
```

```
4th     Continue with SJ Order ............................    4.75
5th     Finish first draft, SJ Order .....................    3.25
6th     Start SJ motion ..................................    6.50
7th     Continue SJ motion ...............................    7.00
8th     Continue SJ motion ...............................    6.75
9th     Continue SJ motion ...............................    4.50
10th    Continue SJ motion ...............................    4.75
11th     Same ............................................    7.75
12th    Finish, and file .................................    7.00

SEPTEMBER 1995 ......................   27.75

1st     Begin review of Def. motion, etc. ................    2.50
2nd     Begin drafting reply .............................    4.75
10th    Continue drafting, and begin motion to strike ...     8.00
11th    Continue motion to strike ........................    3.75
13th    Finish & file motion to strike, and continuance..    5.25
19th    Telephone conf. w/ Byrd, call Court ..............     .25
20th    Redo motion to strike & for continuance ........     1.75
21st    Finish second motion to strike & continuance,
27th    Check on status of transcript, appeal ..........    1.50

OCTOBER 1995 .......................   47.25

3rd     Respond to motion to submit exhibits ............    1.25
16th    Review Defendants' replies re strike, & contin...    2.75
17th    Begin responses, talk to Ms. Byrd, John Carte ...    6.25
19th    Continue responses ...............................    8.50
20th    Same .............................................    7.75
22nd    Same .............................................    3.00
23rd    Same .............................................    4.50
24th    Same .............................................    6.00
25th    Finish & file ....................................    7.25

NOVEMBER, 1995 .....................    4.25

6th  Review Regina's stuff, do motion to dismiss to CA
        and Certificate of Interested Parties ..........    2.25
10th    Redo Motion to Strike Declarations .............    2.00
        Request rulings on motions

JULY, 1996 .......................   18.50

3rd  Review file, prepare "Request for Hearing, etc." ..    4.75
30th Prepare for hearing ..............................    6.50
31st Hearing, etc. ....................................    7.25

AUGUST, 1996 .......................   34.00

1st     Prepare motion re briefing schedule, talk to Byrd .    4.25
        Begin work on brief
6th     Continue with brief ..............................    1.75
7th     Continue brief ...................................    4.00
13th    Continue brief ...................................    3.50
```

84

```
14th Finish, file and serve brief ........................  6.00
28th Reply brief .........................................  4.25
29th Continue reply brief ................................  6.50
30th Finish, file and serve reply brief ..................  3.75

SEPTEMBER, 1996 ....................  11.5

12th  Review INS' response ...............................  4.25
15th  Reply to INS' Response .............................  7.25

OCTOBER, 1996 ......................  6.25

7th   Review INS' proposed Order, prepare and file
      counter order ......................................  6.25

DECEMBER, 1996 .....................  13.5

2nd   Start second proposed order ........................  4.75
4th   continue proposed order ............................  3.50
8th   same ...............................................  2.00
15th  same ...............................................  3.25


SEPTEMBER 1998 ....................  8.0

10th  Start to rework Order ..............................  1.75
11th  Finish, file & serve order .........................  6.25


SUBTOTAL ** ..............................................  436.25
```

---

\*\* To the extent it can be identified, the above excludes time spent working on issues relating purely to issues other than those covered by the McNary Memo, including the "summary exclusion" and parole of lawful permanent residents stopped at the port of entry, and returned to Mexico to await proceedings, and the provision of employment authorization to Jesus Garza-Pacheco.

85