

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN et al,          )
                                )
v.                              )     C.A. No. B-94-215
                                )
TROMINSKI, et al.               )
_____ )

WITHDRAWAL, AS PREMATURE, OF
PLAINTIFFS' APPLICATION FOR ATTORNEY'S FEES

Come Plaintiffs, by and through the undersigned, and hereby withdraw, as premature, their application for attorneys' fees herein. *See*, 28 U.S.C. §2412(d)(2)(G) (a final judgment for EAJA purposes is a "judgment that is final and not appealable.").

Respectfully Submitted,



Lisa S. Brodyaga
Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, TX 78550
(956) 421-3226

CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, first-class postage prepaid, to Regina Byrd, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044, this 17th day of December, 1998.