IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 11 1999

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN, et al., )
    Plaintiffs, )
v. ) C.A. No. B-94-215
 )
E.M. TROMINSKI, District )
Director, Immigration and )
Naturalization Service; HON. )
JANET RENO, United States )
Attorney General; and )
IMMIGRATION AND NATURALIZATION )
SERVICE, )
    Defendants. )

## DEFENDANTS' (UNOPPOSED) MOTION FOR ENTRY OF THE FINAL JUDGMENT

On November 25, 1998, the Court entered an order in the subject case. The Court, however, has not issued a final judgment as required by Fed. R. Civ. P. 58.

Accordingly, the defendants move the Court to enter a final judgment which comports with the requirements of Rule 58. Rule 58 provides that "[e]very judgment shall be set forth on a separate document. A judgment is effective only when so set forth and when entered as provided in Rule 79." The Circuit under which this Court sits adheres to Rule 58. See Whitaker v. City of Houston, Texas, 963 F.2d 831, 833 (5th Cir. 1992) (Finding that the "district court's failure ever to enter a Rule 58 judgment has tied several procedural and jurisdictional knots that this court must untangle before turning to the single issue of substance raised by the parties" and ultimately deciding that where no objection was raised to the district court's failure to comply with Rule 58 it may assume jurisdiction.); see also

<u>Banker's Trust Co. v. Mallis</u>, 435 U.S. 381 (1978) (Holding that Rule 58 must be satisfied before the period for filing appeal may be said to have begun to run unless the party waives the requirements of Rule 58.)

Inasmuch as the a final order has not been issued, the defendants request that the Court "promptly approve the form of judgment, [which] the clerk shall thereupon enter []." <u>See</u> Rule 58.

                                   Respectfully submitted,

JAMES H. DeATLEY
United States Attorney

DAVID V. BERNAL
Assistant Director

<u>/s/ Regina Byrd</u>
REGINA BYRD
ATTORNEY
Office of Immigration Litigation
P.O. Box 878 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

January 8, 1999                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this __8th__ day of January, 1999, a copy of Defendants' (Unopposed) Motion For Entry of the Final Judgment was mailed to counsel for plaintiffs, by placing it in a Department of Justice mail room for same day mailing, addressed as follows:

    Lisa S. Brodyaga, Esq.
    402 E. Harrison, 2nd Floor
    Harlingen, Texas  78550

    _____
    Regina Byrd
    Attorney for Defendants

## CERTIFICATION OF CONSULTATION

On January 8, 1999, the defendants' counsel conversed with Lisa S. Brodyaga, counsel for plaintiffs, who states that she does not oppose the subject motion.

    _____
    REGINA BYRD

January , 1999