108

United States District Court
Southern District of Texas
ENTERED

JAN 13 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN, et al.,            )
          Plaintiffs,                )
                                     )
v.                                   )   C.A. No. B-94-215
                                     )
E.M. TROMINSKI, District             )
Director, Immigration and            )
Naturalization Service; HON.         )
JANET RENO, United States            )
Attorney General; and                )
IMMIGRATION AND NATURALIZATION       )
SERVICE,                             )
          Defendants.                )
_____)

**ORDER GRANTING DEFENDANTS' (UNOPPOSED) MOTION FOR ENTRY OF THE FINAL JUDGMENT**

Upon consideration of the Defendants' Motion for Entry of the Final Judgment, it is hereby:

**ORDERED**, that Defendants' motion shall and is GRANTED, and it is

Done at Brownsville, Texas, this ___13___ day of _____, 1999.

_____
HON. HILDA G. TAGLE
JUDGE PRESIDING

23