lmv

109

United States District Court
Southern District of Texas
ENTERED

JAN 13 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN, ET AL     *
                                        *
      VS                            *   C.A. B94 215
                                        *
E.M. TROMINSKI, ET AL          *

## FINAL JUDGMENT

On November 24, 1998, this Court granted Summary Judgment in favor of Plaintiffs. Having considered the facts established in the record and the law as it applies to these facts, this Court found that:

(1) That this Court has jurisdiction over the issues raised;

(2) Defendants have acted arbitrarily and capriciously;

(3) Plaintiffs' rights guaranteed by the U.S. Constitution were violated by Defendants' actions; and

(4) A substantial port of the relief sought by Plaintiffs should issue.

Therefore, this Court enters judgment in favor of Plaintiffs in accordance with the November 24, 1998 Memorandum and Order.

DONE at Brownsville, Texas, this 13 day of January, 1999.

_____
Hilda G. Tagle
United States District Judge