110

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
C.A. No. B-94-215

United States District Court
Southern District of Texas
FILED

JAN 25 1999

Michael N. Milby, Clerk of Court

ASCENCIO-GUZMAN, et. al., )
)
    Plaintiffs, )
)
v. )    **NOTICE OF APPEAL**
)
E.M. TROMINSKI, District )    CAB-94-215
Director, Immigration and )
Naturalization Service, HON. )
JANET RENO, United States )
Attorney General, and )
IMMIGRATION AND NATURALIZATION )
SERVICE, )
)
    Defendants. )
_____)

    Notice is hereby given that E.M. Trominski, Janet Reno, and Immigration and Naturalization Service, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on January 13, 1999.

                              Respectfully submitted,

                              FRANK HUNGER
                              Assistant Attorney General
                              Civil Division

                              DAVID V. BERNAL
                              Assistant Director

                              _____, AUSA
                              ERNESTO H. MOLINA, JR.  w/ permission
                              REGINA BYRD
                              Attorney
                              Office of Immigration Litigation
                              Civil Division
                              U.S. Department of Justice
                              P. O. Box 878, Ben Franklin Station
                              Washington, D.C. 20044
                              (202) 616-9344

Dated: January 25, 1998       ATTORNEYS FOR RESPONDENT

68

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 1999, one copy of Notice Of Appeal was served on plaintiffs by depositing it in the Department of Justice Mail Room for same-day deliver addressed as follows:

    Lisa S. Brodyaga
    402 E. Harrison, 2nd Floor
    Harlingen, TX 78550

    _____, AUSA,
    ERNESTO H. MOLINA, JR.  w/ permission
    Attorney
    Civil Division
    Office of Immigration Litigation
    United States Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, D.C. 20044
    (202) 616-9344

69