UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

FEB 23 1999

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al, )
)
v. )  C.A. No. B-94-215
)
TROMINSKI, et al. )
_____)

MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MOTION
FOR STAY OF THE COURT'S JUDGMENT PENDING APPEAL

Come Plaintiffs, and hereby file the instant motion for an extension of time, to and including March 15, 1999, to respond to Defendants' Motion For Stay of the Court's Judgment Pending Appeal, and in support of same, respectfully show as follows:

On this date, February 23, 1999, the undersigned first received a copy or other notice of the existence of said motion. A copy arrived in an envelope from the United States Attorney for the Southern District of Texas, which envelope was postmarked February 22, 1999. Said envelope is attached as Plaintiffs' Exhibit 1.

The undersigned has attempted to contact both Mr. Ernesto Molina, Attorney, OIL, and Ms. Nancy Masso, AUSA, regarding the issue, and to seek agreement for the instant extension of time. However, neither was in the office, and neither has yet returned her call.

Respectfully Submitted,

*Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney at Law
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550
(956) 421-3226

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, with attached exhibit, were served, first-class postage prepaid, on Ernesto Molina, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044, and by personal service, on Nancy Masso, AUSA, Brownsville, Texas, on February 23, 1999.


_____