113

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service, HON. )<br>JANET RENO, United States )<br>Attorney General, and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>)<br>    Defendants. )<br>_____) | C.A. No. B-94-215 |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME TO REPLY TO
DEFENDANTS' MOTION FOR STAY OF
THE COURT'S JUDGMENT PENDING APPEAL**

    Defendants hereby oppose Plaintiffs' Motion for Extension of Time to Reply to Defendants' Motion for Stay of the Court's Judgment Pending Appeal. In support of their opposition, defendants state as follows:

    1. According to Federal Rules, "Service upon the attorney or party shall be made . . . by mailing it to the attorney or party at the attorney's or party's last known address . . . . Service by mail is complete upon mailing." Fed. R. Civ. P. 5(b).

    2. On or about January 25, 1999, defendants, in accordance with their certificate of service, did send by certified mail a copy of Defendants' Motion for Stay of the Court's Judgment Pending Appeal to counsel for plaintiffs, Lisa Brodyaga, at her last known address. See Attachment. Thus, service was completed in compliance with the Federal rules.

16

2. The copy sent to Ms. Brodyaga was eventually returned to the Office of the United States Attorney at Brownsville, Texas, bearing a stamp that the addressee, Ms. Brodyaga, failed to claim the document after appropriate notice. See Attachment. Thus, it appears that Ms. Brodyaga did not receive the document as a result of her failure to retrieve it from her local post office.

3. In plaintiffs' motion, plaintiffs fail to mention that their attorney, Ms. Brodyaga, did not claim the package from the United States Postal Service.

4. In plaintiffs' motion, plaintiffs claim that before February 23, 1999, they had received "no copy or other notice" regarding the motion. This claim is incongruous in light of the attached evidence that the document was sent by certified mail and was addressed to the correct address for plaintiffs' counsel. Accordingly, the court should not grant an extension

5. Moreover, defendants oppose the request for an extension as seeking an inordinate amount of time respond. Plaintiffs seek to extend the time for their response until March 15, 1999. Plaintiffs' request is unreasonable in light of the fact that defendants' motion is for a stay pending appeal, requiring the court's immediate attention.

6. Additionally, because plaintiffs may only disingenuously charge that they failed to receive service of the motion, they fail to provide an explanation for their failure to comply with Local Rule 6 in filing a timely response.

2

17

Thus, the Court should deny plaintiffs' request for an extension of time.

        Respectfully submitted,

        DAVID W. OGDEN
        Acting Assistant Attorney General
        Civil Division

        DAVID V. BERNAL
        Assistant Director

        _____
        ERNESTO H. MOLINA, JR.
        REGINA BYRD
        Attorney
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice
        Post Office Box 878
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 616-9344

Dated: March 2, 1999        ATTORNEYS FOR RESPONDENT

18

ATTACHMENT

19

ClibPDF - www.fastio.com

U.S. Department of Justice
United States Attorney
Southern District of Texas
PO Box 1671
[illegible], Texas 78522
Official Business

**Z 559 113 538**
**MAIL**
**CERTIFIED**



RETURNED TO SENDER
REASON CHECKED

LISA BRODYAGA
ATTORNEY AT LAW
402 E HARRISON 2nd FLOOR
HARLINGEN TX 78550

1/25/99 Z 559 113 538

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Lisa Brodyaga |
| Street & Number | 402 E Harrison 2nd Floor |
| Post Office, State, & ZIP Code | Harlingen, TX 78550 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | GUZMAN: Ntc of Appeal & Deft's M/Stay |

PS Form 3800, April 1995



1-26-99

20

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 1999, one copy of Defendants' Motion For Stay Of The Court's Judgment Pending Appeal was served on plaintiffs by depositing it in the Department of Justice Mail Room for same-day deliver addressed as follows:

    Lisa S. Brodyaga
    402 E. Harrison, 2nd Floor
    Harlingen, TX  78550

                                        _____
                                        ERNESTO H. MOLINA, JR.
                                        Attorney
                                        Civil Division
                                        Office of Immigration Litigation
                                        United States Department of Justice
                                        P.O. Box 878
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        (202) 616-9344

91

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service, HON. ) | |
| JANET RENO, United States ) | |
| Attorney General, and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Plaintiffs' Motion for Extension of Time to Reply to Defendants' Motion for Stay of the Court's Judgment Pending Appeal, and the response filed by defendants, it is:

ORDERED, that the Plaintiffs' Motion for Extension of Time to Reply to Defendants' Motion for Stay of the Court's Judgment Pending Appeal be, and the same hereby is, DENIED.

DONE AT BROWNSVILLE, TEXAS,

this _____ day of _____, 1999.

```
                                        _____
                                        HON. HILDA G. TAGLE
                                        JUDGE PRESIDING
```

5