```
                IN THE UNITED STATES DISTRICT COURT

                FOR THE SOUTHERN DISTRICT OF TEXAS

                         BROWNSVILLE DIVISION


JULIO HERRERA-LOA, ET AL      §    CASE NO. CA B-94-215
                              §
VERSUS                        §    BROWNSVILLE, TEXAS
                              §    FEBRUARY 9, 1995
E. M. TROMINSKI, ET AL        §    2:05 P.M. TO 2:14 P.M.


                         STATUS CONFERENCE


BEFORE THE HON. FIDENCIO GARZA, UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


For the Plaintiffs:           LISA BRODYAGA
                              P.O. Box 3566
                              Harlingen, Texas 78551


For the Defendants:           U.S. Attorney's Office
                              JOHN D. CARTE, AUSA
                              P.O. Box 1671
                              Brownsville, Texas 78520


Court Recorder:               Gabriel Mendieta



                              PREPARED BY:

                              JUDICIAL TRANSCRIBERS OF TEXAS, INC.
                              7135 West Tidwell
                              Building M, Suite 112A
                              Houston, Texas 77092
                              (713) 462-6434
                              (713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```