United States District Court
Southern District of Texas
FILED

MAR - 5 1999

Michael N. Milby
Clerk of Court

114

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO GARCIA-CANTU, ET AL | § | CASE NO. CA B-94-215 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | AUGUST 1, 1994 |
| E. M. TROMINSKI, ET AL | § | 2:11 P.M. TO 2:16 P.M. |

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

BEFORE THE HON. FIDENCIO GARZA, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | LISA BRODYAGA<br>P.O. Box 3566<br>Harlingen, Texas 78551 |
| For the Defendants: | U.S. Attorney's Office<br>NANCY MASSO, AUSA<br>P.O. Box 1671<br>Brownsville, Texas 78520 |
| Court Recorder: | Gabriel Mendieta |

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.