UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 08 1999

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al, )
) C.A. No. B-94-215
v. )
)
TROMINSKI et al. )

REPLY TO INS' OPPOSITION TO REQUEST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION FOR STAY OF THE COURT'S JUDGMENT PENDING APPEAL

Come Plaintiffs, through the undersigned, and respectfully file the instant reply to INS' opposition to their motion for additional time to respond to Defendants' Motion For Stay of the Court's Judgment Pending Appeal, (herein cited as (INS:__)).

In their opposition, Defendants essentially mount an ad hominem attack, asserting therein that Plaintiffs "disingenuously cha[rge]" (INS:2); that they failed to receive service of the motion," (INS:2); Plaintiffs "fail to mention" that their attorney did not claim package from the Post Office, id., and that Plaintiffs' claim they received "no copy or other notice" of the motion pr[ior to] February 23, 1999, is "incongruous" with the fact that [it was] mailed to counsel's office, and returned undelivered. Id.

When Plaintiffs' motion for an extension of time was prep[ared, time] was of the essence. Although the undersigned calle[d the] Attorney who signed the Certificate of Service, and [the one] whose name it was prepared, she had not been able t[o reach her] either. She was therefore completely in the dark as [to whether] she had not previously received the motion.

When she hand-delivered the motion for an extensio[n...]

a. del.
Offic[e]
Postal
that it w[as]
it. But re[...]
motion, or ac[...]
'99. When th[...]
[Plain]tiffs' couns[el]
th[...] [s]tations t[...]
As for rece[ipt]
time is e[...]
filed Plai[ntiffs...]

Respectfull[y submitted,]

[signature]

Lisa S. Brodya[rd]
402 E. Harriso[n]
Harlingen, Texa[s]
(956) 421-3226

I hereby certify [that...]
class postage pre[paid...]
878, Ben Franklin [...]
AUSA, P.O. Box 167[...]

3