```
 1            THE UNITED STATES DISTRI    COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS       APR 26 1999
 2                 BROWNSVILLE DIVISION
                                                   Michael N. Milby
 3                                                 Clerk of Court

 4   JULIO LOA-HERRERA, ET AL        {  CAUSE CV-B-94-215

 5   VS                              {  BROWNSVILLE, TEXAS

 6   E. M. TROMINSKI, ET AL          {  JULY 31, 1996

 7                                                Loose
                                                  in file
 8

 9         TRANSCRIPT OF MOTION HEARING PROCEEDINGS
              BEFORE THE HONORABLE FILEMON B. VELA
10

11

12
     APPEARANCES:
13
          FOR THE PLAINTIFFS:       MS. LISA S. BRODYAGA
14                                  MS. THELMA GARCIA
                                    Harlingen, Texas
15

16

17        FOR THE DEFENDANTS:       MR. KENNETH MUIR
                                    MS. REGINA BYRD
18                                  Washington, D.C.

19

20

21

22
          COURT REPORTER:           MR. WILLIAM G. HOLLOWAY
23                                  Brownsville, Texas

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
                TRANSCRIPT PRODUCED BY COMPUTER.
25
```