119

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
ASCENCIO-GUZMAN et al,      )
                            )
v.                          )    C.A. No.  B-94-215
                            )
TROMINSKI, et al.           )
_____)
```

ORDER DENYING DEFENDANTS' MOTION FOR STAY OF
THE COURT'S JUDGMENT PENDING APPEAL

Before the Court is Defendants' Motion For Stay of the Court's Judgment Pending Appeal. Upon consideration of said motion, the opposition of Plaintiffs, the history of the case, and the record as a whole, the Court is of the opinion that said motion should be, and the same hereby is, DENIED.

IT IS THEREFORE ORDERED that said motion is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall send copies of the instant Order to all counsel of record.

DONE at Brownsville, Texas, this ____7____ day of __May__, 1999.

_____
HON. HILDA G. TAGLE
JUDGE PRESIDING