# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 99-40122

D.C. Docket No. B-94-CV-215

U.S. COURT OF APPEALS
FILED
OCT 3 1 2000
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 1 6 2001
Michael N. Milby
Clerk of Court

JULIO LOA-HERRERA; RAMIRO CANTU-GRACIA; JUANA GUZMAN-ASCENCIO; EFRAIN MERINO; ARTURO LOZANO-LOPEZ; ALEJANDRA GUTIERREZ; JUAN SANCHEZ-SALINAS; ADELITA CANTU DE CABRERA

Plaintiffs - Appellees

v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, Attorney General, USA; IMMIGRATION AND NATURALIZATION SERVICE

Defendants - Appellants

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before SMITH and DENNIS, Circuit Judges, and HARMON,* District Judge.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the order of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 1 2 2001

*District Judge of the Southern District of Texas, sitting by designation.

OP-OA-J-1

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana   JAN 1 2 2001