United States District Court
Southern District of Texas
ENTERED

MAY 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LOA-HERRERA, et al | § § | |
| versus | § | CIVIL ACTION: B-94-215 |
| | § | |
| E.M. TROMINSKI, et al | § | |

## ORDER SETTING CONFERENCE

1.    A status conference will be held on:

         _June 25_, 2001,

         at _2:00 p_.m.

         before the Honorable Hilda G. Tagle
         Third Floor-Courtroom No. 3
         United States Courthouse
         600 East Harrison Street, #306
         Brownsville, Texas 78520

2.    To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.    Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.    The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed _May 24_, 2001, at Brownsville, Texas.

                               Hilda G. Tagle
                             United States District Judge