123

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 15 2001

Michael N. Milby
Clerk of Court

```
ASCENCIO-GUZMAN, et al.,         )
            Plaintiffs,          )
                                 )
v.                               )   C.A. No. B-94-215
                                 )
E.M. TROMINSKI, District         )
Director, Immigration and        )
Naturalization Service;          )
JOHN D. ASHCROFT, United States  )
Attorney General; and            )
IMMIGRATION AND NATURALIZATION   )
SERVICE,                         )
            Defendants.          )
_____)
```

## DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE THE
## JUNE 25, 2001 STATUS CONFERENCE

On May 24, 2001, this Court issued an order designating June 25, 2001, for a status conference in the above captioned case.[1] Defendants move the Court to reschedule the status conference for July 19, 2001.

Defendants' counsel will be unable to attend the June 25,

---

[1] The undersigned counsel has represented defendants in this case since the latter part of 1994, and has on at least three occasions requested that the undersigned be entered as counsel for defendants. The Court's May 24, 2001 Order, however, was not sent to undersigned counsel. It was sent to defendants' office in Harlingen, Texas. On May 31, 2001, the undersigned counsel was informed of the Court's Order by an attorney in defendants' Harlingen, Texas office. The Order was sent by facsimile to the undersigned counsel that same day. On June 14, 2001, the undersigned counsel contacted the Clerk's office to inquiry about the service of the Court's May 24, 2001 Order. The undersigned counsel was advised that the record does not lists the undersigned as counsel for the defendants. Thus, filed simultaneously with this motion is the undersigned counsel's request to be entered as counsel for defendants.

2001 status conference. On June 22, 2001, defendants' counsel is scheduled for surgery. Consequently, the Court is requested to reschedule the June 25, 2001 status conference.

Defendants' counsel has consulted with plaintiffs' counsel, who advises that plaintiffs do not oppose the present motion. Plaintiffs' counsel advises that she will be available on July 19, 2001. Accordingly, defendants move the Court to reschedule the June 25, 2001 status conference for July 19, 2001.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney,
Southern District Texas

DAVID V. BERNAL
Assistant Director

REGINA BYRD, Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

June 14, 2001                    Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __14th__ day of June, 2001, a copy of Defendants' Unopposed Motion To Reschedule The June 25, 2001 Status Conference was mailed to counsel for plaintiffs by Federal Express addressed as follows:

    Elizabeth S. Brodyaga, Esquire
    17891 Landrum Park Road
    San Benito, Texas 78586

_____
Regina Byrd
Attorney for Defendants