/24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ASCENCIO-GUZMAN, et al., )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>Defendants. )<br>_____) | C.A. No. B-94-215 |

## MOTION TO ENTER APPEARANCE AS COUNSEL FOR DEFENDANTS

Defendants respectfully move the Court to enter the appearance of Regina Byrd and David V. Bernal as counsel for defendants in the above captioned case.

A copy of this motion is being served upon plaintiffs' counsel as indicated in the certificate of service.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney,
Southern District Texas

DAVID V. BERNAL
Assistant Director

_____
REGINA BYRD, Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

June 14, 2001                           Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this __14th__ day of June, 2001, a copy of Defendants' Motion To Enter Appearance As Counsel For Defendants was mailed to counsel for plaintiffs, by Federal Express, addressed as follows:

>    Elizabeth S. Brodyaga, Esquire
>    17891 Landrum Park Road
>    San Benito, Texas 78586

*[signature]*
Regina Byrd
Attorney for Defendants