*125*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Julio Loa-Herrera, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-94-215 |
| **E. M. Trominski, et al.,** | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 19, 2001, the Court:

(1) **GRANTED** the Defendants' Unopposed Motion to Reschedule the June 25, 2001 Status Conference [Dkt. No. 123]; and

(2) **GRANTED** the Motion to Enter Appearance as Counsel for Defendants [Dkt. No. 124].

The Court hereby **RESCHEDULES** the status conference for Monday, July 23, 2001, *Htt/sr @ 2:00 p.m*

DONE at Brownsville, Texas, this _19_ day of June 2001.

_____
Hilda G. Tagle
United States District Judge