126

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 18 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ASCENCIO-GUZMAN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service; ) | |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL; AND MOTION TO WITHDRAW COUNSEL**

Defendants respectfully move the Court to substitute Anthony Payne as lead counsel for defendants in the place of Regina Byrd. In addition, defendants request that the Court withdraw Regina Byrd as defendants' counsel.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney,
Southern District Texas

DAVID V. BERNAL
Assistant Director

_____
Anthony Payne, Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4860

July 17, 2001               Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this __17__ day of July, 2001, a copy of Defendants' Motion To Substitute Counsel; And Motion To Withdraw Counsel was mailed to counsel for plaintiffs, by           , addressed as follows:

      Elizabeth S. Brodyaga, Esquire
      17891 Landrum Park Road
      San Benito, Texas 78586

                              Anthony Payne
                              Attorney for Defendants