127

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ASCENCIO-GUZMAN, et al., )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>        Defendants. )<br>_____) | C.A. No. B-94-215 |

**DEFENDANTS' AMENDED UNOPPOSED MOTION TO SUBSTITUTE COUNSEL; AND
MOTION TO WITHDRAW COUNSEL**

Defendants respectfully move the Court to substitute Anthony Payne as lead counsel for defendants in the place of Regina Byrd. In addition, defendants request that the Court withdraw Regina Byrd as defendants' counsel. The motion is not opposed.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney,
Southern District Texas

DAVID V. BERNAL
Assistant Director

Anthony Payne, Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3264

July 19, 2001        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___19___ day of July, 2001, a copy of Defendants' Amended Unopposed Motion To Substitute Counsel; And Motion To Withdraw Counsel was faxed and mailed to counsel for plaintiffs by Federal Express, addressed as follows:

    Elizabeth S. Brodyaga, Esquire
    17891 Landrum Park Road
    San Benito, Texas 78586

    _____
    Anthony Payne
    Attorney for Defendants

## CERTIFICATE OF CONFERENCE

I hereby certify that on this __19__ day of July, 2001, I conferred with opposing counsel Elizabeth S. Brodyaga, Esquire, who indicated that she is not opposed to the motion.

_____
Anthony Payne
Attorney for Defendants