129

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ASCENCIO-GUZMAN, ET AL.,     )
                         )
         Plaintiffs,      )
                         )
      v.                    )
                         )
E.M. TROMINSKI, District      )
Director, Immigration and      )
Naturalization Service;       )     C.A. No. B-94-215
JOHN D. ASHCROFT, United States )
Attorney General; and         )
IMMIGRATION AND NATURALIZATION   )
SERVICE,                   )
                         )
         Defendants.     )
_____ )

---

## ORDER

---

Defendants' Motion To Substitute Counsel; And Motion To Withdraw Counsel is granted.

**IT IS HEREBY ORDERED** that the Clerk shall enter the appearance of Anthony Payne as lead counsel for defendants and withdraw Regina Byrd as counsel for the defendants.

**DONE** at BROWNSVILLE, TEXAS, this 23rd day of July, 2001.

_____
HILDA G. TAGLE
District Court Judge