IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
ASCENCIO-GUZMAN, et al.,       )
          Plaintiffs,          )
                               )
     v.                        )   C.A. No. B-94-215
                               )
E.M. TROMINSKI, District       )
Director, Immigration and      )
Naturalization Service;        )
JOHN D. ASHCROFT, United States)
Attorney General; and          )
IMMIGRATION AND NATURALIZATION )
SERVICE,                       )
          Defendants.          )
_____)
```

**PARTIES' PROPOSED JOINT SCHEDULING ORDER SUBMITTED IN RESPONSE TO THE COURT'S ORAL ORDER OF JULY 23, 2001**

The parties hereby respectfully propose the following scheduling for filings addressing the question of what issues remain before the Court in the case at bar.

The Parties would first note that they are in disagreement about two matters. First, they disagree as to what issues remain outstanding following the Fifth Circuit's October 31, 2000 decision and subsequent developments in the law. The Plaintiffs have filed a "Post-Remand Statement of Outstanding Issues" and may file an additional document addressing the issue. Defendants will file a motion to dismiss and/or motion for summary judgment or partial summary judgment. In so doing, Defendants will respond to Plaintiffs' "Post-Remand Statement of Outstanding Issues". Second, the Parties disagree as to whether discovery is appropriate. On July 23, 2001, Plaintiffs served on Defendants a

"Post-Remand Requests for Admission". The Defendants will shortly file a motion to deny discovery, or alternatively, to grant a protective order.

Therefore, they propose the following schedule:

The Defendants shall file their motion to dismiss and/or motion for summary judgment or partial summary judgment on or before September 14, 2001. The Plaintiffs shall file their opposition thereto within 45 (forty-five) days of service. Defendants shall file any reply within 15 days of service. Defendants shall file a motion to deny discovery, or, alternatively, grant a protective order on or before August 3, 2001. Plaintiffs shall respond to said motion by August 16, 2001. The Parties agree to serve the documents by facsimile. If Defendants elect to reply, such reply shall be filed by August 20, 2001. The Parties respectfully request that the Court give consideration to the August 22, 2001, due date for Defendants' response to Plaintiffs' Post-Remand Requests for Admission.

Should the Court grant the Defendants' motion to dismiss and/or motion for summary judgment, this would obviate the need for further proceedings before this Court. Should the Court deny said motion, the Parties shall abide by whatever schedule for discovery as the Court may establish in granting or denying Defendants' motion for protective order in whole or in part. In that context, the Parties agree that, following the completion of

2

any discovery permitted by the Court, they shall have 45 (forty-five) days to file motions for summary judgment or partial summary judgment, and thereafter, an additional 45 days in which to respond to the motion for summary judgment or partial summary judgment filed by the opposing party. Any reply thereto shall be filed 15 days after the filing of a response.

Respectfully submitted,

*[signature: Lisa S. Brodyaga]*   *[signature: Anthony C. Payne]*

Elisabeth S. Brodyaga, Esq.   Anthony Payne, Esq.
17891 Landrum Park Road       Office of Immigration Litigation
San Benito, Texas 78586       P.O. Box 878, Ben Franklin Station
(956)421-3423                 Washington, D.C. 20044
Texas Bar: 03052800           (202) 616-3264
Fed. ID.: 1178

Attorney for Plaintiffs       Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ASCENCIO-GUZMAN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E.M. TROMINSKI, District | ) | |
| Director, Immigration and | ) | |
| Naturalization Service; | ) | C.A. No. B-94-215 |
| JOHN D. ASHCROFT, United States | ) | |
| Attorney General; and | ) | |
| IMMIGRATION AND NATURALIZATION | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Pursuant to the **Parties' Proposed Joint Scheduling Order Submitted in Response to the Court's Oral Order of July 23, 2001:**

**IT IS HEREBY ORDERED** that the Defendants shall file their motion to dismiss and/or motion for summary judgment or partial summary judgment on or before September 14, 2001. The Plaintiffs shall file their opposition thereto within 45 (forty-five) days of service. Defendants shall file any reply within 15 days of service. Defendants shall file a motion to deny discovery, or, alternatively, grant a protective order on or before August 3, 2001. Plaintiffs shall respond to said motion by August 16, 2001. The Parties shall serve the documents by facsimile. If Defendants elect to reply, such reply shall be filed by August

20, 2001.

**IT IS FURTHER ORDERED** that should the Court grant the Defendants' motion to dismiss and/or motion for summary judgment, this would obviate the need for further proceedings. Should the Court deny said motion, the Parties shall abide by whatever schedule for discovery as the Court may establish in granting or denying Defendants' motion for protective order in whole or in part. In that context, following the completion of any discovery permitted by the Court, the Parties shall have 45 (forty-five) days to file motions for summary judgment or partial summary judgment, and thereafter, an additional 45 days in which to respond to the motion for summary judgment or partial summary judgment filed by the opposing party. Any reply thereto shall be filed 15 days after the date of service.

**DONE** at BROWNSVILLE, TEXAS, this ___1___ day of August 2001.

_____
HILDA G. TAGLE
District Court Judge

6