United States District Court
Southern District of Texas
FILED

AUG 27 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service; ) | |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' RESPONSE TO THEIR REPLY TO DEFENDANTS' PENDING MOTIONS**

On August 20, 2001, Plaintiffs filed a response to Defendants' reply to their opposition to Defendants' pending motions. Defendants respectfully move the Court to strike Plaintiffs' pleading. Pursuant to Local Court Rule 5(D), "[a]fter a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file." Plaintiffs' response fails to comply with the rule as it was not accompanied by a motion for leave to file. Id.

Furthermore, Plaintiffs' filing violates the scheduling set by this Court on August 1, 2001. The Court's order set the following schedule for addressing Plaintiffs' requests for admission:

Defendants shall file a motion to deny discovery,

or, alternatively, grant a protective order on or before August 3, 2001. Plaintiffs shall respond to said motion by August 16, 2001. The Parties shall serve the documents by facsimile. If Defendants elect to reply, such reply shall be filed by August 20, 2001.

The Court's August 1, 2001 order did not grant Plaintiffs leave to file a response to Defendants' reply. Accordingly, the Plaintiffs' filing is not well-taken.

For the foregoing reasons, the Court should strike Plaintiffs' Response to Defendants' Reply to Their Opposition to Defendants' Pending Motion. See Fed. R. Civ. P. 12(f).

Respectfully submitted,

Anthony Payne, Esq.
Attorney-in-Charge
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3264
Facsimile: (202) 616-4975

August 22, 2001                Attorney for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __22__ day of August, 2001, a copy of Defendants' Motion to Strike was mailed to counsel for plaintiffs, addressed as follows:

    Elizabeth S. Brodyaga, Esquire
    17891 Landrum Park Road
    San Benito, Texas 78586

                              Anthony Payne
                              Attorney for Defendants

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>)<br>Defendants. )<br>_____) | C.A. No. B-94-215 |

(PROPOSED) **ORDER**

The Defendants having moved the Court to strike Plaintiffs' response to their reply ro Plaintiffs' opposition to Defendants' pending motions, and the Court having considered all arguments lodged in connection with the motion,

**IT IS ORDERED** that Defendant's motion to strike Plaintiffs' response to their reply to Plaintiffs' opposition to Defendants' pending motions be, and the same hereby is, **GRANTED**

**DONE** at BROWNSVILLE, TEXAS, this _____ day of _____, 2001.

_____
HILDA G. TAGLE
District Court Judge