141

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v.  ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service; ) | |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
|     Defendants. ) | |
| _____ ) | |

DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO DISMISS AND
STATEMENT OF OUTSTANDING ISSUES

COME NOW the Defendants and respectfully request an extension of time to file their motion to dismiss and statement of outstanding issues.

Due to the apparent terrorist attacks on United States landmarks and governmental buildings in New York City, N.Y., and Washington, D.C., the Department of Justice building in Washington, D.C., which is just one block from the White House, has been evacuated and personnel have been sent home. The length of time evacuation will last is undetermined. The evacuation

will prevent the Defendants' from completing the motion and statement in a timely manner.

WHEREFORE, the Defendants respectfully request a one-week extension of time to submit these documents.

                                                Respectfully submitted,

*[signature]*

for Anthony Payne, Attorney-in-Charge
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3264
Facsimile: (202) 616-4975

September 11, 2001          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2001, a copy of Defendants' Motion for Extension of Time to File a Motion to Dismiss and Statement of the Issues was mailed to counsel for plaintiffs, addressed as follows:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

*[signature]*

Lisa Putnam
Attorney for Defendants