*143*



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SEP 1 8 2001

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al, )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
_____)

**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS AND STATEMENT OF ISSUES**

Plaintiffs, through the undersigned, respectfully advise this Honorable Court that they do not oppose Defendants' motion for extension of time, to and until September 21, 2001, in which to file their motion to dismiss and statement of outstanding issues.

Respectfully Submitted,



Lisa S. Brodyaga                    Thelma O. Garcia
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 435-3701
Fed. ID. 1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was mailed, first-class postage prepaid, to Anthony C. Payne, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., Wash., D.C. 20044, on September 17, 2001.