146

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN, et al., )
        Plaintiffs, )
                          )
v. ) C.A. No. B-94-215
                          )
E.M. TROMINSKI, District )
Director, Immigration and )
Naturalization Service; )
JOHN D. ASHCROFT, United States )
Attorney General; and )
IMMIGRATION AND NATURALIZATION )
SERVICE, )
        Defendants. )
_____ )

### (Opposed) MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR MEMORANDUM OF LAW

On September 21, 2001, defendants will file Defendants' Statement of Outstanding Issues in Response to Plaintiffs' Post-remand Statement of Outstanding Issues and Defendants' Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56. Pursuant to Courtroom Rule 5(h), the United States hereby requests an enlargement of the page limitation governing its supporting memorandum of law from 25 double-spaced pages to forty-six double-spaced pages.

This is a complex case that presents an involved procedural history and questions regarding the issues remaining for adjudication. Although the defendants believe that summary judgment in their favor is fully warranted, the requested enlargement is necessary in order to advise the Court adequately

on the relevant facts and law.

        Respectfully submitted,

        _Anthony Payne (by Brenda S Ellison)_
        Anthony Payne, Esq.
        Attorney-in-charge
        Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-3264
        Facsimile: (202) 616-4975

September 20, 2001    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2001, a copy of Defendants' (Opposed) Motion for Enlargement of Page Limitation for Memorandum of Law and Order was mailed to counsel for plaintiffs by first class mail, addressed as follows:

    Elizabeth S. Brodyaga, Esquire
    17891 Landrum Park Road
    San Benito, Texas 78586

    Thelma O. Garcia
    301 E. Madison
    Harlingen, TX 78550
    (956) 435-3701

_Anthony Payne (by Brenda Ellison)_
Anthony Payne
Attorney for Defendants

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the __19__ day of September, 2001, I called opposing counsel Elizabeth S. Brodyaga's office, in an attempt to confer with respect to the motion. As I was unable to speak with counsel, I left a phone message indicating that I would presume that she is opposed to the motion unless she informs otherwise. Ms. Brodyaga has not so informed the defendants.

*[signature]*
Anthony Payne
Attorney for Defendants