United States District Court
Southern District of Texas
FILED

NOV 21 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>        Defendants. )<br>_____) | C.A. No. B-94-215 |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' ENUMERATION OF INCORRECT AND MISLEADING STATEMENTS IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On November 5, 2001, plaintiffs filed a document that purports to enumerate incorrect and misleading statements that the defendants have made with respect to the procedural history of this matter (hereinafter known as "enumeration"). Dkt. No. 148. Defendants respectfully move this Court to strike the filing for the reasons set forth herein.

The plaintiffs' filing is not well-taken as it fails to conform to the rules of this Court. The filing is not an approved method of communicating with the Court. First, the filing cannot be considered a motion because it does not include an application for an order from this Court. <u>See</u> Fed. R. Civ. P. 7(b). The filing, rather, seeks to again advise this Court of the plaintiffs' disagreement with defendants' account of the

procedural history of this matter. While the parties certainly disagree with issues remaining for this Court's consideration after the Fifth Circuit's decision, the disagreement does not permit plaintiffs to submit a filing that fails to conform to either the Federal Rules of Civil Procedure, the Local Rules of the Southern District of Texas, or the courtroom rules of this Court. Simply put, the rules do not permit the filing of such an advisal.

Second, this Court established a Joint Scheduling Order to provide the parties with an opportunity to establish a schedule for identifying and resolving the issues remaining in this Case. Dkt. No. 131. The defendants have abided with the Court's order by filing their statement of outstanding issues and motion for summary judgment. Dkt. No. 147. The plaintiffs responded with the filing of an opposition to the motion for summary judgment as provided in the Joint Scheduling Order. Dkt No. 149. The Joint Scheduling Order, however, does not provide or permit for plaintiffs' filing of an "enumeration".

Third, a nonmoving party may oppose a summary judgment motion by challenging the moving party's statement of undisputed materials fact. See <u>International Shortstop, Inc. v. Rally's, Inc.,</u> 939 F.2d 1257, 1265 (5th Cir. 1991). The plaintiffs' "enumeration", however, is not such a challenge. The defendants' list of undisputed facts appears on page 40 of the summary

2

judgment motion.  Notwithstanding that plaintiffs' "enumeration" claims to offer a "page by page rebuttal of INS' incorrect and misleading statements", it does not specifically challenge defendants' stated undisputed facts.  See Dkt. No. 148 at 39-40.

Neither the Joint Scheduling Order nor the rules of this Court permit the plaintiffs to file their "enumeration" advisal.  As this Court has noted with respect to an earlier attempt by Plaintiff to submit an "advisal", Plaintiffs' filing is not a method for transmitting information to the Court and, accordingly, should be stricken.[1]  See Dkt. No. 150 at 7.

Respectfully submitted,

Anthony Payne, Esq.
Attorney-in-Charge
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 616-3264
Facsimile:  (202) 616-4975

November 20, 2001

---

[1] Even if plaintiffs' filing could be considered a motion, it should also be noted that plaintiffs' "enumeration" fails to conform with Local Rule 7.1(D) of the Southern District of Texas as the plaintiffs have not conferred with defendants prior to the filing.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __20__ day of November, 2001, a copy of Defendants' Motion to Strike was mailed to counsel for plaintiffs, addressed as follows:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

>*/s/ Anthony C. Payne*
>Anthony Payne
>Attorney for Defendants

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

JUANA ASCENCIO-GUZMAN, ET AL.,       )
                                     )
            Plaintiffs,              )
      v.                             )
                                     )
E.M. TROMINSKI, District             )
Director, Immigration and            )
Naturalization Service;              )   C.A. No. B-94-215
JOHN D. ASHCROFT, United States      )
Attorney General; and                )
IMMIGRATION AND NATURALIZATION       )
SERVICE,                             )
                                     )
            Defendants.              )
_____)

## (PROPOSED) ORDER

The Defendants having moved the Court to strike Plaintiffs' Enumeration of Incorrect and Misleading Statements in Defendants' Motion for Summary Judgment, and the Court having considered all arguments lodged in connection with the motion,

**IT IS ORDERED** that Defendant's motion to strike be, and the same hereby is, **GRANTED**

**DONE** at BROWNSVILLE, TEXAS, this _____ day of _____, 2001.

_____
                HILDA G. TAGLE
             District Court Judge



# U.S. Department of Justice

Civil Division

DVB:ACP:cmm  
39-74-1172

Telephone: (202) 616-3264

November 20, 2001

**MAILED VIA FEDERAL EXPRESS**

Juan Barbosa  
Deputy in Charge  
U.S. District Court  
Southern District of Texas  
1158 Federal Building  
600 E. Harrison Street  
Brownsville, Texas  78520-7114  
Attn.: Stella Cavazos, Case Manager

    Re:  Ascencio-Guzman, et al. v. E.M. Trominski,  
         District Director, et al.,  
         Civil Case No. B-94-215 (S.D. Tex.)

Dear Mr. Barbosa:

    Enclosed for filing in the above-captioned matter are the original and one (1) copy of Defendants' Motion to Strike Plaintiffs' Enumeration of Incorrect and Misleading Statements in Defendants' Motion for Summary Judgment.  Please return a copy which reflects the date filed in the court.

                              Sincerely,

                              ANTHONY C. PAYNE  
                              Attorney  
                              Office of Immigration Litigation  
                              Civil Division  
                              P.O. Box 878, Ben Franklin Station  
                              Washington, D. C.  20044

Enclosures