IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, District ) <br> Director, Immigration and ) <br> Naturalization Service; ) <br> JOHN D. ASHCROFT, United States ) <br> Attorney General; and ) <br> IMMIGRATION AND NATURALIZATION ) <br> SERVICE, ) <br> Defendants. ) <br> _____ ) | C.A. No. B-94-215 |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXHIBIT "RR"**

On November 20, 2001, plaintiffs filed a document titled "Exhibit RR" (including affidavit by Robert E. Crane, Esq.). According to plaintiffs, the affidavit supports their position that a lawful permanent resident seeking admission to the United States, who is not arrested, may only be granted parole pursuant to 8 U.S.C. § 1182(d)(5)(A), not 8 U.S.C. § 1225(b)(2)(C). Defendants respectfully move this Court to strike the filing for the reasons set forth herein.

First, plaintiffs' filing should not be allowed because plaintiffs have not sought leave as required by Courtroom Rule 5(D).[1] Importantly, plaintiffs neither argue that the

---

[1] Courtroom Rule 5(D) reads:

> After a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied

information contained in their disputed filing could not have been included in an earlier pleading, nor do they state a specific reason why leave should be granted in the interest of justice. Plaintiffs' filing fails to conform to Courtroom Rule 5(D).

Secondly, "Exhibit RR" cannot otherwise be considered a motion because it does not include an application for an order from this Court. <u>See</u> Fed. R. Civ. P. 7(b). The filing, rather, is apparently an attempt by plaintiffs to again advise the Court of their position expressed in the opposition to summary judgment. Dkt. No. 149. This Court has previously concluded that an advisal is not a proper mechanism to communicate with the Court under the Federal Rules of Civil Procedure, the Local Rules of the Southern District of Texas, or the Courtroom rules of this Court. <u>See</u> Dkt. No. 150 at 7.[2]

Considering that the plaintiffs have not requested leave to file and because the filing of an advisal is not a proper method

---

> by a motion for leave to file. The motion for leave to file must explain why the argument, evidence or legal authority contained in the additional filing was not included in earlier documents already in the record, and state a specific reason why the Court should grant the motion for leave in the interests of justice.

[2] Should the Court deem the "Exhibit RR" advisal to have been properly filed, the defendants request that it set a schedule for the filing of a response as the Court's rules currently do not provide a time-frame for such a filing.

2

for communicating with the Court, the Court should strike "Exhibit RR".

                                      Respectfully submitted,

                                      Anthony Payne, Esq.
Attorney-in-Charge
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C.   20044
Telephone:   (202) 616-3264
Facsimile:   (202) 616-4975

December 3, 2001

## CERTIFICATE OF SERVICE

I hereby certify that on this __3__ day of December, 2001, a copy of Defendants' Motion to Strike was mailed to counsel for plaintiffs, addressed as follows:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

_____
Anthony Payne
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL., )<br>)<br>Plaintiffs, )<br>v.    )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>)<br>Defendants. )<br>_____) | C.A. No. B-94-215 |

(PROPOSED) **ORDER**

The Defendants having moved the Court to strike Plaintiffs' "Exhibit RR", and the Court having considered all arguments lodged in connection with the motion,

**IT IS ORDERED** that Defendant's motion to strike be, and the same hereby is, **GRANTED**

**DONE** at BROWNSVILLE, TEXAS, this _____ day of _____, 2001.

_____
HILDA G. TAGLE
District Court Judge