*156*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Julio Loa-Herrera, et al.,** | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-94-215 |
| **E. M. Trominski, et al.,** | § § | |
| Defendants. | § § | |

United States District Court
Southern District of Texas
ENTERED

DEC 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on December 5, 2001, the Court **ORDERED** the parties to stop filing documents with the Court until such time as the Court rules on the Motion for Summary Judgment [Dkt. No. 147].

DONE at Brownsville, Texas, this 5 day of December, 2001.

Hilda G. Tagle
United States District Judge