158

# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerks: Maria Estella Garcia
            Ryan A Byrd

JAN 31 2002

Date: Jan 31, 2002, 2:00 pm
-------------------------------------------------------------------
                    C. A. NO. B94-215 (HGT)
-------------------------------------------------------------------
JUANA ASCENCIO-GUZMAN, ET AL            *       Lisa Brodyaga
         vs                             *
E.M. TROMINSKI, ET AL                   *       Anthony Payne & Lisa Putnam
-------------------------------------------------------------------

## STATUS CONFERENCE

Conference held with attorneys Brodyaga, Payne & Putnam.  The parties discussed scheduling dates.