UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-94-215 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, Defendant. | § § § § | |

## ORDER

Before the Court is Plaintiff's Motion for Rule 11 Sanctions (Doc. # 154). After due consideration, said motion is hereby DENIED.

DONE at Brownsville, Texas this 19th day of August, 2002.

Felix Recio
United States Magistrate Judge