/60

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> E.M. TROMINSKI, § <br> INS DISTRICT DIRECTOR, ET AL. § <br> Defendant. § | CIVIL ACTION NO. B-94-215 |

## ORDER

Before the Court are the following motions:

1) Defendant's "Motion to Strike Plaintiffs' Enumeration of Incorrect and Misleading Statements in Defendants' Motion for Summary Judgment" (Doc. # 152); and

1) Defendant's "Motion to Strike Plaintiffs' Exhibit 'RR'" (Doc. # 155).

Both motions are hereby DENIED. Defendant retains the right to re-file said motions.

DONE at Brownsville, Texas this 19th day of August, 2002.

_____
Felix Recio
United States Magistrate Judge