*161*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**AUG 2 0 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-215 |
| | § | |
| E.M. TROMINSKI, | § | |
| INS DISTRICT DIRECTOR, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion for a Status Conference (Doc. # 149). After due consideration, said motion is hereby GRANTED. A status conference will be held on September 18, 2002, at 2:00 p.m. in Judge Recio's Second Floor Courtroom.

DONE at Brownsville, Texas this _____ day of _____, 2002.

_____
Felix Recio
United States Magistrate Judge