162

AO435
Rev 1/90

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Felix Recio | 2. PHONE NUMBER: 956/548-2701 | 3. DATE: 09/18/02 |
| 4. MAILING ADDRESS: 600 E. Harrison, #203 | 5. CITY: Brownsville | 6. STATE: TX  7. ZIP CODE: 78520 |
| 8. CASE NUMBER: C.A. B-94-215 | 9. JUDICIAL OFFICIAL: Felix Recio | DATES OF PROCEEDINGS 10. FROM 9/18/02  11. TO 9/18/02 |
| 12. CASE NAME: ASCENCIO-GUZMAN, ET AL VS TROMINSKI, ET AL | LOCATION OF PROCEEDINGS 13. CITY: Brownsville  14. STATE: Texas | |

15. ORDER FOR
☐ APPEAL         ☐ CRIMINAL           ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL     ☒ CIVIL              ☐ IN FORMA PAUPERIS      ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (See #) status hearing | 9/18/02 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO OF COPIES | | |
| DAILY | ☒ | ☐ | NO OF COPIES | | |
| HOURLY | ☐ | ☐ | NO OF COPIES | | |

United States District Court
Southern District of Texas
ENTERED
SEP 19 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE  09/18/02

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY