*163*

COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | G Mendieta |
| CSO | : | Figueroa |
| Law Clerk | : | R Byrd |
| Interpreter | : | not needed |
| Date | : | September 18, 2002 at 02:00 p.m. |

United States District Court
Southern District of Texas
FILED

SEP 1 8 2002

Michael N. Milby
Clerk of Court

-----------------------------------------------------------------

CIVIL CASE NO.  B-94-215 (HGT)

| | | |
|---|---|---|
| Juana Ascencio-Guzman et al | * | L Brodyaga |
| | * | T Garcia |
| vs | * | |
| | * | |
| E.M. Trominski, INS District | * | A Payne |
| Director | | L Putnam |

-----------------------------------------------------------------

## STATUS CONFERENCE

Lisa Brodyaga and T Garcia present for the Petitioner;
A Payne present for the Respondent; A Payne states L Putnam is on her way;

The Court states there is a companion case, being B-01-206 and states the Court is
looking for some consistency with the cases;

Petitioner's attorney addresses the Court stating Mtn For Summary Judgment is still
pending therefore they have not been able to file a Motion of their own;

Respondent's attorney A Payne addresses the Court; States Government argues one legal
issue which is still pending and presented in the Mtn for Summary Judgment and argues
that the claims and arguments have changed since 1994;

L Brodyaga states 5th circuit case law clearly states that if facts are well plead,
although not the correct claims, then it is not fatal;  Further states Jurisdictional
band does not apply because people at the bridge are not arrested but detained when
seeking entry;

The Court addresses the parties and states the Motion for Summary Judgment will be
reviewed;

Respondent's attorney makes reference to Judge Tagle's order (doc 156) banding the
parties from filing any documents at this time;

Court adjourned.