UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, ET AL, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-94-215 |
| § | |
| E.M. TROMINSKI, § | |
| INS DISTRICT DIRECTOR, ET AL. § | |
| Defendant. § | |

## ORDER

After reviewing the entire case file and analyzing the Fifth Circuit Court of Appeals' decision in the above styled cause of action, this Court has determined that there are two issues to be determined after the Court of Appeals' remand:

1) Whether the manner in which the INS exercises its parole authority with respect to legal permanent residents seeking admission that were not arrested on a warrant prior to being returned to their native country is constitutional; and

2) Whether there are certain legal authorities for limiting the INS's ability to place notations on the substitute I-151 or I-551 documents which disclose personal information to anyone who may view the documents.

This determination does not effect the Defendant's Motion for Summary Judgment (Doc. # 147), which will remain pending. However, both parties are now required to brief the aforementioned two issues and/or file dispositive motions on or before November 1, 2002.

DONE at Brownsville, Texas this 25th day of September, 2002.

Felix Recio
United States Magistrate Judge