*166*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1 2002

Michael N. Milby
Clerk of Court

JUANA ASCENCIO-GUZMAN, et al.,    )
              Plaintiffs,    )
                       )
              v.    )    C.A. No. B-94-215
                       )
E.M. TROMINSKI, District    )
Director, Immigration and    )
Naturalization Service;    )
JOHN D. ASHCROFT, United States )
Attorney General; and    )
IMMIGRATION AND NATURALIZATION    )
SERVICE,    )
              Defendants.    )

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEFING ORDERED
BY THE COURT ON SEPTEMBER 26, 2002**

Defendants, through undersigned counsel, hereby moves this Court for a 21-day extension of time to file the briefing ordered by the Court in its September 26, 2002 order. As stated in the attached declaration, defendants' counsel has exercised diligence in this matter and the extension is requested for good cause.

                       Respectfully submitted,

                       ROBERT D. McCALLUM, Jr.
                       Assistant Attorney General

                       ERNESTO H. MOLINA, JR.
                       Assistant Director

                       ANTHONY C. PAYNE, Attorney
                       Office of Immigration Litigation
                       U.S. Department of Justice
                       P.O. Box 878, Ben Franklin Station
                       Washington, D.C. 20044

Dated: October 18, 2002    ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN, et al.,    )
                 Plaintiffs,      )
                                  )
          v.                      )    C.A. No. B-94-215
                                  )
E.M. TROMINSKI, District          )
Director, Immigration and         )
Naturalization Service;           )
JOHN D. ASHCROFT, United States   )
Attorney General; and             )
IMMIGRATION AND NATURALIZATION    )
SERVICE,                          )
                 Defendants.      )
_____ )

### DEFENDANTS' COUNSEL'S DECLARATION

I, Anthony C. Payne, declare as follows:

1.    I am an attorney in the Office of Immigration Litigation of the Civil Division, United States Department of Justice and have been assigned to represent the defendants in this matter;

2.    As ordered by the Court on September 26, 2002, the parties are to submit briefing on the identified issues by November 1, 2002, and was first due to be filed on that date;

3.    I respectfully request a 21-day extension of time to file Defendants' Brief, to and including November 22, 2002;

4.    An extension is necessary because I have handled and will handle the following matters, as well as others, which make an extension in this case necessary:

a.    Zhu v. Ashcroft, 9th Cir. 02-70898, *Respondent's Brief*, due September 27, 2002;

b.   *Meneses-Barros v. INS*, 9th Cir. 02-70789, *Respondent's Brief*, due October 2, 2002;

c.   *Chau v. INS*, D. Az. No. CV 01-79-MC-PHX, *Summary judgment motion*, due October 18, 2002;

d.   *Zamudio, et al. v. Ashcroft*, 9th Cir. 02-72875, *Motion to Dismiss, Motion to Summarily Affirm, and Stay Opposition*, due October 21, 2002;

e.   *Karangolian v. Ashcroft*, 11th Cir. 02-12473-B, *Respondent's brief*, due October 25, 2002;

f.   *Silva v. U.S. Dept. of Justice, et al.*, N.D. Fl. 3:02-CV-769-J-21 HTS, *Answer to Complaint*, due October 30, 2002; and

g.·  *Cuizapa-Morales v. Ashcroft*, 9th Cir. 02-71177, *Respondent's Brief*, due November 4, 2002

5.   I have exercised diligence in this matter and the required briefing will be filed with this Court within the time requested; and

6.   I telephoned petitioner's counsel, Lisa Brodyaga, with respect to this motion, but she was unavailable.  A message was left with her office indicating that I would be requesting an extension to file defendants' brief.  Defendants do not oppose granting the Petitioners a corresponding extension.

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of October, 2002.

ANTHONY C. PAYNE
Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of
Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3264

3