IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 2 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service; ) | |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| Defendants. ) | |

## ORDER

The Defendants having moved for an extension of time to file briefing, and the Court having considered all arguments lodged in connection with the motion,

1) The Court hereby GRANTS the Defendants' motion for an extension of time. The Defendants' briefing is now due on November 22, 2002.

2) The Clerk is directed to send a copy of this Order to all parties.

Done at Brownsville, Texas the 21st day of October, 2002.

Felix Recio
United States Magistrate Judge