UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al,          )
                                )
v.                              )      C.A. No.  B-94-215
                                )
TROMINSKI, et al.               )
_____)

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Plaintiffs, through the undersigned, respectfully file the instant unopposed motion for an extension of time, to and including November 22, 2002, in which to file the brief requested by the Court in its Order of September 26, 2002.  In support thereof, Plaintiffs respectfully show as follows:

The period immediately following the Court's Order has been unusually busy for Plaintiffs' counsel.  Due to unexpected developments in *Reyna-Montoya et al v. Trominski et al,* CA B-02-026, and other cases, as well as prior commitments to speak at two immigration conferences in October, 2002, she has been unable to finish the requested brief.

Moreover, when she returned from one conference, on Monday, October 21, 2002, she found a message from opposing counsel.  She returned his call, and was advised that he was requesting an extension of the November 1, 2002, deadline.  When the undersigned stated that she would not oppose said motion, so long as it applied equally to both parties, opposing counsel stated that he had already filed the motion, and had included therein a representation that he was not opposed to a like extension for Plaintiffs as well.  The undersigned has not yet received Defendants' motion, but did receive the Court's Order, granting an extension to Defendants.

Therefore, Plaintiffs would also request an extension, to and including November 22, 2002, in which to file their brief.  Based

on counsel's conversation of October 21, 2002, with opposing counsel, she can represent that the instant motion is unopposed.

Respectfully Submitted,



Lisa S. Brodyaga, Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, to Anthony Payne, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044, on October 29, 2002.

_____