UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ASCENCIO-GUZMAN et al, | ) | |
| | ) | |
| v. | ) | C.A. No.  B-94-215 |
| | ) | |
| TROMINSKI, et al. | ) | |
| | ) | |

ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Upon consideration of Plaintiffs' unopposed motion for an extension
of time, to and including November 22, 2002, in which to file their
brief in response to this Court's Order of September 26, 2002, and
good cause appearing therefor,

IT IS ORDERED that said motion be, and the same hereby is, GRANTED;
IT IS FURTHER ORDERED that Plaintiffs' brief is now due on November
22, 2002, and
IT IS FURTHER ORDERED that the Clerk shall serve copies of the
instant Order on all parties.

DONE at Brownsville, Texas
this ___6th___ day of __November__, 2002.


_____
Felix Recio
UNITED STATES MAGISTRATE JUDGE