UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN et al, | ) |
| v. | ) C.A. No. B-94-215 |
| TROMINSKI, et al. | ) |

**JOINT MOTION FOR FURTHER EXTENSION OF TIME TO FILE BRIEF**

The parties hereby request a further extension, to and including the Monday following Thanksgiving, to wit, December 2, 2002, in which to file the brief requested by the Court. This extension is required because counsel for Defendants, Anthony Payne, Esq., is currently in Tampa, Florida, and, due to the commitments discussed in his prior motion, has been unable to complete the brief in a timely fashion. He therefore called the undersigned on November 18, 2002, to ask if she would oppose such an extension, and if not, whether she would prepare the pleadings. The undersigned agreed.

_____
Lisa S. Brodyaga,
Attorney for Plaintiffs
17891 Landrum Park Rd.
San Benito, TX 78586

_____
Anthony Payne,
Attorney for Defendants,
with permission, by Lisa Brodyaga
P.O. Box 878, Ben Franklin Sta.
Washington, D.C. 20044

November 18, 2002