United States District Court
Southern District of Texas
ENTERED

NOV 20 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

171

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN et al,       )
                             )
v.                           )    C.A. No.  B-94-215
                             )
TROMINSKI, et al.            )
                             )

ORDER GRANTING
JOINT MOTION FOR FURTHER EXTENSION OF TIME TO FILE BRIEF

Upon consideration of the parties' joint motion for an extension of time in which to file their respective briefs, and good cause appearing therefor, it is hereby ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the briefs in question may be filed on or before December 2, 2002, and will be considered timely.

DONE at Brownsville, Texas

this _____ day of November, 2002.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE