*173*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN, et al.,          )
                  Plaintiffs,     )
                                  )
            v.                    )    C.A. No. B-94-215
                                  )
E.M. TROMINSKI, District          )
Director, Immigration and         )
Naturalization Service;           )
JOHN D. ASHCROFT, United States   )
Attorney General; and             )
IMMIGRATION AND NATURALIZATION    )
SERVICE,                          )
                  Defendants.     )
_____)

## MOTION FOR ENLARGEMENT OF PAGE LIMITATION
## FOR MEMORANDUM OF LAW

On December 2, 2002, defendants will file Defendants'
Statement of Outstanding Issues in Response to Plaintiffs' Post-
remand Statement of Outstanding Issues and Defendants' Motion for
Summary Judgment Pursuant to Federal Rule of Civil Procedure 56.
Pursuant to Courtroom Rule 5(h), the United States hereby
requests an enlargement of the page limitation governing its
supporting memorandum of law from 25 double-spaced pages.

This is a complex case that presents an involved procedural
history and questions regarding the issues remaining for
adjudication. Although the defendants believes that summary
judgment in its favor is fully warranted, the requested
enlargement is necessary in order to advise the Court adequately
on the relevant facts and law.

Dated:  December 2, 2002, at Washington, D.C.

Respectfully submitted,

Anthony Payne, Esq.
      by Nancy Masso
Attorney-in-charge
Office of Immigration Litigation
P.O. Box 878,Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 616-3264
Facsimile:  (202) 616-4975

December 2, 2002              Attorney for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _2nd_ day of December 2, 2002,

a copy of Defendants' Motion for Enlargement of Page Limitation

for Memorandum of Law was mailed to counsel for plaintiffs by

First class mail, addressed as follows:

> Elizabeth S. Brodyaga, Esquire
> 17891 Landrum Park Road
> San Benito, Texas 78586

> Anthony Payne
> by Nancy Masso
> Attorney for Defendants

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the __2___ day of December, 2002, I called opposing counsel Elizabeth S. Brodyaga's office, in an attempt to confer with respect to the motion.  As I was unable to speak with counsel as the line was busy and an answering machine did not pick up.

Anthony Payne
         By Nancy Masso
    Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ASCENCIO-GUZMAN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E.M. TROMINSKI, District | ) | |
| Director, Immigration and | ) | |
| Naturalization Service; | ) | C.A. No. B-94-215 |
| JOHN D. ASHCROFT, United States | ) | |
| Attorney General; and | ) | |
| IMMIGRATION AND NATURALIZATION | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants' Motion for Enlargement of Page Limitation For Memorandum of Law is granted.

**IT IS HEREBY ORDERED** that the defendants may exceed the page limitation with respect to their Statement of Outstanding Issues in Response to Plaintiffs' Post-remand Statement of Outstanding Issues and Defendants' Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56.

**DONE** at BROWNSVILLE, TEXAS, this _____ day of _____, 2001.

HILDA G. TAGLE
District Court Judge