UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2002

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al, )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
_____)

**JOINT MOTION FOR STATUS CONFERENCE AND TO SUSPEND FURTHER BRIEFING**

The parties, through their respective counsel, hereby request a Status Conference to address outstanding issues, including whether the parties may conduct discovery at this time, e.g., Plaintiffs' pending Requests for Admission, and to suspend further briefing until said issues have been resolved.

In support thereof, the parties would note that they have filed their respective summary judgment motions, but that certain issues remain unresolved, including the extent to which this Court's Order of December 5, 2001, remains in effect, and whether the parties may conduct discovery at this time. Given these uncertainties, the parties urge that a prompt Status Conference be conducted, and that the response dates to the competing motions for summary judgment filed on December 2, 2002, be suspended, until after said conference.

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga,
Attorney for Plaintiffs
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Anthony Payne,
Signed w/ permission
by

Anthony Payne,
Attorney for Defendants
Office of Immigration Litigation
P.O. Box 878,
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3264