*176*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern ... of Texas

DEC 0 5 2002

Michael N. .... Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ASCENCIO-GUZMAN et al, | ) | |
| | ) | |
| v. | ) | C.A. No.  B-94-215 |
| | ) | |
| TROMINSKI, et al. | ) | |
| | ) | |

**ORDER GRANTING JOINT MOTION FOR STATUS CONFERENCE**

Before the Court is the joint motion of the parties, requesting a status conference, and urging that the response date to their competing motions for summary judgment be suspended pending such a conference.  The Court is of the opinion that the request of the parties should be granted.

**WHEREFORE,**  it is hereby **ORDERED** that a Status Conference be conducted on the __16th__ day of __December__, 2002, at __2:00__ pm., on the __2nd__ floor of the United States Courthouse, Brownsville, Texas, and that the response date for the motions for summary judgment filed by the parties on December 2, 2002, be suspended until after that conference.

DONE this __5th__ day of __December__, 2002
at Brownsville, Texas.