COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Nieto |
| CSO | : | |
| Law Clerk | : | R Bryd |
| Interpreter | : | not needed |
| Date | : | **December 16, 2002 at 2:00 p.m.** |

United States District C...
Southern District of Texas
FILED
DEC 16 2002
Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-94-215 (HGT)

Juana Ascencio-Guzman                *           Lisa Brodyaga

vs                                    *

E M Trominski et al                   *           Anthony Payne

---

### STATUS CONFERENCE

Lisa Brodyaga present for the Plaintiff;
Anthony Payne present for the Defendant;

Ms Brodyaga addresses the Court as to the need for discovery;
Ms Brodyaga questions whether Defendant has the right to give personal information to potential employers;
Ms Brodyaga is asking that the Government acknowledge the request for admissions;

Mr Payne states this is a legal issue and feels there is no need for discovery at this time and states Judge Tagle signed a Protective Order as to the Admissions;

The Court states Judge Tagle's order will remain in effect and the Court will not order any discovery or admissions in this case;

Mr Payne states there were pending requests for admissions and Judge Garza signed an order (doc 77); Mr Payne would like clarification of this order;

The Court reads the Order (doc 77) and states amending the answer to the Petition itself is not included in this order;

The Court requests the parties continue their responses for Summary Judgments and responses are due 01/17/03;

Court adjourned.