United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., )<br>            Plaintiffs,     )<br>                              )<br>     v.                       )    C.A. No. B-94-215<br>                              )<br> E.M. TROMINSKI, District     )<br> Director, Immigration and    )<br> Naturalization Service;      )<br> JOHN D. ASHCROFT, United States )<br> Attorney General; and        )<br> IMMIGRATION AND NATURALIZATION )<br> SERVICE,                     )<br>            Defendants.      ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE BOTH RESPONSE TO PLAINTIFF' SUMMARY JUDGMENT MOTION AND REPLY TO PLAINTIFFS" OPPOSITION TO SUMMARY JUDGMENT MOTION**

Defendants hereby moves this Court for a 31-day extension of time to file both the response to Plaintiffs' summary judgment motion and to plaintiff's response to their pending summary judgment motions. As stated in the attached declaration, Defendants' counsel has exercised diligence in this matter and the extension is requested for good cause.

                                Respectfully submitted,

                                ROBERT D. McCALLUM, Jr.
                                Assistant Attorney General

                                ERNESTO H. MOLINA, Jr.
                                Senior Litigation Counsel

                                _____
                                ANTHONY C. PAYNE, Attorney
                                U.S. Department of Justice
                                P.O. Box 878, Ben Franklin Station
                                Washington, D.C. 20044

Dated: January 14, 2003         ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., )<br>            Plaintiffs,            )<br>                                 )<br>        v.                       )<br>                                 )<br>E.M. TROMINSKI, District         )<br>Director, Immigration and        )<br>Naturalization Service;          )<br>JOHN D. ASHCROFT, United States  )<br>Attorney General; and            )<br>IMMIGRATION AND NATURALIZATION   )<br>SERVICE,                         )<br>            Defendants.          )  | C.A. No. B-94-215 |

### DEFENDANTS' COUNSEL'S DECLARATION

I, Anthony C. Payne, declare as follows:

1.  I am an attorney in the Office of Immigration Litigation of the Civil Division, United States Department of Justice and have been assigned to represent the Defendants in this matter;

2.  As ordered by the Court, the parties were to respond to the respective summary judgment motions by January 17, 2003, 2003, and was first due to be filed on that date;

3.  I respectfully request a 31-day extension of time to file Defendants' Response to Plaintiffs' summary judgment motion, to and including February 18, 2003. In addition, Defendants request an extension of time to the same date in order to file their reply to Plaintiffs' response to their pending motions for summary judgment;

4.  An extension is necessary because I have handled and

will handle the following matters, as well as others, which make an extension in this case necessary:

    a.    Villeda v. Ashcroft, 9th Cir. 02-73932, *Response to Stay Motion*, January 2, 2003;

    b.    Papillon v. Ashcroft, 11th Cir. 02-15202 and 02-12976, *Respondent's Brief*, January 3, 2003;

    c.    Mann v. Ashcroft, 9th Cir. 02-74051, *Response to Stay Motion*, January 8, 2003;

    d.    Miah v. Ashcroft, 3rd Cir. 01-3764, *Moot Court and Oral Argument in Philadelphia, PA*, due January 14-16, 2003;

    e.    Kaur v. Ashcroft, 9th Cir. 02-74163, *Response to Stay Motion*, due January 17, 2003;

    f.    Mora Rojas v. Ashcroft, 9th Cir. 02-72446, *Response to Stay Motion*, due January 17, 2003;

    g.    Hovhannisyan v. Ashcroft, 9th Cir. 02-74291, *Response to Stay Motion*, due January 25, 2003;

    h.    Mozqueda-Solis v. Ashcroft, 9th Cir. 02-71295, *Respondent's Brief*, due January 27, 2003;

    i.    Eremenko v. Ashocroft, 3rd Cir. 02-3394, *Respondent's Brief*, due February 3, 2003;

    j.    Rosales-Rosales v. Ashcroft, 9th Cir. 02-71349, *Respondent's Brief*, due February 3, 2003; and

    k.    Chau v. INS, D.AZ 01-79, *Summary Judgment Hearing*, on February 10, 2003

5.   I have exercised diligence in this matter and the required briefing will be filed with this Court within the time requested; and

6.   I telephoned Plaintiffs' counsel, Lisa Brodyaga, with respect to this request, and she indicated she is unopposed to the motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of January, 2003.

ANTHONY C. PAYNE
Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3264

3

**CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing was served on Petitioner's counsel by placing same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on this January 14, 2003, addressed to:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

ANTHONY C. PAYNE
Office of Immigration Litigation

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al.,  )<br>   Plaintiffs,  )<br>         )<br>v.         )<br>         )<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service;  )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and   )<br>IMMIGRATION AND NATURALIZATION  )<br>SERVICE,        )<br>   Defendants.  )  | C.A. No. B-94-215 |

### ORDER

The Defendants having moved for an extension of time, and the Court having considered all arguments lodged in connection with the motion,

1) The Court hereby GRANTS the Defendants' motion for an extension of time. The Defendants' response and reply are now due on Febrauary 18, 2003.

2) The Clerk is directed to send a copy of this Order to all parties.

Done at Brownsville, Texas the __ day of January, 2003.

              _____
              Hon. Felix Recio
              United States Magistrate Judge