```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>        Defendants. ) | C.A. No. B-94-215 |

## ORDER

The Defendants having moved for an extension of time, and the Court having considered all arguments lodged in connection with the motion,

1) The Court hereby GRANTS the Defendants' motion for an extension of time. The Defendants' response and reply are now due on Febrauary 18, 2003.

2) The Clerk is directed to send a copy of this Order to all parties.

Done at Brownsville, Texas the 21st day of January, 2003.

Hon. Felix Recio
United States Magistrate Judge