IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al.,  )<br>            Plaintiffs,        )<br>                                )<br>        v.                      )   C.A. No. B-94-215<br>                                )<br>E.M. TROMINSKI, District        )<br>Director, Immigration and      )<br>Naturalization Service;        )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and          )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE,                        )<br>            Defendants.        )| |

**DEFENDANTS' (UNOPPOSED) MOTION FOR EXTENSION OF TIME TO FILE BOTH RESPONSE TO PLAINTIFFS' SUMMARY JUDGMENT MOTION AND REPLY TO PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT MOTION**

Defendants respectfully move this Court for a 3-day extension of time to file both the response to Plaintiffs' summary judgment motion and to plaintiff's response to their pending summary judgment motions. In support of this motion, Defendants' submit the following for the Court's consideration:

1. The parties were ordered by this Court to respond to the respective summary judgment motions by February 18, 2003, 2003;

2. However, over the past two days, the Washington, D.C. metropolitan area has been shut down as a result of a blizzard that has caused in upwards of twenty-four inches of snow, at last count, to fall. See Debbi Wilgoren and Tom Jackman, *Area Closed on Account of Snow, Blizzard of '03 Overwhelms Roads, Rails*, Wash.

Post, February 17, 2003, at A1. The snowstorm has resulted in a state of emergency being declared by Maryland, Virginia, and the District of Columbia. <u>Id.</u> In essence, transportation is at a standstill and it will take some days before transportation is possible.

3. As a consequence, Counsel for the Defendants requests a 3-day extension of time to file Defendants' Response to Plaintiffs' summary judgment motion, to and including February 21, 2003.

4. In addition, Defendants request an extension of time to the same date in order to file their reply to Plaintiffs' response to their pending motions for summary judgment;

5. The undersigned counsel for the Defendants has exercised diligence in this matter and the required briefing will be filed with this Court within the time requested; and

### Statement of Consultation

6. Plaintiffs' counsel, Lisa Brodyaga, has been consulted with regard to this motion. Ms. Brodyaga indicated that she is unopposed to the motion.

WHEREFORE PREMISES CONSIDERED, Defendants pray that this Court grant their request for an extension of time to and including February 21, 2003, to file Defendants': (1) response to Plaintiffs' summary judgment motion, and (2) reply to Plaintiffs'

response to their pending motions for summary judgment.

                                Respectfully submitted,

                                ROBERT D. McCALLUM, Jr.
                                Assistant Attorney General

                                ERNESTO H. MOLINA, Jr.
                                Senior Litigation Counsel

                                By: Nancy L. Masso, AUSA, for
                                ANTHONY C. PAYNE, Attorney
                                U.S. Department of Justice
                                P.O. Box 878, Ben Franklin Station
                                Washington, D.C. 20044

Dated: February 18, 2003      ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing was served on Petitioner's counsel by placing same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on this February 18, 2003, addressed to:

                        Elizabeth S. Brodyaga, Esquire
                        17891 Landrum Park Road
                        San Benito, Texas 78586

                        Nancy Masso
                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., )<br>             Plaintiffs, )<br>                       )<br>v.                      )<br>                       )<br>E.M. TROMINSKI, District )<br>Director, Immigration and )<br>Naturalization Service; )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and )<br>IMMIGRATION AND NATURALIZATION )<br>SERVICE, )<br>             Defendants. ) | C.A. No. B-94-215 |

**ORDER GRANTING DEFENDANTS' (UNOPPOSED) MOTION FOR EXTENSION OF TIME TO FILE BOTH RESPONSE TO PLAINTIFFS' SUMMARY JUDGMENT MOTION AND REPLY TO PLAINTIFFS" OPPOSITION TO SUMMARY JUDGMENT MOTION**

Today, this Court considered the Defendants' unopposed motion seeking an extension of time to file their response to the Plaintiff's motion for summary judgement as well a reply to the Plaintiffs' opposition to the Defendants' summary judgement motion. Having noted that this motion is not opposed and that dangerous weather conditions have prevented counsel for the Defendants from submitting their response to the respective pleadings, this Court finds that the motion should be **GRANTED**.

*THEREFORE, IT IS ORDERED, that the Defendants herein submit their responses/replies relating to the summary judgement motions herein no later than close of business, on February 21, 2003.*

Signed this _____ day of February, 2003.

 

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE