IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ASCENCIO-GUZMAN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service; ) | |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| Defendants. ) | |
| _____) | |

MOTION FOR ENLARGEMENT OF PAGE LIMITATION
FOR MEMORANDUM OF LAW

On February 21, 2003, Respondents will file Defendants'/Respondents' Opposition to Plaintiffs' Motion for Summary Judgment and Reply to Plaintiffs' Summary Judgment Opposition. Pursuant to Courtroom Rule 5(h), the United States hereby requests an enlargement of the page limitation governing its supporting memorandum of law from 25 double-spaced pages.

This is a complex case that presents an involved procedural history and questions regarding the issues remaining for adjudication. Moreover, the Respondents' filing comprises both an opposition to Plaintiffs' summary judgment motion and a reply to the Plaintiffs' opposition to summary judgment on behalf of the Respondents. The requested enlargement is necessary in order to advise the Court adequately on the relevant facts and law.

Dated: February 20, 2003, at Washington, D.C.

                              Respectfully submitted,

                              Anthony Payne, Esq.
                              Attorney-in-charge
                              Office of Immigration Litigation
                              P.O. Box 878, Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone:  (202) 616-3264
                              Facsimile:  (202) 616-4975

February 20, 2003              Attorney for Defendants

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the ___20___ day of February, 2003, I called opposing counsel Elizabeth S. Brodyaga's office, in an attempt to confer with respect to the motion. I was unable to speak with counsel and left a phone message indicating that I would be filing the aforementioned motion.

_____
Anthony Payne
Attorney for Defendants

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of February 20, 2003, a copy of Defendants' Motion for Enlargement of Page Limitation for Memorandum of Law was mailed to counsel for plaintiffs by First class mail, addressed as follows:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director, Immigration and ) | |
| Naturalization Service; ) | C.A. No. B-94-215 |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

Defendants' Motion for Enlargement of Page Limitation For Memorandum of Law is granted.

**IT IS HEREBY ORDERED** that the defendants may exceed the page limitation with respect to their **DEFENDANTS'/RESPONDENTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION**.

**DONE** at BROWNSVILLE, TEXAS, this _____ day of _____, 2003.

_____
Hon. Felix Recio
United States Magistrate Judge