IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ASCENCIO-GUZMAN, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, District ) <br> Director, Immigration and ) <br> Naturalization Service; ) <br> JOHN D. ASHCROFT, United States ) <br> Attorney General; and ) <br> IMMIGRATION AND NATURALIZATION ) <br> SERVICE, ) <br> ) <br> Defendants. ) <br> _____) | C.A. No. B-94-215 |

## ORDER

Defendants' Motion for Enlargement of Page Limitation For Memorandum of Law is granted.

**IT IS HEREBY ORDERED** that the defendants may exceed the page limitation with respect to their **DEFENDANTS'/RESPONDENTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION.**

DONE at BROWNSVILLE, TEXAS, this 26th day of February, 2003.

Hon. Felix Recio
United States Magistrate Judge