UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2003

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al,       )
                             )
v.                           )   C.A. No.  B-94-215
                             )
TROMINSKI, et al.            )
_____)

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS
MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through counsel, hereby file the instant, unopposed motion to extend, to and including March 14, 2003, the time for Plaintiffs' Reply to Defendants' Opposition to their Motion for Summary Judgment. This extension is required because counsel for Plaintiffs is currently working on briefs to the Fifth and Ninth Circuits, and will be unable to get to this case until at least the second week in March, 2003. Defendants, Anthony Payne, Esq., has stated that the Government is not opposed to the instant request.

_____
Lisa S. Brodyaga,
Attorney for Plaintiffs
17891 Landrum Park Rd.
San Benito, TX 78586

February 24, 2004

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and proposed Order were sent first class postage prepaid, to Anthony Payne, Attorney, OIL, Box 878 Ben Franklin Sta., Wash. D.C. 20044, on February 26, 2003.