UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

ASCENCIO-GUZMAN et al,        )
                              )
v.                            )   C.A. No.  B-94-215
                              )
TROMINSKI, et al.             )
_____)

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' unopposed motion for an extension of time in which to file their reply to Defendants' Opposition to their Motion for Summary Judgment, and good cause appearing therefor, it is hereby ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' reply to Defendants' Opposition to their Motion for Summary Judgment may be filed on or before March 14, 2003, and will be considered timely.

DONE at Brownsville, Texas this 3rd day of March, 2003.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE