Case 1:94-cv-00215    Document 190    Filed in TXSD on 03/25/2003    Page 1 of 4

190

United States District Court
Southern District of Texas
FILED

MAR 25 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN et al,    )
                          )
v.                        )    C.A. No. B-94-215
                          )
TROMINSKI, et al.         )
_____)

EXHIBIT "GGG"
FILED IN SUPPORT OF

PLAINTIFFS' REPLY TO DEFENDANTS'/RESPONDENTS' OPPOSITION TO THEIR
MOTION TO SUMMARY JUDGMENT

Come Plaintiffs, and file herewith, a copy of the Declaration of Ana Patricia Cerda, filed in *Hernandez-Leija et al v. Trominski et al*, CA B-01-206,

Respectfully Submitted,

Lisa S. Brodyaga, Attorney            Thelma O. Garcia, Attorney
17891 Landrum Park Road               301 E. Madison
San Benito, TX 78586                  Harlingen, TX 78550
(956) 421-3226                        (956) 425-3701
(956) 421-3423 (fax)                  (956) 428-3731
Fed. ID. 1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, and accompanying Exhibit, were mailed, first-class postage prepaid, to Anthony Payne, Attorney, OIL, at P.O. Box 878, Ben Franklin Station, Washington, D.C., 20044, on March 13, 2003.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISRAEL HERNANDEZ-LEIJA, et al   )
                                )
                                )
v.                              )    C.A. No.  01-206
                                )
                                )
E.M. TROMINSKI, et al.          )
                                )
_____ )


DECLARATION IN SUPPORT OF OPPOSED MOTION OF PUTATIVE CLASS MEMBER
   TO BE JOINED AS A NAMED PLAINTIFF IN THE INSTANT ACTION,
   SEEKING A WRIT OF HABEAS CORPUS AND CLASS ACTION COMPLAINT
            FOR DECLARATORY AND INJUNCTIVE RELIEF

I, Ana Patricia Cerda-Cardenas, A44 344 250, hereby declare under penalty of perjury as follows:

I am a lawful permanent resident of the United States, having been admitted in approximately 1984, at the age of about two or three years. I have extensive family members and other equities in the United States, including the following:

I was admitted as a toddler, with my entire family. My mother has since passed away, but my father and all my siblings are still here. We live at 1929 Hackberry, in McAllen Texas, where we have been for about four or five years. I have never before had any problems with the law, and was working as a cashier, when the incident occurred which led to my detention.

I was detained by INS on May 3, 2002. I was returning from a brief, casual, and innocent trip to Mexico. A friend had lent me his car. He told me to put gas in it, because it was almost empty, and that when I got to the other side, I would be reimbursed. I had no idea that the vehicle was carrying contraband, and would not have gotten involved if I had been even the least bit suspicious. However, when I reached the bridge, they discovered marijuana, and I was

detained, and sent to the detention center near Los Fresnos. They were so rough with me that I still have a painful lump on my hand, where I was injured during their attempt to get me to "admit" that I knew the drugs were there. I never did admit it, because I was innocent. No criminal charges were filed against me, but they are still detaining me. I am innocent, and believe that I should be released. But the "green guards" have scoffed at me, telling me that if I try to fight my case, they will put federal criminal charges against me. They say that I will be in prison for ten years, and that after that, I will be deported anyway, so there is no point in trying to defend myself.

I wanted to pursue my legal remedies, in an attempt to retain my status as a lawful permanent resident, but had concluded that this was hopeless. No-one ever explained to me that there exists any process by which I could request a bond. To the contrary, I have been told that I am not eligible for a bond, and believing that, have not made any written applications for release. In fact, I have never seen the person who is supposed to be my deportation officer. I wanted to talk to her, because I wanted to see if there was some way I could get my deportation more quickly, since I was going to be deported anyway. But I never got the chance to do so.

I have been told that I have a hearing with Immigration Judge Ayala, on Wednesday, May 29, 2002. Depending on what he tells me, I may go ahead and sign my deportation. I am desperate, and scared, as I believe INS' threats, that they will prosecute me in federal court, and that I will go to jail for ten years. Ms. Brodyaga has tried to tell me that this is an empty threat, but that is hard to believe, given everything that I have been told here by INS. Since they are the ones who can do it, it is hard not to believe what they say.

The foregoing was explained to me in the English language, by

2

Attorney Lisa S. Brodyaga, and is true and correct to the best of my knowledge and belief.

_____
May 27, 2002