IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> E.M. TROMINSKI, District ) <br> Director; ) <br> JOHN D. ASHCROFT, United States ) <br> Attorney General; and ) <br> DEPARTMENT OF HOMELAND SECURITY ) <br> ) <br> Defendants. ) | C.A. No. B-94-215 |

**DEFENDANTS' (UNOPPOSED) MOTION FOR EXTENSION OF TIME BOTH TO FILE OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION AS WELL AS TO RESPOND TO PLAINTIFFS' OBJECTIONS**

Defendants hereby moves this Court for an extension of time to September 22, 2003, to file both objections to the Magistrate's Report and Recommendation entered on August 21, 2003, and to file a response to Plaintiffs' objections to the Magistrate's Report and Recommendation. As stated in the attached declaration, Defendants' counsel has exercised diligence in this matter and the extension is requested for good cause.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID V. BERNAL
Assistant Director

ANTHONY C. PAYNE, Attorney
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

Dated: August 28, 2003          ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, District ) <br> Director; ) <br> JOHN D. ASHCROFT, United States ) <br> Attorney General; and ) <br> DEPARTMENT OF HOMELAND SECURITY ) <br> ) <br> Defendants. ) | C.A. No. B-94-215 |

**DECLARATION OF DEFENDANTS' COUNSEL**

I, Anthony C. Payne, declare as follows:

1. I am an attorney in the Office of Immigration Litigation of the Civil Division, United States Department of Justice and have been assigned to represent the defendants in this matter;

2. On August 21, 2003, United States magistrate Judge Felix Recio entered a Report and Recommendation in the above-captioned matter. The Report and Recommendation provided ten (10) days from its issuance for the parties to file objections.

3. I respectfully request an extension of time to and including September 22, 2003, to file Defendants' objections to the Report and Recommendation;

4. An extension is necessary because I did not receive the Report and Recommendation until August 26, 2003, because of scheduled leave, and because I have handled and will handle the

following matters, as well as others, which make an extension in this case necessary:

    a.    I filed Respondent's Brief in the Third Circuit in <u>Nugent v. Ashcroft</u>, No. 02-4329;

    b.    For three months, I have had scheduled leave from August 28, 2003, to September 2, 2003, including non-refundable airline tickets;

    c.    <u>Avetisian v. Ashcroft</u>, Ninth Circuit No. 02-74201, *Respondent's Brief*, due September 3, 2003;

    d.    <u>Desulme v. Ashcroft</u>, Eleventh Circuit No. 02-16435, *Respondent's Brief*, due September 4, 2003;

    e.    <u>Herrera Vela v. Ashcroft</u>, Ninth Circuit No. 02-74499, *Respondent's Brief or, in the alternative, Motion for Summary Affirmance*, due September 4, 2003;

    f.    I have scheduled leave from September 4, 2003, to September 8, 2003, including non-refundable airline tickets;

    g.    <u>Orozco-Medina v. Ashcroft</u>, Fifth Circuit No. 02-74143, *Respondent's Brief*, due September 10, 2003;

    h.    <u>Efimov v. Ashcroft</u>, Tenth Circuit No. 03-9509, *Respondent's Brief*, due September 12, 2003;

    j.    <u>Flora v. Ashcroft</u>, Ninth Circuit No. 02-73886, *Respondent's Brief*, due September 17, 2003;

5. I have exercised diligence in this matter and the Defendants' objections and response to Petitioners' objections will be filed with this Court within the time requested; and

6. I telephoned petitioner's counsel, Lisa Brodyaga, who does not oppose the motion so long as she is provided ten (10) days to file her response to Defendants' objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2003.

ANTHONY C. PAYNE
Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3264

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al.,  )<br>         Plaintiffs,         )<br>                              )<br>v.                            )<br>                              )<br>E.M. TROMINSKI, District     )<br>Director;                     )<br>JOHN D. ASHCROFT, United States )<br>Attorney General; and         )<br>DEPARTMENT OF HOMELAND SECURITY )<br>                              )<br>_____Defendants._____) | C.A. No. B-94-215 |

ORDER

The Defendants having moved for an extension of time, and the Court having considered all arguments lodged in connection with the motion,

1) The Court hereby GRANTS the Defendants' motion for an extension of time. The Defendants' objection to the Magistrates Report and Recommendation and response to Plaintiffs' objections are now both due on September 22, 2003.

2) The Clerk is directed to send a copy of this Order to all parties.

Done at Brownsville, Texas the __ day of September, 2003.

_____
Hon. Hilda Tagle
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing was served on Petitioner's counsel by placing same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on this August 28, 2003, addressed to:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

_____
Anthony Payne
Trial Attorney

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the __27__ day of September, 2003, I conferred with opposing counsel Elizabeth S. Brodyaga, Esquire, who indicated that she is not opposed to the motion.

_____
Anthony Payne
Attorney for Defendants