IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| E.M. TROMINSKI, District ) | |
| Director; ) | |
| JOHN D. ASHCROFT, United States ) | |
| Attorney General; and ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Defendants having moved for an extension of time, and the Court having considered all arguments lodged in connection with the motion,

1) The Court hereby GRANTS the Defendants' motion for an extension of time. The Defendants' objection to the Magistrates Report and Recommendation and response to Plaintiffs' objections are now both due on September 22, 2003.

2) The Clerk is directed to send a copy of this Order to all parties.

Done at Brownsville, Texas the 2nd day of September, 2003.

Felix Recio
United States Magistrate Judge