IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

JUANA ASCENCIO-GUZMAN, et al.,  )
        Plaintiffs,  )
   v.  )  C.A. No. B-94-215
     )
E.M. TROMINSKI, District  )
Director;  )
JOHN D. ASHCROFT, United States  )
Attorney General; and  )
DEPARTMENT OF HOMELAND SECURITY  )
     )
        Defendants.  )

**DEFENDANTS' (UNOPPOSED) MOTION FOR A SECOND EXTENSION OF TIME BOTH TO FILE OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION AS WELL AS TO RESPOND TO PLAINTIFFS' OBJECTIONS**

Defendants hereby moves this Court for an extension of time to September 25, 2003, to file both objections to the Magistrate's Report and Recommendation entered on August 21, 2003, and to file a response to Plaintiffs' objections to the Magistrate's Report and Recommendation. As stated in the attached declaration, Defendants' counsel has exercised diligence in this matter and the extension is requested for good cause.

                    Respectfully submitted,

                    PETER D. KEISLER
                    Assistant Attorney General

                    DAVID V. BERNAL
                    Assistant Director

                    _____
                    ANTHONY C. PAYNE, Attorney
                    U.S. Department of Justice
                    P.O. Box 878, Ben Franklin Station
                    Washington, D.C. 20044

Dated: September 17, 2003    ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al.,       ) | |
|         Plaintiffs,           ) | |
|                               ) | |
|       v.                         ) | C.A. No. B-94-215 |
|                               ) | |
| E.M. TROMINSKI, District             ) | |
| Director;                            ) | |
| JOHN D. ASHCROFT, United States      ) | |
| Attorney General; and                ) | |
| DEPARTMENT OF HOMELAND SECURITY      ) | |
|                               ) | |
|         Defendants.           ) | |

**DECLARATION OF DEFENDANTS' COUNSEL**

I, Anthony C. Payne, declare as follows:

1. I am an attorney in the Office of Immigration Litigation of the Civil Division, United States Department of Justice and have been assigned to represent the defendants in this matter;

2. On August 21, 2003, United States Magistrate Judge Felix Recio entered a Report and Recommendation in the above-captioned matter. The Report and Recommendation provided ten (10) days from its issuance for the parties to file objections. On September 2, 2003, the Court granted the defendants an extension until September 22, 2003, to file their objections;

3. I respectfully request a second extension of time to and including September 25, 2003, to file Defendants' objections to the Report and Recommendation;

4. An extension is necessary because the Washington, D.C.

metropolitan area is planning for the impact of Hurricane Isabel. The federal government has closed for September 18, 2003, (Exhibit 1) and the Washington Metro is planning to cease operations;

    5.   I have exercised diligence in this matter and the Defendants' objections and response to Petitioners' objections will be filed with this Court within the time requested; and

    6.   I telephoned petitioner's counsel, Lisa Brodyaga, who does not oppose the motion so long as she is provided ten (10) days to file her response to Defendants' objections.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2003.

ANTHONY C. PAYNE  
Attorney  
Office of Immigration Litigation  
Civil Division, U.S. Department of Justice  
P.O. Box 878, Ben Franklin Station  
Washington, D.C. 20044  
(202) 616-3264



**United States**

**Office of Personnel Management**

Search   Help   Advanced

Home | What's New | Site Index | News | Publications | Events | Contact Us

Federal Government
Operating Status in the Washington, DC, Area

*Posted: (September 17, 2003 6:50 PM)*

Federal agencies in the Washington, DC, area are **CLOSED** on Thursday September 18, 2003.

## This Means . . .

- Emergency employees are expected to report for work on time.



Be sure you are now reading the current copy of this page.

The information above will be updated *immediately* upon a determination that operating status of executive agencies located inside the Washington Capital Beltway is anything other than OPEN.

These procedures apply to employees (including employees telecommuting from an alternative worksite) in all executive agencies located inside the Washington Capital Beltway. These procedures do not apply to employees of the U.S. Postal Service, the government of the District of Columbia, or private sector entities, including contractors. Facilities outside the Beltway may prefer to develop their own plans, since they are subject to different weather and traffic conditions than those inside the Beltway. In unusual situations, however, the Office of Personnel Management (OPM) may issue guidelines affecting facilities outside the Beltway, as well. See the Emergency Closure or Dismissal Procedures for further information on the coverage of these advisories.

**Is this the most current copy of this page?** Most web browsers store recently accessed pages on your hard drive so that you can go back to them quickly. Depending upon how you have set the options in your browser, this may mean that you are not seeing the most recent version of the page. To get the current page, use the RELOAD button in Netscape or the REFRESH button in Internet Explorer. AOL users should hold down the CTRL key while clicking on the button.

NOTE: Dates agencies are closed because of a federal holiday can be found at www.opm.gov/fedhol/index.asp.

Other Geographic Areas | Status Archive | Federal Holidays

SEARCH | Site Index | Publications | Home | Contact Us | Privacy Policy | Accessibility Statement

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing was served on Petitioner's counsel by placing same in the United States Department of Justice mailroom for same day mailing, postage prepaid, on this August 28, 2003, addressed to:

>Elizabeth S. Brodyaga, Esquire
>17891 Landrum Park Road
>San Benito, Texas 78586

Anthony Payne
Trial Attorney

## CERTIFICATE OF CONFERENCE

I hereby certify that on the __17__ day of September, 2003, I conferred with opposing counsel Elizabeth S. Brodyaga, Esquire, who indicated that she is not opposed to the motion.

Anthony Payne
Attorney for Defendants