IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al, | ) ) ) |
| Plaintiffs/Petitioners, | ) ) |
| v. | ) ) ) |
| E.M. Trominski, et al., | ) ) |
| Defendants/Respondents. | ) ) ) |

No. B-94-215

**DEFENDANTS/RESPONDENTS' OBJECTIONS TO
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Defendants/Respondents E.M. Trominski, John Ashcroft, and the Immigration and Naturalization Service ("INS")[1] (collectively referred to as "Defendants" or "INS") hereby file their Objections to the Magistrate Judge's *Report and Recomendation* ("Report") filed on August 21, 2003, and legal memorandum in support thereof. The Defendants respectfully submit that the Court should adopt the Report's conclusion with respect to the "parole claim," reject the Report with respect to the proposed findings of fact and law as it relates to the defendants' confiscation of an LPR's "green card" and "other

---

[1] The INS ceased to exist on March 1, 2003, when its functions were transferred to the new Department of Homeland Security. Homeland Security Act of 2002, Pub. L. 107-296, 116 Stat. 2135 (Nov. 25, 2002). The transition is not relevant for this case and, for ease of use, the agency shall be referred to as the INS throughout the filing.

documents", deny the motion for a preliminary injunction, and dismiss the Complaint.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR.
Senior Lit. Counsel
Office of Immigration
    Litigation

*(signature)*
*for* ANTHONY C. PAYNE
Trial Attorney
Attorney in Charge
U.S. Dept. of Justice
Civil Division
Office of Immigration
    Litigation
P.O. Box 878
Washington, DC  20044
Tel:  (202) 616-3264
Fax:  (202) 616-4975

Date:  September 25, 2003

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Ga. Bar No. 590315/
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Fax:  (956) 389-7057