United States District Court
Southern District of Texas
FILED

OCT 0 6 2003

Michael N. Milby
Clerk of Court

*199*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN et al,           )
                                 )
                                 )
v.                               )          C.A. No.  B-94-215
                                 )
TROMINSKI, et al.                )
_____ )

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs, through counsel, hereby file the instant, unopposed motion to extend, to and including November 7, 2003, the time for Plaintiffs' Reply to Defendants' Objections to the Magistrate Judge's Report and Recommendation. The extension is required because counsel for Plaintiffs has a brief to the Fifth Circuit due October 15, 2003, (*Gonzalez-Flores v. Ashcroft,* No. 03-60290); will be traveling to San Antonio to present a paper at the Conference On Immigration and Naturalization Law on October 17, 2003, and has a number of merits hearings scheduled before the EOIR in late October and early November. Counsel for Defendants, through Lisa Putnam, SAUSA, have stated that Defendants do not oppose this request.

Lisa S. Brodyaga,
Attorney for Plaintiffs
17891 Landrum Park Rd.
San Benito, TX 78586

Fed. ID. 1178
Texas Bar:  03052800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and proposed Order were sent first class postage prepaid, to Anthony Payne, Attorney, OIL, Box 878 Ben Franklin Sta., Wash. D.C. 20044, on October 6, 2003.