IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN, )
    et al., )
     )
    Plaintiffs/Petitioners, )
     )   No. B-94-215
    v. )
     )
E.M. Trominski, et al., )
     )
    Defendants/Respondents. )
     )

United States District Court
Southern District of Texas
FILED

OCT 1 0 2003

Michael N. Milby
Clerk of Court

**DEFENDANTS/RESPONDENTS' CORRECTION TO MEMORANDUM OF LAW FILED IN
SUPPORT OF OBJECTIONS TO
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

In their Memorandum of Law in Support of Objection to the
Magistrate Judge's Report and Recommendation, the
Defendants/Respondents indicated that Form I-495 does not require
an alien to indicate whether he or she is in removal proceedings.
Docket Entry 198 at 28. However, while Part I of the current
Form I-495 does not require an alien who registers as a lawful
permanent resident to list whether he or she is in removal
proceedings, it has come to the Defendants/Respondents attention
that Question 9 of Part 3 does require an alien to answer if he
or she is in proceedings. Nonetheless, for members of the
plaintiff class, most, if not all, will file Form I-495s with an

indication that they are not in proceedings.  See Exh. 6, Form I-495, Question 20 of Ramiro Gracia-Cantu.  Accordingly, the notation that a plaintiff is in removal proceedings does not derive from the registration record filed pursuant to 8 U.S.C. § 1304(a).

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

ERNESTO H. MOLINA, JR.
Senior Litigation Counsel
Office of Immigration
      Litigation

LISA M. PUTNAM
Special Assistant U.S. Attorney
Ga. Bar No. 590315/
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Fax:  (956) 389-7057

for ANTHONY C. PAYNE
Trial Attorney
Attorney in Charge
U.S. Dept. of Justice
Civil Division
Office of Immigration
      Litigation
P.O. Box 878
Washington, DC  20044
Tel:  (202) 616-3264
Fax:  (202) 616-4975

ATTORNEYS FOR DEFENDANTS/RESPONDENTS

Date:  October 8, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2003, a copy of (1) **DEFENDANTS/RESPONDENTS' CORRECTION TO MEMORANDUM OF LAW FILED IN SUPPORT OF OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** was served on Plaintiffs by U.S. Mail, first-class postage, addressed to:

>        Lisa Brodyaga
>        17891 Landrum Park Road
>        San Benito, TX  78586

LISA M. PUTNAM
Special Assistant U.S. Attorney

EXHIBIT 6

**APPLICATION FOR STATUS AS PERMANENT RESIDENT**

OMB No. 1115-0053
Approval Expires 8-85

Immigration and Naturalization Service

$50 FEE PAID J.U.G.

FEE STAMP

DATE 04/13/84    VERIFIED BY mw

| File No. |
| --- |
| **APPLICATION FOR THE BENEFITS OF SECTION:** |

- [ ] Sec. 209(b), I&N Act
- [ ] Sec. 214(d), I&N Act
- [ ] Sec. 13, Act of 9/11/57
- [ ] Sec. 245, I&N Act
- [ ] Sec. 249, I&N Act

(DO NOT WRITE ABOVE THIS LINE.) (SEE INSTRUCTIONS BEFORE FILLING IN APPLICATION. IF YOU NEED MORE SPACE TO ANSWER FULLY ANY QUESTION ON THIS FORM, USE A SEPARATE SHEET AND IDENTIFY EACH ANSWER WITH THE NUMBER OF THE CORRESPONDING QUESTION. FILL IN WITH TYPEWRITER OR PRINT IN BLOCK LETTERS IN INK.)

1. I hereby apply for the status of a lawful permanent resident alien on the following basis: (Check one of the boxes below.)

A. [ ] As a person granted asylum under Section 207(a) to whom an immigrant visa is immediately available (Section 209(b), I&N Act). (No fee required.)

B. [ ] As a person who entered the U.S. with a visa issued to me as the fiancee or fiance of a U.S. citizen whom I married within 90 days after my entry, or as a child of such fiancee or fiance (Sec. 214(d), I&N Act).

C. [ ] As a former government official, or as a member of the immediate family of such official (Section 13, Act of September 11, 1957).

D. [X] As a person to whom an immigrant visa is immediately available, other than one described above (Section 245, I&N Act).

E. [ ] As a person who has resided in the United States continuously since prior to July 1, 1924 (Section 249, I&N Act).

F. [ ] As a person who has resided in the United States continuously since a date on or after July 1, 1924, but before June 30, 1948 (Section 249, I&N Act).

G. [ ] As a motion to reopen or to reconsider my case in deportation proceedings before an immigration judge. (The fee for this request is $50.00.)

