UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 23 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ASCENCIO-GUZMAN, ET AL.<br>Petitioners<br><br>v.<br><br>TROMINSKI, ET AL.<br>Respondents. | § § § § § § § | CIVIL ACTION NO. B-94-215 |

### ORDER

BE IT REMEMBERED that on October 20, 2003, the Court **GRANTED** Plaintiffs' Unopposed Motion to Extend Time to Reply to Defendants' Objections to Magistrate Judge's Report and Recommendation [Dkt. No. 199]. Plaintiffs are **ORDERED** to file their response no later than 4:00 p.m. on November 7, 2003.

DONE at Brownsville, Texas this 20th day of October, 2003.

Hilda Tagle
United States District Judge