UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

ASCENCIO-GUZMAN et al,            )
                                  )
v.                                )   C.A. No.  B-94-215
                                  )
TROMINSKI, et al.                 )
_____)

**PLAINTIFFS' OPPOSED MOTION TO STRIKE, FOR FAILURE TO ABIDE BY THIS COURT'S PAGE LIMITS, "DEFENDANTS/RESPONDENTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND RESPONSE TO PLAINTIFFS' OBJECTIONS."**

Plaintiffs, through counsel, file the instant Opposed Motion to Strike, For Failure To Abide By This Court's Page Limits, "Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs' Objections," (herein referenced as Defendant's "Objections," and cited, by page, as (DefObj:_)). Said Objections cover 46 pages: almost double the page limit imposed by Rule 5(H) of the Civil Procedures adopted by this Honorable Court, and of whose existence Defendants are clearly aware, as demonstrated by, for example, their prior Motions For Enlargement of Page Limitations, [Dkt:146,183]. Nor does it appear either that there is any real need for such a lengthy presentation, or that Defendants even made a good faith effort to limit their presentation to the twenty-five pages permitted by this Court.

On October 27, 2003, the undersigned called Anthony Payne, counsel for Defendants, with respect to the instant motion. His voice mail recording said he was out of the office until November 17, 2003, would *not* be checking in for messages, and directed callers to another Attorney. After speaking with said Attorney, it was agreed that the Government would, for now, oppose the motion, and that when Mr. Payne returns to the office, the issue will be revisited.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga, Attorney        Thelma O. Garcia, Attorney
17891 Landrum Park Road           301 E. Madison
San Benito, TX 78586              Harlingen, TX 78550
(956) 421-3226                    (956) 425-3701
(956) 421-3423 (fax)              (956) 428-3731
Fed. ID. 1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, and proposed Order were mailed, first-class postage prepaid, to Anthony Payne, Attorney, OIL, at Box 878, Ben Franklin Station, Washington, D.C. 20044, on October 27, 2003.

*[signature]*