IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al, | ) ) ) |
| Plaintiffs/Petitioners, | ) ) |
| v. | ) No. B-94-215 ) ) |
| E.M. TROMINSKI, et al., | ) ) ) |
| Defendants/Respondents. | ) ) |

DEFENDANTS/RESPONDENTS' (OPPOSED) MOTION FOR LEAVE OF COURT TO FILE *MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS/RESPONDENTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND RESPONSE TO PLAINTIFFS' OBJECTIONS* IN EXCESS OF THE PAGE LIMIT; AND DEFENDANTS/RESPONDENTS' OPPOSITION TO *PLAINTIFFS' OPPOSED MOTION TO STRIKE, FOR FAILURE TO ABIDE BY THIS COURT'S PAGE LIMITS, "DEFENDANTS/RESPONDENTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND RESPONSE TO PLAINTIFFS OBJECTION."*

Defendants/Respondents, through their undersigned counsel, hereby move the Court for leave to file *Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs' Objection* in excess of the page limits. Moreover, Defendants/Respondents hereby oppose *Plaintiffs' Opposed Motion to Strike, for Failure to Abide by this Court's Page Limits, "Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs Objection."* The reasons in support of the motion for

leave and the opposition are provided in the accompanying memorandum of points and authorities.

                                      Respectfully submitted,

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division | MICHAEL T. SHELBY<br>United States Attorney<br>Southern District of Texas<br><br>_Nancy L. Masso, AUSA, signing<br>w/permission for:_<br>LISA M. PUTNAM<br>Special Assistant U.S. Attorney<br>Ga. Bar No. 590315/<br>Federal Bar No. 23937<br>P.O. Box 1711 |
| ERNESTO H. MOLINA, JR.<br>Senior Lit. Counsel<br>Office of Immigration<br>    Litigation | Harlingen, Texas 78551<br>Tel:  (956) 389-7051<br>Fax:  (956) 389-7057 |

ANTHONY C. PAYNE
Trial Attorney
Attorney in Charge
U.S. Dept. of Justice
Civil Division
Office of Immigration
    Litigation
P.O. Box 878
Washington, DC  20044
Tel:  (202) 616-3264
Fax:  (202) 616-4975
Date:  November 14, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANA ASCENCIO-GUZMAN, et al, | ) ) ) |
| Plaintiffs/Petitioners, | ) ) ) No. B-94-215 |
| v. | ) ) |
| E.M. TROMINSKI, et al., | ) ) |
| Defendants/Respondents. | ) ) |

### ORDER

Upon consideration of *Defendants/Respondents' (Opposed) Motion for Leave of Court to File Memorandum of Law in Support of Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs' Objections in Excess of the Page Limit;* and *Defendants/Respondents' Opposition to the Plaintiffs' Opposed Motion to Strike, for Failure to Abide by this Court's Page Limits, "Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs Objection[,]"* and the response filed by Plaintiffs/Petitioners, it is:

ORDERED, that the motion for leave to file in excess of the page limit is hereby GRANTED; it is further

ORDERED, that *Memorandum of Law in Support of Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs' Objections* may exceed the page limits and shall be filed in its present form; and it is further

ORDERED, that *Plaintiffs' Opposed Motion to Strike, for Failure to Abide by this Court's Page Limits, "Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs Objection[]"* is hereby DENIED.

Done at Brownsville, Texas,
this _____ day of _____, 2003.

_____
JUDGE HILDA G. TAGLE
United States District Judge