265

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2003

Michael N. Milby
Clerk of Court

JUANA ASCENCIO-GUZMAN,      )
    et al,                    )
                     )
    Plaintiffs/Petitioners,   )
                     )     No. B-94-215
    v.                        )
                     )
E.M. TROMINSKI, et al.,      )
                     )
    Defendants/Respondents.   )
_____)

MEMORANDUM IN SUPPORT OF DEFENDANTS/RESPONDENTS'
(OPPOSED) MOTION FOR LEAVE OF COURT TO FILE *MEMORANDUM
OF LAW IN SUPPORT OF DEFENDANTS/RESPONDENTS' OBJECTIONS
TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND
RESPONSE TO PLAINTIFFS' OBJECTIONS* IN EXCESS OF THE
PAGE LIMIT; AND DEFENDANTS/RESPONDENTS' OPPOSITION TO
*PLAINTIFFS' OPPOSED MOTION TO STRIKE, FOR FAILURE TO
ABIDE BY THIS COURT'S PAGE LIMITS,
"DEFENDANTS/RESPONDENTS' OBJECTIONS TO THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION AND RESPONSE TO
PLAINTIFFS OBJECTION."*

Defendants/Respondents move for leave of Court to file

Defendants/Respondents' *Memorandum of Law in Support of*

*Defendants/Respondents' Objections to the Magistrate Judge's*

*Report and Recommendation and Response to Plaintiffs' Objections*

("Memorandum of Law") in excess of page limits and in its form as

lodged.  Moreover, the Court should deny *Plaintiffs' Opposed*

*Motion to Strike, for Failure to Abide by this Court's Page*

*Limits, "Defendants/Respondents' Objections to the Magistrate*

*Judge's Report and Recommendation and Response to Plaintiffs'*
*Objection.*" ("Motion to Strike").

## BACKGROUND

In this case, Magistrate Judge Recio issued a Report and
Recommendation on August 20, 2003. Docket Entry #191. On August
26, 2003, Plaintiffs/Petitioners filed their objections to the
Report and Recommendation. Docket Entry #192. On August 29,
2003, Defendants/Respondents filed a request for an enlargement
of time to file their objections. Docket Entry #193. That
motion was granted, and the Court ordered the
Defendants/Respondents to file both their objections to the
Magistrate Judge's Report and Recommendation and their response
to Plaintiffs/Petitioners' objections by September 22, 2003.
Docket Entry #194. On September 18, 2003, Defendants/Respondents
requested a second extension of time until September 25, 2003 to
file their pleading. Docket Entry #195. That motion was granted
on September 23, 2003. Docket Entry #196.

Defendants/Respondents filed *Defendants/Respondents'*
*Objections to the Magistrate Judge's Report and Recommendation*
*and Response to Plaintiffs Objection* with a memorandum of law
("Memorandum") in support thereof. Docket Entry #198. On
October 6, 2003, Plaintiffs/Petitioners filed a motion for an
enlargement of time to reply to Defendants' Memorandum by
November 7, 2003. Docket Entry #199. That motion was granted on

2

October 20, 2003.  Docket Entry #201.  On October 27, 2003,

Plaintiffs/Petitioners filed their motion to strike

Defendants/Respondents' Memorandum as exceeding the page limit.

Docket Entry #202.  On November 7, 2003, Plaintiffs filed their

reply to Defendants' Memorandum.

**DISCUSSION**

**I.    THE COURT SHOULD GRANT LEAVE TO FILE DEFENDANTS/RESPONDENTS'
MEMORANDUM IN EXCESS OF THE COURT'S PAGE LIMIT BECAUSE THE
DOCUMENT IS A UNIFICATION OF TWO SEPARATE PLEADINGS FOR THE
CONVENIENCE OF THE COURT**

Defendants/Respondents hereby move the Court for leave to

file Defendants/Respondents' Memorandum in excess of the page

limits set forth in Court's Rule 5(H)(1).[1]  Pursuant to Rule

5(H)(1), a memorandum of law is limited to 25 pages, unless the

Court permits exceeding the page limit.

