United States District Court
Southern District of Texas
FILED

DEC 3 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ASCENCIO-GUZMAN et al, ) | |
| ) | |
| v. ) | C.A. No. B-94-215 |
| ) | |
| TROMINSKI, et al. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME, TO AND INCLUDING DECEMBER 21, 2003, IN WHICH TO RESPOND TO RESPONDENTS' (OPPOSED) MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW [DKT. 204].**

Plaintiffs, through counsel, file the instant Unopposed Motion For Extension of time, to and including December 21, 2003, in which to respond to Respondents' Opposed Motion for Leave to File Memorandum of Law, [Dkt. 204], and in support of same, would show as follows:

As of Monday, December 1, 2003, Plaintiffs have not received a copy of Respondents' motion, [Dkt. 204] or the accompanying points and authorities, [Dkt. 205]. Plaintiffs' counsel only learned of their existence on November 22, 2003, when she checked the Court's Docket Sheet on PACER. She sent a FAX to Lisa Putnam, requesting a copy, but Ms. Putnam took ill, and was hospitalized, before she could respond. As of November 29, 2003, the pertinent documents had not been posted to PACER, so counsel was unable to obtain them in that manner. Further, counsel is leaving town on December 1, 2003, for New Orleans, where she is scheduled to present oral argument to the Fifth Circuit on December 3, 2003, in the case of *Madriz-Alvarado v. Ashcroft*, No. 03-20126. She will only return late in the afternoon on December 4, 2003, the due date of her response.

On December 1, 2003, the undersigned called Anthony Payne, counsel for Defendants, with respect to the instant motion. He stated that he would send counsel an additional copy of the motion, and that he was not opposed to the instant request for extension.

Respectfully Submitted,



Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, and proposed Order were mailed, first-class postage prepaid, to Anthony Payne, Attorney, OIL, at Box 878, Ben Franklin Station, Washington, D.C. 20044, on December 1, 2003.

_____