UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ASCENCIO-GUZMAN et al,       )
                             )
v.                           )     C.A. No. B-94-215
                             )
TROMINSKI, et al.            )
_____)

ORDER GRANTING

PLAINTIFFS' MOTION FOR EXTENSION OF TIME, TO AND INCLUDING DECEMBER 21, 2003, IN WHICH TO RESPOND TO RESPONDENTS' (OPPOSED) MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW [DKT. 204].

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time, to and Including December 21, 2003, in Which to Respond to Respondents' (Opposed) Motion For Leave to File Memorandum of Law [DKT. 204], and good cause appearing therefor;

IT IS HEREBY ORDERED that said motion be, and the same hereby is, GRANTED;

IT IS FURTHER ORDERED THAT Plaintiffs' Response to Respondents' (Opposed) Motion For Leave to File Memorandum of Law [DKT. 204], may be filed on or before December 21, 2003, and be considered timely.

DONE at Brownsville, Texas, this ___8th___ Day of ___December___, 2003.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE