209

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

JUANA ASCENCIO-GUZMAN,          )
    et al,                      )
                                )
    Plaintiffs/Petitioners,     )
                                )   No. B-94-215
    v.                          )
                                )
E.M. TROMINSKI, et al.,          )
                                )
    Defendants/Respondents.     )
_____)

**DEFENDANTS/RESPONDENTS' OPPOSITION TO PLAINTIFFS'
OPPOSED MOTION TO STRIKE FOR LACK OF CERTIFICATION AND
DEFENDANTS/RESPONDENTS' MOTION REQUESTING THAT THE
COURT ORDER THAT THE PARTIES ARE PROHIBITED FROM FILING
ANY FURTHER DOCUMENTS PENDING ITS CONSIDERATION OF
PENDING MATTERS.**

Defendants/Respondents, through their undersigned counsel,
hereby opposes Plaintiffs' motion to strike their motion for
leave to file *Defendants/Respondents' Objections to the
Magistrate Judge's Report and Recommendation and Response to
Plaintiffs' Objection* in excess of the page limits and their
opposition to *Plaintiffs' Opposed Motion to Strike, for Failure
to Abide by this Court's Page Limits, "Defendants/Respondents'
Objections to the Magistrate Judge's Report and Recommendation
and Response to Plaintiffs Objection."* In addition, the
Defendants/Respondents move the Court to order the parties not to
file any further motions pending its consideration of the
Magistrate Judge's Report and Recommendation. The reasons in

support of the motion and the opposition are provided in the accompanying memorandum of points and authorities.

Respectfully submitted,

PETER D. KEISLER                MICHAEL T. SHELBY
Assistant Attorney General      United States Attorney
Civil Division                  Southern District of Texas

                                LISA M. PUTNAM
                                Special Assistant U.S. Attorney
                                Ga. Bar No. 590315/
                                Federal Bar No. 23937
                                P.O. Box 1711
ERNESTO H. MOLINA               Harlingen, Texas 78551
Senior Lit. Counsel             Tel:  (956) 389-7051
Office of Immigration           Fax:  (956) 389-7057
Litigation

ANTHONY C. PAYNE
Trial Attorney
Attorney in Charge
U.S. Dept. of Justice
Civil Division
Office of Immigration
    Litigation
P.O. Box 878
Washington, DC  20044
Tel:  (202) 616-3264
Fax:  (202) 616-4975
Date: December 11, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN,      )
    et al,                 )
                           )
    Plaintiffs/Petitioners, )
                           )      No. B-94-215
    v.                     )
                           )
E.M. TROMINSKI, et al.,     )
                           )
    Defendants/Respondents. )
_____)

MEMORANDUM IN SUPPORT OF DEFENDANTS/RESPONDENTS'
OPPOSITION TO PLAINTIFFS' OPPOSED MOTION TO STRIKE FOR
LACK OF CERTIFICATION AND DEFENDANTS/RESPONDENTS'
MOTION REQUESTING THAT THE COURT ORDER THAT THE PARTIES
ARE PROHIBITED FROM FILING ANY FURTHER MOTIONS PENDING
ITS CONSIDERATION OF THE MAGISTRATE'S REPORT AND
RECOMMENDATION.

Defendants/Respondents hereby oppose Plaintiffs' opposed

Motion to Strike for Lack of Certificate of Consultation the

Defendants/Respondents' *Memorandum of Law in Support of*

*Defendants/Respondents' Objections to the Magistrate Judge's*

*Report and Recommendation and Response to Plaintiffs' Objections*

as well as their Opposition to *Plaintiffs' Opposed Motion to*

*Strike, for Failure to Abide by this Court's Page Limits,*

"Defendants/Respondents' Objections to the Magistrate Judge's

Report and Recommendation and Response to Plaintiffs' Objection

("Motion to Strike")."  As is clearly reflected by the record,

the motion is entirely without merit.  Furthermore, the

Defendants/Respondents move the Court to order the parties not to file additional pleadings until it rules on the pending matters.

## BACKGROUND

In their filing of November 14, 2003, the Defendants/Respondents specifically indicated the following:

> On Friday, November 14, 2003, counsel for Defendants/Respondents attempted to contact Lisa Brodyaga counsel for Plaintiffs/Petitioners, but was unable to reach her regarding Plaintiffs/Petitioners' position on this motion

Docket Entry #205 at 3 n.1.  The filing was signed by counsel and served on November 14, 2003.  Docket Entry #205 at 6.

## DISCUSSION

### I.    THE COURT SHOULD DENY PLAINTIFFS' MOTION TO STRIKE AS IT WHOLLY WITHOUT MERIT

Defendants/Respondents hereby oppose Plaintiffs' Motion to Strike as it is utterly without merit.  In essence, the Plaintiffs' motion to strike argues the following:

> Although said Motion to File bears the term "opposed" in its caption, it contains no certificate of consultation.  Nor did Defendants' attorney actually consult with Plaintiffs' counsel before filing it.

