United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ASCENCIO-GUZMAN et al, )
)
v. ) C.A. No. B-94-215
)
TROMINSKI, et al. )
_____)

EXHIBIT "JJJ"
IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTIONS TO THE
REPORT AND RECOMMENDATION OF THE U.S. MAGISTRATE JUDGE, [DKT. 203]

In support of their Reply to Defendants' Objections to the Report and Recommendation of the United States Magistrate Judge, [Dkt. 203], Plaintiffs herewith submit Exhibit "JJJ," consisting of several recent documents in the case of class member Jose Hector Esparza-Sandoval, A27 650 355. Mr. Esparza, an LPR, was arrested by Defendants within the U.S.. He was placed in removal proceedings, and his "green card" was confiscated by Defendants. Pursuant to the Order of an Immigration Judge, he was released December 12, 2003, from the Service Processing Center, at Port Isabel, Texas. However, he was not then given an "I-94" temporary proof of LPR status. Beginning Monday, December 15, 2003, counsel began making calls to Defendants, requesting an I-94 for him. On December 18, 2003, she faxed a "demand" letter, which finally produced results, and on December 19, 2003, he was issued an I-94. However, that I-94 states that he is a "criminal alien." This shows that, contrary to the Declaration of Mr. Doyle, [Dkt.197,Exh.2], Defendants do not currently follow Defendant Trominski's 1999 Memorandum, [Dkt.197, Exh.1], requiring compliance with this Court's prior Order, except to the extent that it requires parole hearings for arriving LPRs.

Thus, Defendants cannot claim that there exist genuine issues of material fact as to whether they routinely issue I-94s to class members, or whether they still place objectionable notations on the I-94s given Plaintiffs as temporary proof of LPR status. Clearly,

they do not routinely issue such documents when members of the Plaintiff class are released from detention, and when they do issue I-94s, they continue to place objectionable notations thereon.

And even if they did fully comply with the relevant portions of Mr. Trominski's Memo, there is no guarantee that, absent an Order from this Court, they would continue to do so, once the instant litigation is terminated.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178; Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with attachments, was mailed, first-class postage prepaid, to Anthony Payne, Attorney, OIL, at Box 878, Ben Franklin Station, Washington, D.C. 20044, on December 20, 2003.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS FRESNOS, TX

FILE: A27-650-355

IN THE MATTER OF:

ESPARZA-SANDOVAL, JOSE HECTOR

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Immigration and Naturalization Service and the respondent, it is hereby

\_\_\_\_\_    ORDERED that the request for a change in custody status be denied.

\_\_\_\_\_    ORDERED that the request be granted and that respondent be:

✓    released from custody on his own recognizance

\_\_\_\_\_    released from custody under bond of $_____

\_\_\_\_\_    OTHER _____

Copy of this decision has been served on the respondent and the Service.

APPEAL: waived / reserved

LOS FRESNOS -- PORT ISABEL SERVICE PROCESSING CENTER

Date: Dec 11, 2003

DAVID AYALA
Immigration Judge

XS

JC5

**LAW OFFICES OF LISA S. BRODYAGA**
17891 Landrum Park Rd.
San Benito, Texas 78586
(956) 421-3226
FAX: 421-3423
December 18, 2003

Bureau of Immigration & Customs Enforcement
1717 Zoy St.
Harlingen, TX 78552

By FAX: 389-7803
Re: Jose Hector Esparza-Sandoval
    A27 650 355
Attn: Officer Raymond Morris

Dear Mr. Morris:

As you know from our various telephone conversations, and the messages I have left you, I have been attempting to get some form of documentation for Mr. Esparza, without success. His N-600 has not yet been adjudicated, so he does not have a Certificate of Citizenship. He is still under proceedings, and, as a lawful permanent resident, is entitled to an I-94 temporary proof of LPR status. In fact, they were supposed to give him one when he was released from PISPC, but that frequently does not occur.

It would therefore be greatly appreciated if you would issue an I-94, as is both customary, and required by law. *See, Loa-Herrera et al v. Trominski et al,* 231 F.3d 984 (5th Cir. 2000).

Thank you for your prompt consideration.

Sincerely,

Lisa S. Brodyaga, Attorney

cc: Lisa Putnam, SAUSA
    By FAX: 389-7057;
    Cheri Jones, Attorney
    By FAX: 389-7604



(Form rotated sideways on page)

**TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE**
VALID UNTIL June 9, 2004
EMPLOYMENT AUTHORIZED
Valid from 12/19/03 until 06/09/04.

1. Family Name: ESPARZA SANDOVAL
2. First (Given) name: JOSE HECTOR
3. Birth Date (Day/Mo/Yr): 16 11 70
4. Country of Citizenship: MEXICO
5. Sex: MALE
6. Passport Number: A27650355
7. Airline and Flight Number:
8. Country Where You Live: USA
9. City Where You Boarded:
10. City Where Visa Was Issued:
11. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street): 135 BLUE JAY
13. City and State: PHARR, TEXAS 78577

18. Occupation:
19. Waivers:
20. INS File: A - 27 650 355
21. INS FCO:
22. Petition Number:
23. Program Number:
24. ☐ Bond
25. ☐ Prospective Student
26. Itinerary/Comments: Subject was release on OREC from PISPC. Subject has an N-600 pending with Exams.
"CRIMINAL ALIEN"
27. TWOV Ticket Number: