UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ASCENCIO-GUZMAN et al, | ) |
| v. | ) C.A. No. B-94-215 |
| TROMINSKI, et al. | ) |

EXHIBIT "KKK"
IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTIONS TO THE
REPORT AND RECOMMENDATION OF THE U.S. MAGISTRATE JUDGE, [DKT. 203]

In support of their Reply to Defendants' Objections to the Report and Recommendation of the United States Magistrate Judge, [Dkt. 203], Plaintiffs herewith submit Exhibit "KKK," consisting of an I-94 given to class member Carlos Del Angel, A90 345 124, on or about March 5, 2003. Said I-94 was prepared on the "Departure" section of the I-94, which was found to be misleading in *Etuk v. Slattery*, 936 F.2d 1433 (2nd Cir. 1991) (holding that a "departure record" provided by INS to LPRs failed to provide the requisite clear and unambiguous proof of their legal status and eligibility to work. 8 U.S.C.A. §1324a(b)(1)(B), (b)(1)(B)(v)). Consequently, the use of the "Departure" section of the I-94 was prohibitted by the McNary Memo, and therefore, by this Court's prior order.

This further shows that, contrary to the Declaration of Mr. Doyle, [Dkt.197,Exh.2], Defendants do not currently follow Defendant Trominski's 1999 Memorandum, [Dkt.197, Exh.1], which required compliance with this Court's prior Order, except to the extent that it requires parole hearings for arriving LPRs.

Thus, Defendants cannot claim that there exist genuine issues of material fact as to whether they routinely issue I-94s to class members which comply with Mr. Trominski's memo. As this document again demonstrates, they do not.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178; Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with attachment, was mailed, first-class postage prepaid, to Anthony Payne, Attorney, OIL, at Box 878, Ben Franklin Station, Washington, D.C. 20044, on December 23, 2003.

_____



See Other Side     ENGLISH     **STAPLE HERE**

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

Record of Changes

**EXTENDED TO** 03/05/04 - HLG *Potrio* 

Port:

Date:

Carrier:

Flight #/Ship Name:

Departure Record

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402