UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 29 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ASCENCIO-GUZMAN, ET AL.<br>Petitioners<br><br>v.<br><br>TROMINSKI, ET AL.<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-94-215

### ORDER

BE IT REMEMBERED that on September 29, 2004, the Court **Declined to Adopt in part and Modified in part** the Magistrate Judge's Report and Recommendation. The Court **Denies** Plaintiffs' Motion for Summary Judgment [Dkt. No. 172-1]; **Denies as moot** Plaintiffs' Opposed Motion for order setting date by which Defendants must respond to Plaintiffs' first set of post-remand requests and Plaintiffs' Leave to File Supplemental Summary Judgment [Dkt. No. 172-2 & 172-3]; **Grants** Defendant's Motion for Enlargement of Page Limitation For Memorandum of Law [Dkt. No. 173-1]; **Grants** Defendant's Unopposed Motion for Extension of Time to File Response and Reply [Dkt. No. 182-1]; **Denies** Plaintiff's Motion to Strike [Dkt. No. 202-1]; **Grants** Defendant's Motion for Leave to File Memorandum of Law [Dkt. No. 204-1]; **Denies** Plaintiff's Motion to Strike [Dkt. No. 208-1]; and **Denies as moot** Defendant's request that the parties be ordered to stop filing documents until the Court has made determinations [Dkt. No. 209-1].

The Court will issue a memorandum opinion addressing the issues raised in the objections.

DONE at Brownsville, Texas this 29th day of September, 2004.

_____
Hilda Tagle
United States District Judge