UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ASCENCIO-GUZMAN, ET AL. | § | |
| Petitioners | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-94-215 |
| TROMINSKI, ET AL. | § | |
| Respondents. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on February 3, 2006, the Court, having granted summary judgment in favor of the Defendants, enters final judgment in favor of the Defendants pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas this 3 day of February, 2006.

Hilda Tagle
United States District Judge