```
                UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

ASCENCIO-GUZMAN ET AL,              )
    Petitioners,                    )
                                    )
v.                                  )   CA No. B-94-215
                                    )
E.M. TROMINSKI, ET AL,              )
    Respondents.                    )
                                    )

### PETITIONERS' NOTICE OF APPEAL

Petitioners Ascencio-Guzman et al, through the undersigned, hereby appeal the Order of the United States District Judge dated February 3, 2006, and entered February 6, 2006, in which, having granted Respondents' motion for summary judgment, she entered final judgment in their favor, pursuant to Federal Rules of Civil Procedure 58.

Respectfully Submitted,

s/
Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226              Fed. ID.  1178
(956) 421-3423 (fax)        Texas Bar 03052800

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Anthony Payne, Attorney, OIL, Box 878, Ben Franklin Sta., Washington, D.C. 20044, on April 2, 2006.

S/ Lisa S. Brodyaga