UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

April 3, 2006

Mr. Charles R. Fulbruge, III, Clerk  Re: JULIO LOA-HERRERA, ET AL.
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102         VS   DISTRICT DIRECTOR E.M. TROMINSKI,
New Orleans, Louisiana 70130
                                       ET AL.

                                       CV B-94-215

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ X] Certified copy of the notice of appeal and docket entries.

[  ] Certified copy of the notice of cross-appeal and docket entries.

[  ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript;

[  ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ X] The Court of Appeals docket fee ____ HAS/ __X__ HAS NOT been paid.

[  ] This case is proceeding in **forma pauperis**.

[  ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ X] U.S. District Judge entering final order is____Hilda G. Tagle_____

[  ] Court reporter assigned to this case is_____

[  ] If criminal case, number and names of defendants:_____

[ X] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Maricela Perez, Deputy Clerk

cc:  File