

United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison #101
Brownsville, Texas 78520
(956)548-2500

United States District Court
Southern District of Texas
FILED

APR 20 2006

Michael N. Milby, Clerk of Court

Michael N. Milby, Clerk

April 20, 2006

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **B:94cv215/06-40561**
Julio Loa Herrera, et al. vs. E.M. Trominski, et al
Dear Mr. Fulbruge:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ]    Certified Copy of Notice of Appeal and docket entries.

[ ]    Certified copy of the notice of cross-appeal and docket entries.

[x ]   Record of appeal consisting of __14__ Volume(s) of the record; ____ volume(s) of the Transcript ___ Sealed PSI Report; ____ Sealed Sentencing Recommendation;

[ ]    Supplemental record, including updated docket entries

[ ]    OTHER _____

[ ]    The Court of Appeals docket fee ___ HAS / ___ HAS NOT been paid.

[ ]    This case is proceeding in forma pauperis.

[ ]    Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ ]    District Judge Entering fiinal Judgment is._____
[ ]    Court reporter assigned to this case is_____
[ ]    If criminal case, number and names of defendants:_____

[ ]    This case was decided without a hearing, and, therefore, there will be no transcript.

Very truly yours,

By: *Dahlila Ahumada*
Dahlila Ahumada, Deputy Clerk

/bc

xc:   Elizabeth Brodyaga, Thelma Garcia, Anthony Payne, Kenneth Muir, Regina Byrd, Nancy Masso, U.S. Court of Appeals, File