UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk



April 6, 2006

Mr. Charles R. Fulbruge, III, Clerk   Re: JULIO LOA-HERRERA, ET AL.
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102          DISTRICT DIRECTOR E.M. TROMINSKI,
New Orleans, Louisiana 70130

United States District Court
Southern District of Texas
FILED
APR 2 4 2006              ET AL.

Michael N. Milby
Clerk of Court          CV B-94-215     06-40561

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ X ] The Court of Appeals docket fee ___X___ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[ ] U.S. District Judge entering final order is____Hilda G. Tagle_____

[ ] Court reporter assigned to this case is_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Maricela Perez, Deputy Clerk

(Stamp: U.S. COURT OF APPEALS RECEIVED APR 13 2006 NEW ORLEANS)

cc:   File