**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520**

United States District Court
Southern District of Texas
MICHAEL N. MILBY, Clerk FILED
MAY - 5 2006
Michael N. Milby, Clerk of Court

April 3, 2006

**06-40561**

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: JULIO LOA-HERRERA, ET AL.

VS  DISTRICT DIRECTOR E.M. TROMINSKI,

ET AL.

CV B-94-215

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ X ] Certified copy of the notice of appeal and docket entries.

[   ] Certified copy of the notice of cross-appeal and docket entries.

[   ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript;

[   ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ X ] The Court of Appeals docket fee ____ HAS/ __X__ HAS NOT been paid.

[   ] This case is proceeding in **forma pauperis**.

[   ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[ X ] U.S. District Judge entering final order is___ Hilda G. Tagle _____

[   ] Court reporter assigned to this case is_____

[   ] If criminal case, number and names of defendants:_____

[ X ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Maricela Perez, Deputy Clerk

(stamp: COURT OF APPEALS RECEIVED APR 10 2006 NEW ORLEANS, LA)

cc:   File