UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

**MICHAEL N. MILBY Clerk**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

September 19, 2006

**Anthony Payne**
Office of Immigration Litigation
PO Box 878
Washington, DC 20044
202-616-3264

**David Louis Guerra**
US Attorneys Office
1701 W Hwy 83
Ste 600
McAllen, TX 78501
956-618-8010
Fax: 956-618-8016 fax
Email: david.guerra@usdoj.gov

**Kenneth MacLean Muir**
Immigration & Naturalization
P O Box 1711
Harlingen, TX 78551
956-389-7047

**Regina Byrd**
Dept of Justice
Immigration Litigation
P O Box 878
Washington, DC 20044
202-616-4860

IN RE: Julio Loa-Herrera et, al. vs. District Director E.M. Trominski et, al.
District Court Case No.: 1:94cv215
Circuit Court Case No: 06-40561

Dear Attornies:

    Enclosed is a CD containing an electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

                          Very Truly Yours,

                          Michael N. Milby, Clerk

                          By:   Dahlila Ahumada
                                Deputy Clerk

cc:
Lisa Brodyaga
Fifth Circuit Court of Appeals