# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

MICHAEL N. MILBY                                              600 E. HARRISON ST. , #101
CLERK                                                          BROWNSVILLE, TX 78520


November 27, 2006

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

 IN RE:Ascencion Guzman, et al. Vs. E.M Trominski,et al.
District Court Case No.: B-94-CV-215
Circuit Court Case No: 06-40561

Dear Mr. Fulbruge:

Enclosed is a printed copy of the electronic record on appeal in the above referenced matter.  This record contains  14  volume of the printed record on appeal.

- Copies of  1  transcript is enclosed.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.


Very Truly Yours,

Michael N. Milby, Clerk




 Maricela Perez, Deputy Clerk