COPY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

MICHAEL N. MILBY  
CLERK

600 E. HARRISON ST., #101  
BROWNSVILLE, TX 78520

November 27, 2006

United States District Court  
Southern District of Texas  
FILED

DEC 1 1 2006

Michael N. Milby  
Clerk of Court

Mr. Charles R. Fulbruge III, Clerk  
U.S. Court of Appeals, Fifth Circuit  
600 South Maestri Place  
New Orleans, LA 70130

IN RE: Ascencion Guzman, et al. Vs. E.M Trominski, et al.  
District Court Case No.: B-94-CV-215  
Circuit Court Case No: 06-40561

Dear Mr. Fulbruge:

Enclosed is a printed copy of the electronic record on appeal in the above referenced matter. This record contains __14__ volume of the printed record on appeal.

- Copies of __1__ transcript is enclosed.

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

Michael N. Milby, Clerk

_Maricela Perez_, Deputy Clerk

U.S. COURT OF APPEALS  
RECEIVED  
NOV 29 2006  
NEW ORLEANS, LA.