United States District Court
Southern District of Texas
FILED
DEC 15 2006
Michael N. Milby
Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 7, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 06-40561  Loa-Herrera v. Reno
    USDC No. 1:94-CV-215

The court has granted appellant's unopposed motion to supplement the record in this case with briefs from prior appeal #99-40122.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    James deMontluzin, Deputy Clerk
    504-310-7679

Ms Lisa S Brodyaga
Mr Anthony Cardozo Payne
Mr Michael N Milby, Clerk

MOT-2