United States Court of Appeals
Fifth Circuit

**FILED**

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

June 5, 2007

Charles R. Fulbruge III
Clerk

---

No. 06-40561

---

D.C. Docket No. 1:94-CV-215

United States District Court
Southern District of Texas
FILED

AUG 0 3 2007

Michael N. Milby
Clerk of Court

JULIO LOA-HERRERA; RAMIRO CANTU-GRACIA; JUANA GUZMAN-ASCENCIO; EFRAIN MERINO; ARTURO LOZANO-LOPEZ; ALEJANDRA GUTIERREZ; JUAN SANCHEZ-SALINAS; ADELITA CANTU DE CABRERA

        Plaintiffs - Appellants

v.

DEPARTMENT OF HOMELAND SECURITY, Harlingen Division

        Defendant - Appellee

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before KING, DeMOSS, and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: JUL 3 0 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Sabrina B Short
      Deputy

JUL 3 0 2007

New Orleans, Louisiana