# *United States Court of Appeals*

## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 30, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

AUG 0 3 2007

Michael N. Milby
Clerk of Court

No. 06-40561 Loa-Herrera v. Reno
USDC No.  1:94-CV-215

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( 1 ) Envelope

The electronic copy of the record has been recycled.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Sabrina B. Short*

Sabrina B. Short, Deputy Clerk
504-310-7817

cc: (letter only)
    Honorable Hilda G Tagle
    Ms Lisa S Brodyaga
    Mr Anthony Cardozo Payne

P.S. to Judge Tagle:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1