```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

ASCENCIO-GUZMAN et al,     )
                           )
v.                         )     C.A. No.  B-94-215
                           )
TROMINSKI, et al.          )
                           )

**EXHIBIT "A" ON REMAND**

Plaintiffs, through counsel, herewith submit Exhibit "A" On Remand, demonstrating the continuing problems experienced by class members in obtaining appropriate documentation showing lawful permanent resident status while under proceedings.  Exhibit "A" includes a replacement for the I-94 provided to Blanca Juana Avila de Guerra, A38 096 548, on November 2, 2004.  Said I-94 states that she was paroled "Pending Immigration Court," but indicates neither that Ms. Avila is a lawful permanent resident, nor that she is authorized to be employed.  Said exhibit also shows that she is in proceedings as an arriving alien, that she has filed a fee-paid application for relief, and that recent efforts by her immigration attorney to obtain a stamp on her I-94 showing these facts were unsuccessful.

Respectfully Submitted,

s/ Lisa S. Brodyaga, Attorney         Thelma O. Garcia, Attorney
17891 Landrum Park Road               301 E. Madison
San Benito, TX 78586                  Harlingen, TX 78550
(956) 421-3226                        (956) 425-3701
(956) 421-3423 (fax)                  (956) 428-3731
Fed. ID.  1178; Texas Bar 03052800

                      CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attachments, was electronically served on Anthony Payne, Attorney, OIL, counsel for Defendants, on August 12, 2007.

s/ Lisa S. Brodyaga

STATE OF TEXAS §

COUNTY OF HIDALGO §

### AFFIDAVIT OF ERICA SCHOMMER

BEFORE ME, the undersigned, a Notary Public in and for Hidalgo County, State of Texas, on this day personally appeared ERICA B. SCHOMMER, to me well known, and who, after being by me duly sworn, deposes and says:

1. I am over the age of 18 years and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice law in the State of Texas, and have been practicing law in the State of Texas for over three (3) years. I am employed as an attorney by Texas RioGrande Legal Aid, Inc.

3. I represent Blanca Juana Avila de Guerra (a.k.a. Blanca Juana Avila de Reyes, her former married name), A38-096-548.

4. Ms. Avila de Guerra was admitted to the U.S. as a lawful permanent resident on or about 1973. She was placed in removal proceedings on September 23, 2004, at which time her permanent resident card was taken away from her. She filed an application for cancellation of removal and her removal case is currently administratively closed.

5. Ms. Avila de Guerra was given an I-94 card stating that she has been paroled into the country. Recently that document was stolen.

6. On August 8, 2007, I accompanied Ms. Avila de Guerra to the Harlingen USCIS office in order to obtain a replacement I-94 card. I spoke with her deportation officer, Jaime Villarreal. I specifically requested that the new I-94 card have a stamp indicating "temporary proof of lawful permanent resident status/employment authorized." Officer Villarreal told me that he would not issue such a stamp because she was paroled into the country.

7. I expressed my disagreement with that policy due to the difficulties that the parole stamp creates in that it does not allow Ms. Avila to demonstrate that she is a permanent resident and is eligible to work in the U.S. Mr. Villarreal acknowledged that may be a problem, but said he was unable to provide any other documentation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ERICA B. SCHOMMER

SUBSCRIBED AND SWORN TO BEFORE ME, this the 9th day of August, 2007.

_____
NOTARY PUBLIC, STATE OF TEXAS

[Notary Seal: TERESA B. DE LA CRUZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 11-01-2009]

U. S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A038 096 548
Case No: HID0408000598

In the Matter of:

Respondent: **Blanca J AVILA DE REYES** _____ currently residing at:

RT 3 BOX 341
LOS FRESNOS, TX 78566 _____

(Number, street, city state and ZIP code)   (Area code and phone number)

☒ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

   See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

   See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☒ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☒ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
201 East Jackson Street Harlingen TEXAS US 78550

(Complete Address of Immigration Court, Including Room Number, if any)

on _a date to be set_   at _a time to be set_ to show why you should not be removed from the United States based on the
     (Date)                (Time)
charge(s) set forth above.

ROBERTO ADAME JR
SUPERVISORY DEPORTATION OFFICER
(Signature and Title of Issuing Officer)

Date: **September 23, 2004**    Los Fresnos, Texas
                                (City and State)

This Notice to Appear supersedes the Notice to Appear issued on August 29, 2004.
   See reverse for important information

Form I-862 (Rev. 3/22/99)N

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before: _Edward Olivares_, Deportation Officer
(Signature and Title of INS Officer)

Date: _September 23, 2004_

### Certificate of Service

This Notice to Appear was served on the respondent by me on **September 23, 2004**, in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

[X] in person      [ ] by certified mail, return receipt requested      [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[X] Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the _Spanish_ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

_Edward Olivares_, Deportation Officer
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

Department of Justice
Immigration and Naturalization Service

Continuation Page for Form I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Blanca J AVILA DE REYES | Case No: HID0408000598<br>A038 096 548 | September 23, 2004 |

The Service alleges that you:

A 1) You are not a citizen or national of the United States;

A 2) You are a native of MEXICO and a citizen of MEXICO;

A 3) On or about August 29, 2004 you applied for admission into the United States at the Hidalgo, Texas Port of Entry as a returning legal permanent resident alien of the United States.

D 4) You are coming to the United States to engage in prostitution or you engaged in prostitution within ten years of the date of your application for a visa, admission, , or adjustment of status, to wit: you were convicted on September 20, 1990 at Corpus Christi, Texas on two counts of prostitution.

D 5) You were, on September 20, 1990, convicted in court [at] Corpus Christi, Texas, for the offense of Prostitution-2 counts, in violation of law.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

D  Section 212(a)(2)(D)(i) of the Immigration and Nationality Act, as amended, in that you are an alien who is coming to the United States to engage in prostitution, or has engaged in prostitution within 10 years of the date of application for a visa, admission, or adjustment of status.

D  Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

| Signature | Title |
|---|---|
| ROBERTO ADAME JR | SUPERVISORY DEPORTATION OFFICER |

_____3_____ of _____3_____ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>SRC-06-082-51336 | | CASE TYPE  EOIR 42A Application for Cancellation of Removal<br>for Certain Permanent Residents | |
| RECEIVED DATE<br>JANUARY 18, 2006 | PRIORITY DATE | APPLICANT  A38096548<br>GUERRA, BLANCA JU | |
| NOTICE DATE<br>JANUARY 19, 2006 | PAGE<br>1 of 1 | PRINCIPAL<br>ALIEN | |

ERICA SCHOMMER
TEXAS RIOGRANDE LEGAL AID
300 S TEXAS BLVD
WESLACO TX 78596

**Notice Type:** Receipt Notice
Amount received: $100.00

This notice acknowledges the above receipt of your designatated application and fee as part of the requirments before the immigration judge can grant relief in your case.

The above application has been received and accepted as an I-485 receipt at the Texas Service Center. The actual case you submitted is listed in the block marked 'CASE TYPE'

Please notify us immediately if any of the above information is incorrect.

A fingerprint appointment will be scheduled and you will be notified at a later date.

Always remember to call customer service if you move while your case is pending.

You will be notified separately about any other cases you have filed.

CITIZENSHIP & IMMIGRATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE, TX 751851488
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N



| 18. Occupation | 19. Waivers |
| --- | --- |
| Labor | |
| 20. INS File | 21. INS FCO |
| A - 38 096 548 | HLG |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments

Pending Immigration Court

_____
_____
_____
_____

27. TWOV Ticket Number

|_|_|_|_|_|_|  |_|_|_|_|_|_|_|_|_|_|_|