UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Action Number | 94-00215 |
|---|---|---|---|
| Loa-Herrera, et al. | | | |
| | *versus* | | |
| Trominski, et al. | | | |

United States District Court
Southern District of Texas
FILED

OCT 30 2007

Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Stuart S. Nickum |
|---|---|
| Firm | United States Department of Justice |
| Street | P.O. Box 878, Ben Franklin Station |
| City & Zip | Washington, DC 20044 |
| Telephone | 202-616-8779 |
| Facsimile | 202-626-4975 |
| Email | stuart.nickum@usdoj.gov |
| State & Bar Number | Washington State: #38453 |
| U.S. ~~District~~ Court | 5th Circuit Court of Appeals |

Seeks to appear as the attorney for this party:

| Trominski, et al. (Defendants) | |
|---|---|
| Date 10/24/07 | Signature /s/ Stuart Nickum |

| Order: | This attorney is admitted *pro hac vice*. |
|---|---|

Signed: _____, 200____.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that, on October 24, 2007, one copy of the undersigned counsel's **Motion to Appear Pro Hac Vice**, was served upon the plaintiff's counsel, via First Class Mail, addressed to:

>Lisa S. Brodyaga
>17891 Landrum Park Road
>San Benito, TX 78586

Dated: October 24, 2007

STUART S. NICKUM
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-8779
ATTORNEY FOR RESPONDENT