# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Action Number | 94-00215 |
|---|---|---|---|
| Loa-Herrera, et al. | | | |
| | *versus* | | |
| Trominski, et al. | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Stuart S. Nickum |
|---|---|
| Firm | United States Department of Justice |
| Street | P.O. Box 878, Ben Franklin Station |
| City & Zip | Washington, DC 20044 |
| Telephone | 202-616-8779 |
| Facsimile | 202-626-4975 |
| Email | stuart.nickum@usdoj.gov |
| State & Bar Number | Washington State: #38453 |
| U.S. ~~District~~ Court | 5th Circuit Court of Appeals |

Seeks to appear as the attorney for this party:

| Trominski, et al. (Defendants) | |
|---|---|
| Date 10/24/07 | Signature /s/ Stuart Nickum |

United States District Court
Southern District of Texas
FILED
OCT 30 2007
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
NOV 0 1 2007
Michael N. Milby, Clerk of Court
By Deputy Clerk

**Order:** This attorney is admitted *pro hac vice*.

Signed: November 1, 2007.

/s/ Hilda Tagle
United States District Judge

## CERTIFICATE OF SERVICE

I certify that, on October 24, 2007, one copy of the undersigned counsel's **Motion to Appear Pro Hac Vice**, was served upon the plaintiff's counsel, via First Class Mail, addressed to:

>Lisa S. Brodyaga
>17891 Landrum Park Road
>San Benito, TX 78586

>STUART S. NICKUM
>Office of Immigration Litigation
>Civil Division, U.S. Department of Justice
>P.O. Box 878, Ben Franklin Station
>Washington, D.C. 20044
>(202) 616-8779

Dated: October 24, 2007                    ATTORNEY FOR RESPONDENT