IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JULIO LOA-HERRERA, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-94-215 |
| E. M. TROMINSKI, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 7, 2008, the Court **ORDERED** the parties to submit a Joint Case Management Plan no later than March 31, 2008. On June 5, 2007, the Fifth Circuit affirmed this Court's "grant of summary judgment to the government on the parole issue, [vacated] the grant of summary judgment on the extraneous notations and other government documents issues, and [remanded the case to this Court] for consideration of the extraneous notations and other government documents claims. Dkt. No. 227, at 16. Therefore, the Court **ORDERS** the parties to a Joint Case Management Plan in consideration of the outstanding issues no later than March 31, 2008.

DONE at Brownsville, Texas, on March 7, 2008.

Hilda G. Tagle
United States District Judge