UNITED STATES DISTRICT COURT     ★     SOUTHERN DISTRICT OF TEXAS

JULIO LOA-HERRERA, et al      §

vs.      §      Civil Action No. B- 94-215

E. M. TROMINSKI, District Director,      §
Immigration and Naturalization Service, et al

**United States District Court**
**Southern District of Texas**
**ENTERED**

**APR 2 2 2008**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.      ■ Bench   ❑ Jury

2. New parties must be joined by:      **5/9/2008**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts, if any, will be named with a report furnished by:      **6/23/2008**

4. The defendant's experts, if any, must be named with a report furnished by:      **9/22/2008**

5. Parties to mediate case by:      **9/30/2008**

6. Discovery must be completed by:      **10/20/2008**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

7. Dispositive Motions will be filed by:      **10/30/2008**

8. Joint pretrial order is due:      **1/13/2009**

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:      **1/27/2009**

10. Jury Selection is set for 9:00 a.m. on:      __N/A__
    *(The case will remain on standby until tried)*

Signed __April 22__, 2008, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge