```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

ASCENCIO-GUZMAN et al,              )
                                    )
v.                                  )   C.A. No.  B-94-215
                                    )
MICHAEL CHERTOFF, et al.            )
_____)


PLAINTIFFS' POST-REMAND EXHIBIT "B"


Plaintiffs herewith submit Post-Remand Exhibit B, consisting of documents relating to class member Ruben Elizondo Gonzalez, and showing continuing problems in obtaining appropriate evidence of lawful permanent resident status for class members, in his case, Defendants' practice of causing temporary evidence of lawful permanent residence to expire on the date of the next immigration court hearing, and their refusal to provide him with an I-94 which was valid for a period of at least six months where the next hearing was scheduled in less than six months.  This refusal adversely impacted Mr. Elizondo's employment, since he was unable to obtain a Texas ID without an I-94 valid for at least six months.

Respectfully Submitted,

s/ Lisa S. Brodyaga
Attorney at Law
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX 78586
(956) 421-3226                        Texas Bar: 03052800
(956) 421-3423 (fax)                  Federal ID: 1178

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with attachment, was electronically served on Anthony Payne and Stuart Nickum, Attorneys, on July 13, 2008.

s/ Lisa S. Brodyaga
_____

STATE OF TEXAS         §

COUNTY OF HIDALGO   §

### AFFIDAVIT OF ERICA SCHOMMER

BEFORE ME, the undersigned, a Notary Public in and for Hidalgo County, State of Texas, on this day personally appeared ERICA B. SCHOMMER, to me well known, and who, after being by me duly sworn, deposes and says:

1. I am over the age of 18 years and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice law in the State of Texas, and have been practicing law in the State of Texas for over four (4) years. I am employed as an attorney by Texas RioGrande Legal Aid, Inc.

3. I represent Ruben Elizondo Gonzalez, A34-076-469, in an immigration matter.

4. A few weeks ago Mr. Elizondo called me regarding a problem he was having where he had been working. He told me they refused to issue him the badge he needed to get onto the job site because he did not have proper identity documentation.

5. I called the company and was informed that Mr. Elizondo needed a valid U.S. state or federal government identification in order for them to issue the id badge. I explained that the I-94 card was issued by DHS, but the woman said it was not a form of identification they could accept.

6. On March 18, 2008 I went with Mr. Elizondo to attempt to get a Texas id, but it was refused because his I-94 card expires on May 19, 2008, and therefore it does not have at least 6 months of validity remaining. (See attached list of acceptable identification documents) Mr. Elizondo does not have any of the other acceptable forms of identification that would allow him to get an id without having to rely on the I-94 card. We presented an expired Florida identification card, his Mexican passport, his social security card, and provided his prior Texas drivers license number. None of those were sufficient.

7. Later that week I spoke with my client's deportation officer, Mr. Martinez, to explain the problems my client was having and to request that they extend his I-94 card for at least 6 months so that he can get an id. Mr. Martinez told me that he would have to speak to his supervisor.

8. On March 24, 2008, Mr. Martinez informed me that they would not extend his I-94 card beyond his next hearing date under any circumstances. Without 6 months

of validity on his I-94 card, Mr. Elizondo will be unable to obtain a Texas identification document.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ERICA B. SCHOMMER

SUBSCRIBED AND SWORN TO BEFORE ME, this the 26 day of March, 2008.

