IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Juana ASCENCIO-GUZMAN, et al.,** )<br>　　　　**Plaintiffs,** )<br>　　v. )<br>**Michael CHERTOFF, Secretary,** )<br>**Department of Homeland Security, et al.,** )<br>　　　　 )<br>　　**Defendants.** )<br>_____ ) | **C.A. No. B-94-215** |

(PROPOSED) **ORDER**

Defendants having moved the Court to compel Plaintiffs to provide full responses to their First Set of Interrogatories, and the Court having considered all arguments lodged in connection with that motion, hereby:

**GRANTS** Defendants' Motion to Compel, and **ORDERS** Plaintiffs to serve Defendants with complete responses to Defendants' First Set of Interrogatories from each of the named Plaintiffs, no later than the ____ day of _____, 2008.

Done at Brownsville, Texas, this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　　　　　　　District Court Judge