2. My name is (family in capital letters)    (First Given)    (Middle)
GRACIA-Cantu, Ramiro

3. Sex    [X] Male    [ ] Female

Phone number 381-6744

4. I reside in the United States at: (c/o) (Apt. No.) (No. and Street)
717 W. Mahl

(City) (State) (ZIP Code)
Edinburg, TX  78539

5. Have you ever applied before for permanent resident status in the U.S.?  [X] No   [ ] Yes

6. My file number is A- 26 948 199

7. I am a citizen of (Country) Mexico

8. Date of Birth 11/13/58 (Month) (Day) (Year)

(If "Yes," give the date and place of filing and final disposition.)

9. Place of Birth (City or Town)    (County, Province, or State)    (Country)
Rancho Tolentino, N.L., Mexico

10. Name as appears on nonimmigrant document (Form I-94)
None

I last arrived in the United States at the port of (City and State)
Hidalgo, TX

on (Month) (Day) (Year)
Dec. 12, 1984

by (Name of vessel or other means of travel)
car

as a (visitor, student, crewman, parolee, etc.)
visitor

I [X] was   [ ] was not inspected.

11. My nonimmigrant visa, number 5904574 was issued by the United States Consul at (City) (Country)
Roma, TX, USA

on (Month) (Day) (Year)
11/17/77

12. I am
[ ] single   [X] married
[ ] divorced   [ ] widowed

13. I have been married 1 times, including my present marriage, if now married. (If you are now married give the following:)

a. Number of times my husband or wife has been married
1

b. Name of husband or wife (Wife give maiden name)
Ana Berta LOZANO-Molina

c. My husband or wife resides [X] with me [ ] apart from me at Address (Apt. No.) No. & Street) (Town or City) (Province or State) (Country)
717 W. Mahl Edinburg, TX  78539

14. a. I have 0 sons or daughters as follows: (Complete all columns as to each son or daughter; if living with you state "with me" in last column; otherwise give city and state or country of son's or daughter's residence.)

| Name | Sex | Place of Birth | Date of Birth | Now living at |
| --- | --- | --- | --- | --- |
| None | | | | |
| | | | | |
| | | | | |

b. The following members of my family are also applying for permanent resident status:

None

OVER

Form I-485 (Rev. 5-5-83) N

| RECEIVED | TRANS IN | RETD. TRANS. OUT | COMPLETED |
| --- | --- | --- | --- |
| 4-13-84 | | | 6/25/84 |

15. I list below all organizations, societies, clubs, and ____ ____ations, past or present, in which I have held membership in the ____ States or a foreign country, and the periods and places of such membership. (If you have never been a mem... of any organization, state "None".)

**None**

16. I ☒ have not ☐ have been treated for a mental disorder, drug addiction or alcoholism. (If you have been, explain.)

17. I ☒ have not ☒ have been arrested, convicted or confined in a prison. (If you have been, explain.)

*1981–1982 one prior app.* *ENCINO, TX.*
*B.P.A. to* ~~El Paso~~ *Checkpoint*

18. I ☒ have not ☐ have been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action. (If you have been, explain.)

19. APPLICANTS FOR STATUS AS PERMANENT RESIDENTS MUST ESTABLISH THAT THEY ARE ADMISSIBLE TO THE UNITED STATES. EXCEPT AS OTHERWISE PROVIDED BY LAW, ALIENS WITHIN ANY OF THE FOLLOWING CLASSES ARE NOT ADMISSIBLE TO THE UNITED STATES AND ARE THEREFORE INELIGIBLE FOR STATUS AS PERMANENT RESIDENTS:

Aliens who have committed or who have been convicted of a crime involving moral turpitude (does not include minor traffic violations); aliens who have been engaged in or who intend to engage in any commercialized sexual activity; aliens who are or at any time have been, anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof; aliens who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization, (i) opposition to organized government, (ii) the overthrow of government by force or violence, (iii) the assaulting or killing of government officials because of their official character, (iv) the unlawful destruction of property, (v) sabotage, or (vi) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States; aliens who intend to engage in prejudicial activities or unlawful activities of a subversive nature; aliens who have been convicted of violation of any law or regulation relating to narcotic drugs or marihuana, or who have been illicit traffickers in narcotic drugs or marihuana; aliens who have been involved in assisting any other aliens to enter the United States in violation of law; aliens who have applied for exemption or discharge from training or service in the Armed Forces of the United States on the ground of alienage and who have been relieved or discharged from such training or service; medical graduates (other than those for whom Relative petitions have been approved) coming principally to perform services as members of the medical profession, unless they have passed Parts I and II of the National Board of Medical Examiners Examination (or an equivalent examination as determined by the Secretary of the Department of Health and Human Services) and who are competent in oral and written English.