In this case, it is not clear that the page limit has been

exceeded.  Defendants/Respondents' Memorandum is not a single

memorandum of law.  Rather, it represents both a memorandum for

the Defendants/Respondents' objections to the Report and

Recommendation and a response to the Plaintiffs/Petitioners'

objections filed on August 26, 2003.  Those two memoranda,

pursuant to Rule 5(H)(1), may be twenty-five pages each.  Thus,

the sum of the documents would be fifty pages, and

---

[1]  On Friday, November 14, 2003, counsel for
Defendants/Respondents attempted to contact Lisa Brodyaga,
counsel for Plaintiffs/Petitioners, but was unable to reach her
regarding Plaintiffs/Petitioners' position on this motion.

Defendants/Respondents' Memorandum, at forty-seven pages, does not offend Rule 5(H)(1).

Alternatively, if the Memorandum is deemed in violation of the rule, the Court should grant leave to exceed the page limit. The benefit to the Court in receiving a unified document is well-apparent. Rather than having to grapple with two documents, which would contain some overlap or some cross-references, the course of the litigation is put in a single document and a solitary track, making the Court's process (both procedurally and decisional) more manageable. Accordingly, the Court should grant leave to exceed the page limit and accept the Memorandum as lodged.

## II.  THE COURT SHOULD DENY PLAINTIFFS/PETITIONERS' MOTION TO STRIKE BECAUSE DEFENDANTS/RESPONDENTS HAVE FILED A MOTION TO EXCEED THE PAGE LIMIT

The Court should deny Plaintiffs/Petitioners' Motion to Strike as moot in light of the Defendants/Respondents' motion for leave to file in excess of the page limits. If the Court grants the motion for leave there will be no need to strike the pleading.

In the alternative, Plaintiffs/Petitioners should be estopped from moving to strike the Memorandum. On October 6, 2003, Plaintiffs/Petitioners sought an enlargement of time to file their response to the Memorandum. They did so without objection by the Defendants/Respondents. In obtaining that non-objection from the Defendants/Respondents, Plaintiffs/Petitioners should now be estopped from moving to strike the Memorandum as

unnecessarily dilatory.[2]  If there were no call for them to respond to the document, the one-page motion to strike (which they did not file until one month after the pleading was filed) could have been produced much earlier.  Accordingly, Plaintiffs/Petitioners should be estopped from moving to strike the Memorandum at this time.

///

///

///

///

///

///

///

///

///

///

///

///

---

[2]  It bears mentioning that Plaintiffs/Petitioners' Motion to Strike is itself not in compliance with the rules.  The motion does not appear to have a proposed order as required by Local Rule 7.1(C).  Defendants/Respondents, however, are not moving to strike the motion because the merits of this case are almost ready for the Court's adjudication, and no further unnecessary, dilatory tactics should be countenanced.

**CONCLUSION**

For the foregoing reasons, the Court should grant leave to file *Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs' Objection* in excess of the page limits.  In addition, the Court should deny *Plaintiffs' Opposed Motion to Strike, for Failure to Abide by this Court's Page Limits,* "*Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs Objection.*"

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

*Nancy L. Masso, AUSA, signing w/permission for:*
LISA M. PUTNAM
Special Assistant U.S. Attorney
Ga. Bar No. 590315/
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Fax:  (956) 389-7057

ERNESTO H. MOLINA, JR.
Senior Lit. Counsel
Office of Immigration
      Litigation

ANTHONY C. PAYNE
Trial Attorney
Attorney in Charge
U.S. Dept. of Justice
Civil Division
Office of Immigration
      Litigation
P.O. Box 878
Washington, DC  20044
Tel:  (202) 616-3264
Fax:  (202) 616-4975
Date:  November 14, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2003, one true and correct copy of *Defendants/Respondents' (Opposed) Motion for Leave of Court to File Memorandum of Law in Support of Defendants/Respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs' Objections in Excess of the Page Limit; and Defendants/Respondents' Opposition to the Plaintiffs' Opposed Motion to Strike, for Failure to Abide by this Court's Page Limits, "Defendants/respondents' Objections to the Magistrate Judge's Report and Recommendation and Response to Plaintiffs Objection[,]"* and the memorandum in support there of was served on Plaintiffs by U.S. Mail, first-class postage, addressed to:

Lisa Brodyaga
17891 Landrum Park Road
San Benito, TX 78586

Nancy L. Masso, AUSA, signing
w/permission for:
ERNESTO H. MOLINA, JR.
Senior Litigation Counsel