Docket Entry 208 at 1.  Plaintiffs' statement is patently false and, accordingly, the Motion to Strike should be denied.

The Local Rules provide that a motion must contain the following:

2

> D. Except for motions under Federal Rules of
> Civil Procedure 12(b), (c), (e), or (f) and 56,
> contain an averment that:
>
> >   1. The movant has conferred with the
> >      respondent and
> >
> >   2. Counsel cannot agree about the
> >      disposition of the motion.

Local Rule 7(D). The Defendants/Respondents' clearly complied

with the Local Rule by indicating in their filing that counsel

attempted to contact opposing counsel with respect to her

position on their motion but was unable to do so. Docket Entry

205 at 3 n.1. In light of the clear statement in

Defendants/Respondents' motion, the Plaintiffs' argument is

wholly without merit and the Court should therefore deny the

Motion to Strike.[1]

## II. DEFENDANTS/RESPONDENTS' MOTION THAT THE COURT ORDER THAT NO FURTHER PLEADINGS MAY BE FILED WITHOUT LEAVE OF COURT PENDING ITS ADJUDICATION OF THE MATTERS CURRENTLY BEFORE IT

As the Court is aware, this case has a tortuous and complex

history that has resulted in numerous filings on behalf of the

parties. On December 5, 2001, after a series of filings, the

Court ordered "the parties to stop filing documents with the

Court until such time as the Court rules . . ." Docket Entry at

---

[1] In the Plaintiffs' Motion to Strike, opposing counsel engages in unfounded speculation regarding Defendants/Respondents' counsels' respect for the rules of this Court. This speculation is unwarranted and ill-received. It is clear from the pleading that Defendants/Respondents' counsel complied with the rule and attempted to confer with opposing counsel.

156.  The Defendants/Respondents hereby move the Court to again order the parties to stop filing documents pending its adjudication of the matters presently under consideration.[2]

## CONCLUSION

For the foregoing reasons, the Court should prohibit the parties from filing further documents pending its adjudication of pending matters.  In addition, the Court should deny Plaintiffs' Motion to Strike, for Lack of Certificate of Consultation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Ga. Bar No. 590315/
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Fax:  (956) 389-7057

ERNESTO H. MOLINA, JR.
Senior Lit. Counsel
Office of Immigration
     Litigation

ANTHONY C. PAYNE
Trial Attorney, Attorney in Charge
U.S. Dept. of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC  20044
Tel:  (202) 616-3264
Fax:  (202) 616-4975
Date: December 12, 2003

---

[2]  On Tuesday, December 9, 2003, counsel for Defendants/Respondents spoke with Lisa Brodyaga, counsel for Plaintiffs/Petitioners, who informed that she takes no position with respect to the motion.

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2003, one true and correct copy of **DEFENDANTS/RESPONDENTS' OPPOSITION TO PLAINTIFFS' OPPOSED MOTION TO STRIKE FOR LACK OF CERTIFICATION AND DEFENDANTS/RESPONDENTS' MOTION REQUESTING THAT THE COURT ORDER THAT THE PARTIES ARE PROHIBITED FROM FILING ANY FURTHER DOCUMENTS PENDING ITS CONSIDERATION OF PENDING MATTERS and the memorandum in support there of** was served on Plaintiffs by U.S. Mail, first-class postage, addressed to:

Lisa Brodyaga
17891 Landrum Park Road
San Benito, TX  78586

ANTHONY C. PAYNE
Trial Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN,          )
    et al,                     )
                                    )
    Plaintiffs/Petitioners,    )
                                   )   No. B-94-215
    v.                         )
                                   )
E.M. TROMINSKI, et al.,         )
                                   )
    Defendants/Respondents.    )
_____)

## ORDER

Upon consideration of *Defendants/Respondents' Opposition to Plaintiffs' Opposed Motion to Strike for Lack of Certification and Defendants/respondents' Motion Requesting That the Court Order That the Parties Are Prohibited from Filing Any Further Documents Pending its Consideration of Pending Matters* and the response filed by Plaintiffs/Petitioners, it is:

ORDERED, that the *Plaintiffs' Motion to Strike, for Lack of Certificate of Consultation, "Defendants/Respondent's (Opposed) Motion for Leave of Court to File memorandum of Law . . ." Etc.* is hereby DENIED; it is further

ORDERED, that *Defendants/Respondents' Motion Requesting That the Court Order That the Parties Are Prohibited from Filing Any Further Documents Pending its Consideration of Pending Matters* is GRANTED; and it is further

ORDERED, that the parties to stop filing documents with the Court until such time as th Court rules.

Done at Brownsville, Texas,
this _____ day of _____, 2003.

                                    _____
                                    JUDGE HILDA G. TAGLE
                                    United States District Judge