_____
NOTARY PUBLIC, STATE OF TEXAS

[Notary seal: TERESA B. DE LA CRUZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 11-01-2009]

## ACCEPTABLE IDENTIFICATION DOCUMENTS

| PRIMARY | SECONDARY | SUPPORTING* |
|---|---|---|
| MUST INCLUDE PHOTO, FULL NAME AND DOB | RECORDED US GOVERNMENTAL DOCUMENTS (INCLUDES NAME & DOB) | ADDITIONAL RECORDS AND DOCUMENTS THAT AID IN ESTABLISHING IDENTITY |
| Accepted for Identification Without additional documentation | An applicant must present one secondary and two supporting or two secondary documents to establish identity | |
| Texas driver license (DL) or identification certificate (ID) within two-years of expiration | Original or certified copy of a United States birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency, U.S. Territory or the District of Columbia. | School records |
| Unexpired United States passport | | Insurance policy (valid continuously for the past two years) |
| United States Citizenship Certificate or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578) | Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad) | Vehicle title |
| | | Military records |
| Unexpired Dept. Of Homeland Security (DHS) or US Bureau of Citizenship and Immigration document with verified data specifically: | Unexpired photo DL or photo ID issued by the United States, another US state, US territory, the District of Columbia, or Canadian province | Unexpired military dependant identification card (actual card) |
| US Citizen Identification Card (I-179 or I-197) | | Original or certified copy of marriage license or divorce decree |
| Resident Alien Card (I-551) – See Attach…t | Original or certified copy of court order with name and date of birth (DOB) that directly affirms or modifies a person's identity | Voter registration card (actual card) |
| Temporary Resident Identification Card (I-688) | | Social Security card (actual card) |
| Employment Authorization Card (I-688A, I-688B or I-766) | For applicants born before 1961, the following items are acceptable: original or certified copy of Form DD-214, original or certified copy of other state or federal governmental record that states name and DOB (such as United States census records or Social Security records). | Pilot's license (actual card) |
| Border Crosser Card (USA B1/B2, VISA/BBC) | | Concealed handgun license (actual card) |
| A Foreign Passport with a visa (valid or expired) and, Form I-94 with status code, F1 or F2, an unexpired Form I-20, and evidence of current enrollment in an educational institution located in Texas or sponsorship in a visiting worker program. | | Texas Driver License or ID temporary receipt (actual receipt) |
| Form I-94 with status code J-1 or J-2 and an unexpired Form IAP-66 or Form DS-2019 or; | | Expired DL or ID issued by another state, territory, District of Columbia or Canadian province that is within two years of the expiration date (actual card) |
| Unexpired Form I-94 with a defined expiration date: Form I-94 must have been issued for a period of at least one year and have at least six months validity remaining. | | A foreign passport (actual document) |
| | | A consular document issued by a state or national government (actual document) |
| Unexpired United States military ID card for active duty, reserve or retired personnel | | Texas Inmate ID card (Actual Card) |

* Items in the supporting category are not all inclusive. Supervisory personnel may determine that an unlisted document meets the department's needs in establishing identity in the supporting category only.

Additional documentation may be required by DL personnel to verify conflicting information, incomplete names and DOB.

STATE OF TEXAS         §

COUNTY OF HIDALGO   §

### AFFIDAVIT OF RUBEN ELIZONDO GONZALEZ

BEFORE ME, the undersigned, a Notary Public in and for Hidalgo County, State of Texas, on this day personally appeared RUBEN ELIZONDO GONZALEZ, to me well known, and who, after being by me duly sworn, deposes and says:

1. I am over the age of 18 years and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I obtained my Lawful Permanent Residence in 1972. My A number is A34-076-469.

3. I was placed in removal proceedings in January of 2005 when I was returning from a short trip to Mexico. My LPR card was seized at that time.

4. I currently have an I-94 card that was issued on March 21, 2007. It expires on May 19, 2008. I have had a lot of problems with this being my only identification.

5. I am currently unable to return to my job because I do not have a valid state identification document. In order to get on the job site where I work, I need an identification badge. The company will not reissue me a badge unless I have a valid U.S. government-issued identification. The company will not accept my I-94 card as a valid form of identification.

6. I have gone 3 different times to try and get a Texas id. I cannot obtain a state identification document because the state of Texas requires that an I-94 card have at least 6 months of validity remaining. My card has less then 2 months of validity.

7. I even went with my attorney, Erica Schommer, to the drivers license office in Weslaco and they would not issue me an id card.

8. After that, my attorney informed me that she spoke with my deportation officer, Mr. Martinez to ask about extending my I-94 for at least 6 months, but he told her that he could not do it.

9. My I-94 card only gets extended until my next hearing date. My hearings are usually only 2 or 3 months apart, so it seems impossible that I will get at least 6 months. If I cannot not get at least 6 months of time on my I-94 card, I will not be able to obtain an identification documents, which I desperately need so I can

      return to work.

10.    My immigration case has already been pending for over 3 years. There were 2 different appeals and now we are starting all over again with the immigration court in Harlingen, TX. I do not know how much longer it is going to take. Without valid identification, I fear that I will be unable to work to support myself.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RUBEN ELIZONDO GONZALEZ

SUBSCRIBED AND SWORN TO BEFORE ME, this the 26 day of March, 2008.



_____
NOTARY PUBLIC, STATE OF TEXAS

### Certificate of Translation

I, Erica Schommer, hereby certify that the foregoing is an accurate translation of Ruben Elizondo Gonzalez's oral declaration in Spanish. I read its contents back to him and he affirmed that it is true and correct.

3/26/08
Date

_____
Erica Schommer