Do any of the foregoing classes apply to you? ☒ No  ☐ Yes (If answer is Yes, explain)

20. *(COMPLETE THIS BLOCK ONLY IF YOU CHECKED BOX "A", "B", "C", or "D" OF BLOCK 1)*

APPLICANTS WHO CHECKED BOX "A" "B" "C" OR "D" OF BLOCK 1 IN ADDITION TO ESTABLISHING THAT THEY ARE NOT MEMBERS OF ANY OF THE INADMISSIBLE CLASSES DESCRIBED IN BLOCK 10 ABOVE MUST, EXCEPT AS OTHERWISE PROVIDED BY LAW, ALSO ESTABLISH THAT THEY ARE NOT WITHIN ANY OF THE FOLLOWING INADMISSIBLE CLASSES:

Aliens who are mentally retarded, insane, or have suffered one or more attacks of insanity; aliens afflicted with psychopathic personality, sexual deviation, mental defect, narcotic drug addiction, chronic alcoholism or any dangerous contagious disease; aliens who have a physical defect, disease or disability affecting their ability to earn a living; aliens who are paupers, professional beggars or vagrants; aliens who are polygamists or advocate polygamy; aliens who intend to perform skilled or unskilled labor and who have not been certified by the Secretary of Labor (see Instruction 10); aliens likely to become a public charge; aliens who have been excluded from the United States within the past year, or who at any time have been deported from the United States, or who at any time have been removed from the United States at Government expenses; aliens who have procured or have attempted to procure a visa by fraud or misrepresentation; aliens who have departed from or remained outside the United States to avoid military service in time of war or national emergency; aliens who are former exchange visitors who are subject to but have not complied with the two year foreign residence requirement.

Do any of the foregoing classes apply to you? ☒ No  ☐ Yes (If answer is Yes, explain)

21. I ☐ do not ☒ do intend to seek gainful employment in the United States. If you intend to seek gainful employment in the United States, state the occupation you intend to follow.

**22.** *(Complete this block only if you checked box D of Block 1)*

☐ a. I have a priority on the consular waiting list at the American Consulate at _____ as of _____
  (City)                                                        (Date)

☐ b. A visa petition according me ☐ immediate relative ☐ preference status was approved by the district
  director at _____ on _____
  (City and State)                    (Date)

☐ c. A visa petition has not been approved in my behalf but I claim eligibility for preference status because ☐ my spouse ☐ my parent is the beneficiary of a visa petition
  approved by the district director at _____ on _____
  (City and State)                    (Date)

☐ d. A visa petition in my behalf accompanies this application.

☒ e. Other (Explain)     I am the beneficiary of an I-130 petition filed simultaneously by
                         my U.S.C. wife.

**23.** *(Complete this box only if you checked Box E or F of Block 1)*

A. I first arrived in the United States at (Port) _____ N/A _____ on (Date) _____ by means of (Name of vessel or other means of travel) _____

  I ☐ was ☐ was not inspected by an immigration officer _____

B. I entered the U.S. under the name *(Name at time of entry)* _____

  and I was destined to (City and State) _____

  I was coming to join (Name and relationship) _____

C. Since my first entry I ☐ have not ☐ have been absent from the United States. *(If you have been absent, attach a separate statement listing the port, date and means of each departure from and return to the U.S.)*

**24.** ☒ Completed Form G-325A (Biographic Information) is attached as part of this application. | ☐ Completed Form G-325A (Biographic Information) is not attached as applicant is under 14 years of age.

**25.** IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET BELOW:

  N/A

Signature of Applicant: *Ramiro Gracia Cantu*

Date of Signature: April 11, 1984

**26.** *(SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT.)* I declare that This document was prepared by me at the request of the applicant and is based on all information on which I have any knowledge.

  *Ludy Rodriguez*     Date: 4/11/84
  Ludy Rodriguez

Address of person preparing form, if other than applicant:

Occupation:

---

*(Application not to be signed below until applicant appears before an officer of the Immigration and Naturalization Service for examination)*

I, *Ramiro Gracia Cantu* _____, do swear (affirm) that I know the contents of this application subscribed by me including the attached documents, that the same are true to the best of my knowledge, and that corrections numbered ( ) to ( ) were made by me or at my request, and that this application was signed by me with my full, true name:

*Ramiro Gracia Cantu*
(Complete and true signature of applicant)

Subscribed and sworn to before me by the above-named applicant at *Harlingen, Texas* on *April 13, 1984*
                                                                    (Month)  (Day)  (Year)

*Rene Moens, Jr.*
(Signature and title of officer)